FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2014 JAN 15 PM 5 12

STEPHAN HARRIS, CLERK
CHEYENNE

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>**v.**<br><br>**JOSEPH RUBEN HILL**<br>(Counts 1 - 8)<br><br>and<br><br>**MITCHELL PAUL MODELESKI, aka Paul Andrew Mitchell,**<br>(Counts 1 – 7 and 9)<br><br>Defendants. | **No.** 14-CR-27-F<br><br>**Ct. 1:** **18 U.S.C. § 1512(k)**<br>(Conspiracy to Obstruct Justice)<br><br>**Cts. 2-7:** **18 U.S.C. §§ 1512(b)(2)(A) and 2**<br>(Obstruction of Justice and Aiding and Abetting)<br><br>**Cts. 8-9:** **18 U.S.C. § 1512(c)(2)**<br>(Obstruction of Justice) |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**INTRODUCTION**

At all times relevant to this Indictment:

1. The Defendant **JOSEPH RUBEN HILL** resided in Cheyenne, Wyoming, and engaged in business consultation through the Creative Consulting Group, or "CCG".

2. The Defendant **MITCHELL PAUL MODELESKI** resided in Seattle, Washington, and, using the name Paul Andrew Mitchell, called himself a "Private Attorney General" with the "Supreme Law Firm." **MODELESKI** operated the "Supreme Law Firm" out of a rented one-bedroom apartment in Seattle, Washington, and he claimed the firm's specialty

was in constitutional law and had a mission to "dismantle the IRS." **MODELESKI** is not licensed to practice law.

3. The Internal Revenue Service Criminal Investigations Division had an ongoing investigation regarding **HILL's** involvement in a scheme of establishing for CCG clients multiple trusts to help those clients evade federal individual income taxes.

4. As part of that investigation, CCG clients were subpoenaed to produce records, documents and other materials to a grand jury impanelled in the United States District Court for the District of Wyoming.

5. **HILL** and **MODELESKI** worked together to impede the grand jury investigation by encouraging CCG clients not to comply with the grand jury subpoenas and orchestrated an effort to inundate the district court with frivolous demands for evidences of authority and notices that failure to respond had established the absence of any authority of the grand jury.

6. Paragraphs 1 through 5 are re-alleged and incorporated in Counts One through Nine below.

**COUNT ONE**

From on or about October 4, 2012, through on or about April 25, 2013, in the District of Wyoming and elsewhere, the Defendants, **JOSEPH RUBEN HILL** and **MITCHELL PAUL MODELESKI, aka Paul Andrew Mitchell**, did knowingly and intentionally combine, conspire, confederate and agree together and with others to corruptly obstruct, influence and impede the grand jury, an official proceeding, in violation of 18 U.S.C. § 1512(c)(2), and to corruptly persuade and engage in misleading conduct toward persons known to the grand jury

with intent to cause and induce such persons to withhold records, documents and other objects from the grand jury, an official proceeding, in violation of 18 U.S.C. § 1512(b)(2)(A).

All in violation of 18 U.S.C. § 1512(k).

**COUNT TWO**

From on or about December 18, 2012, through on or about April 25, 2013, in the District of Wyoming and elsewhere, the Defendants, **JOSEPH RUBEN HILL** and **MITCHELL PAUL MODELESKI, aka Paul Andrew Mitchell**, did knowingly and corruptly persuade and engage in misleading conduct toward CCG client P.B., a person known to the grand jury, with intent to cause and induce P.B. to withhold records, documents and other objects from the grand jury, an official proceeding, and the Defendants did knowingly aid and abet each other in the commission of said offense.

In violation of 18 U.S.C. §§ 1512(b)(2)(A) and 2.

**COUNT THREE**

From on or about December 18, 2012, through on or about April 24, 2013, the Defendants, **JOSEPH RUBEN HILL** and **MITCHELL PAUL MODELESKI, aka Paul Andrew Mitchell**, did knowingly and corruptly persuade and engage in misleading conduct toward CCG client J.H., a person known to the grand jury, with intent to cause and induce J.H. to withhold records, documents and other objects from the grand jury, an official proceeding, and the Defendants did knowingly aid and abet each other in the commission of said offense.

In violation of 18 U.S.C. §§ 1512(b)(2)(A) and 2.

**COUNT FOUR**

From on or about December 18, 2012, through on or about April 24, 2013, in the District of Wyoming and elsewhere, the Defendants, **JOSEPH RUBEN HILL** and **MITCHELL PAUL MODELESKI, aka Paul Andrew Mitchell**, did knowingly and corruptly persuade and engage in misleading conduct toward CCG client S.M., a person known to the grand jury, with intent to cause and induce S.M. to withhold records, documents and other objects from the grand jury, an official proceeding, and the Defendants did knowingly aid and abet each other in the commission of said offense.

In violation of 18 U.S.C. §§ 1512(b)(2)(A) and 2.

**COUNT FIVE**

From on or about December 18, 2012, through on or about April 24, 2013, in the District of Wyoming and elsewhere, the Defendants, **JOSEPH RUBEN HILL** and **MITCHELL PAUL MODELESKI, aka Paul Andrew Mitchell**, did knowingly and corruptly persuade and engage in misleading conduct toward CCG client R.M., a person known to the grand jury, with intent to cause and induce R.M. to withhold records, documents and other objects from the grand jury, an official proceeding, and the Defendants did knowingly aid and abet each other in the commission of said offense.

In violation of 18 U.S.C. §§ 1512(b)(2)(A) and 2.

**COUNT SIX**

From on or about December 18, 2012, through on or about April 24, 2013, in the District of Wyoming and elsewhere, the Defendants, **JOSEPH RUBEN HILL** and **MITCHELL PAUL**

**MODELESKI, aka Paul Andrew Mitchell**, did knowingly and corruptly persuade and engage in misleading conduct toward CCG client G.R., a person known to the grand jury, with intent to cause and induce G.R. to withhold records, documents and other objects from the grand jury, an official proceeding, and the Defendants did knowingly aid and abet each other in the commission of said offense.

In violation of 18 U.S.C. §§ 1512(b)(2)(A) and 2.

**COUNT SEVEN**

From on or about December 18, 2012, through on or about April 24, 2013, in the District of Wyoming and elsewhere, the Defendants, **JOSEPH RUBEN HILL** and **MITCHELL PAUL MODELESKI, aka Paul Andrew Mitchell**, did knowingly and corruptly persuade and engage in misleading conduct toward CCG client C.T., a person known to the grand jury, with intent to cause and induce C.T. to withhold records, documents and other objects from the grand jury, an official proceeding, and the Defendants did knowingly aid and abet each other in the commission of said offense.

In violation of 18 U.S.C. §§ 1512(b)(2)(A) and 2.

**COUNT EIGHT**

On or about January 7, 2013, in the District of Wyoming and elsewhere, the Defendant, **JOSEPH RUBEN HILL** did knowingly and corruptly obstruct, influence and impede the grand jury, an official proceeding, and attempted to do so, by sending to the United States District

Court frivolous demands for evidences of authority of court personnel to issue subpoenas on behalf of the grand jury.

In violation of 18 U.S.C. § 1512(c)(2).

**COUNT NINE**

On or about January 10, 2013, in the District of Wyoming and elsewhere, the Defendant, **MITCHELL PAUL MODELESKI, aka Paul Andrew Mitchell**, did knowingly and corruptly obstruct, influence and impede the grand jury, an official proceeding, and attempted to do so, by sending to the United States District Court notices that failure to respond to demands for evidences of authority established the absence of any authority of court personnel to issue subpoenas on behalf of the grand jury.

In violation of 18 U.S.C. § 1512(c)(2).

A TRUE BILL:

FOREPERSON

CHRISTOPHER A. CROFTS
United States Attorney

**PENALTY SUMMARY**

**DEFENDANT NAME:** **JOSEPH RUBEN HILL**

**DATE:** January 14, 2013

**INTERPRETER NEEDED:** No

**PLACE OF TRIAL:** The government, pursuant to Rule 18, F.R.Cr.P., with due regard for the convenience of the defendant, any victim and witnesses, and the prompt administration of justice, requests trial be held in:

**No Preference**

**VICTIM:** No

**SEAL CASE:** No

**OFFENSE:** **Ct. 1:** **18 U.S.C. § 1512(k)**
(Conspiracy to Obstruct Justice)

**PENALTIES:**
NMT 20 Years of Imprisonment
$250,000 Fine
3 Years Supervised Release
$100 Special Assessment

**OFFENSE:** **Cts. 2-7:** **18 U.S.C. §§ 1512(b)(2)(A) and 2**
(Obstruction of Justice and Aiding and Abetting)

**PENALTIES:**
NMT 20 Years of Imprisonment
$250,000 Fine
3 Years Supervised Release
$100 Special Assessment

**OFFENSE:** **Ct. 8:** **18 U.S.C. § 1512(c)(2)**
(Obstruction of Justice)

**PENALTIES:**
NMT 20 Years of Imprisonment
$250,000 Fine
3 Years Supervised Release
$100 Special Assessment

| | |
|---|---|
| **TOTAL:** | NMT 20 Years of Imprisonment<br>$2,000,000 Fine<br>3 Years Supervised Release<br>$800 Special Assessment |
| **AGENT:** | James Marcy, IRS-CID |
| **AUSA:** | L. Robert Murray |
| **ESTIMATED TIME OF TRIAL:** | 1-5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |

**PENALTY SUMMARY**

**DEFENDANT NAME:** **Mitchell Paul Modeleski, aka Paul Andrew Mitchell,**

**DATE:** January 14, 2013

**INTERPRETER NEEDED:** No

**PLACE OF TRIAL:** The government, pursuant to Rule 18, F.R.Cr.P., with due regard for the convenience of the defendant, any victim and witnesses, and the prompt administration of justice, requests trial be held in:

**No Preference**

**VICTIM:** No

**SEAL CASE:** No

**OFFENSE:** **Ct. 1:** **18 U.S.C. § 1512(k)**
(Conspiracy to Obstruct Justice)

**PENALTIES:**
NMT 20 Years of Imprisonment
$250,000 Fine
3 Years Supervised Release
$100 Special Assessment

**OFFENSE:** **Cts. 2-7:** **18 U.S.C. §§ 1512(b)(2)(A) and 2**
(Obstruction of Justice and Aiding and Abetting)

**PENALTIES:**
NMT 20 Years of Imprisonment
$250,000 Fine
3 Years Supervised Release
$100 Special Assessment

**OFFENSE:** **Ct. 9:** **18 U.S.C. § 1512(c)(2)**
(Obstruction of Justice)

**PENALTIES:**
NMT 20 Years of Imprisonment
$250,000 Fine
3 Years Supervised Release
$100 Special Assessment

| | |
|---|---|
| **TOTAL:** | NMT 20 Years of Imprisonment<br>$2,000,000 Fine<br>3 Years Supervised Release<br>$800 Special Assessment |
| **AGENT:** | James Marcy, IRS-CID |
| **AUSA:** | L. Robert Murray |
| **ESTIMATED TIME OF TRIAL:** | 1-5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |