CLOSED

# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
## CRIMINAL DOCKET FOR CASE #: 2:14-mj-00030-JPD All Defendants

Case title: USA v. Modeleski                     Date Filed: 01/28/2014
Other court case number: CR14-27-F District of Wyoming     Date Terminated: 02/04/2014

Assigned to: Hon. James P. Donohue

**Defendant (1)**

**Mitchell Paul Modeleski**                  represented by  **Mitchell Paul Modeleski**
*TERMINATED: 02/04/2014*                                    PRO SE
*also known as*
Paul Andrew Mitchell                                        **Nancy Tenney**
*TERMINATED: 02/04/2014*                                    FEDERAL PUBLIC DEFENDER'S
                                                            OFFICE (SEA)
                                                            1601 5TH AVE
                                                            STE 700 WESTLAKE CENTER
                                                            OFFICE TOWER
                                                            SEATTLE, WA 98101
                                                            206-553-1100
                                                            Fax: FAX 206-553-0120
                                                            Email: nancy_tenney@fd.org
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Public Defender or*
                                                            *Community Defender Appointment*

**Pending Counts**                          **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                       **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                              **Disposition**

CR14-27-F (Indictment out of the
District of Wyoming) 18:1512 (k) -
Conspiracy to Obstruct Justice; 181512
(b)(2)(A) and 2 - Obstruction of Justice
and Aiding and Abetting; 18:1512(c)(2)
- Obstruction of Justice

---

**Plaintiff**

**USA**                          represented by   **Sarah Y Vogel**
                                                   US ATTORNEY'S OFFICE (SEA)
                                                   700 STEWART ST
                                                   STE 5220
                                                   SEATTLE, WA 98101-1271
                                                   206-553-7970
                                                   Email: Sarah.Vogel@usdoj.gov
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*
                                                   *Designation: Assistant US Attorney*

| Date Filed | # | Select all / clear | Docket Text |
|---|---|---|---|
| 01/28/2014 | 1 | ☐ | CHARGING DOCUMENT RECEIVED FROM OTHER COURT as to Mitchell Paul Modeleski (Attachments: # 1 Indictment)(BB) (Entered: 01/28/2014) |
| 01/28/2014 | | | Arrest of Mitchell Paul Modeleski on 1/28/2014. (BB) (Entered: 01/28/2014) |
| 01/28/2014 | 2 | | Minute Entry for proceedings held before Hon. James P. Donohue-CRD: *B. Beetham*; AUSA: *Sarah Vogel*; Def Cnsl: *Pro Se (Nancy Tenney on standby)*; PTS: *Lonnie Kaman and Christina Lacy*; Court Reporter: *Digital Recording*; Time of Hearing: *2:15 p.m.*; Courtroom: *12B*; **INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS** as to Mitchell Paul Modeleski held on 1/28/2014. Defendant present in custody. Defendant advised of rights. Financial Affidavit not submitted, Counsel appointed on standby basis only. For reasons as stated on the record, the Defendant makes objections. Court questions the Defendant and finds he voluntarily and knowingly waives his right to Counsel, permitted to continue pro se. Defendant advised of charges in the District of Wyoming and penalties. Court advises the Defendant of Rule 5 rights and procedures. Government moves for detention, Detention Hearing and Identity Hearing set. Defendant addresses the Court and objections are noted. Defendant remanded to custody. Detention Hearing set for 1/31/2014 at 01:30 PM in Courtroom 12B before Hon. James P. Donohue. Status Hearing set for 2/4/2014 at 01:30 PM in Courtroom 12B before Hon. Brian A |

| | | | |
|---|---|---|---|
| | | | Tsuchida. (BB) (Entered: 01/28/2014) |
| 01/28/2014 | 3 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER **(On standby basis only** ) On the basis of the defendant's sworn financial statement, the court finds that he/she is financially unable to retain counsel. It is hereby ORDERED that the Federal Public Defender for the Western District of Washington be and hereby is appointed to represent the defendant pursuant to Title 18 United States Code 3006A. Signed by Hon. James P. Donohue. *(No.pdf image attached)* (BB) (Entered: 01/28/2014) |
| 01/28/2014 | 4 | ☐ | MOTION for Detention by USA as to Mitchell Paul Modeleski (BB) (Entered: 01/28/2014) |
| 01/31/2014 | 6 | | Minute Entry for proceedings held before Hon. James P. Donohue-CRD: *phv*; AUSA: *Sarah Vogel*; Def Cnsl: *Nancy Tenney (stand-by)*; PTS: *Sara Moore*; Court Reporter: *digital recording*; Time of Hearing: *1:30pm*; Courtroom: *12B*; **DETENTION HEARING** as to Mitchell Paul Modeleski held on 1/31/2014. Deft advises Court he has legally changed his name to Paul Andrew Mitchell. Court will address the deft as Mr Mitchell. Ms Tenney advises Mr Mitchell does not wish her assistance in any capacity. Court hears deft, and again advises deft of his rights.Ms Vogel argues in support of mtn to detain. Mr Mitchell addresses the Court re: release. Court makes findings and ORDERS the deft detained and remanded to custody. (PV) (Entered: 01/31/2014) |
| 01/31/2014 | 7 | ☐ | DETENTION ORDER as to Mitchell Paul Modeleski re document 4 MOTION for Detention by Hon. James P. Donohue. (cc: PTS, USMO) (BB) (Entered: 01/31/2014) |
| 02/04/2014 | 8 | | Minute Entry for proceedings held before Hon. Brian A Tsuchida-CRD: *A. Elkington*; AUSA: *Sarah Vogel*; Def Cnsl: *Nancy Tenney (stand-by)*; Court Reporter: *Digital Recording*; Time of Hearing: *1:30*; Courtroom: *12B*; **RULE 5(c)(3) IDENTITY HEARING** as to Mitchell Paul Modeleski held on 2/4/2014.<br><br>Defendant present in custody. Court addresses status of case. Defense motion for change of venue and bifrocation, severence. For reasons stated on the record, motion is DENIED. Defendant envokes 5th amendment right regarding question of identity. Government witness, special agent James Marci sworn & tesitfied. Exhibit A - marked & admitted. Government presents, certified copies of Warrant and Indictment from the District of Wyoming. No witnesses or testimony from defense. Court finds: Identity has been established. Order of Transfer signed. Defendant remanded to custody. (AE) (Entered: 02/04/2014) |
| 02/04/2014 | 9 | ☐ | ORDER OF TRANSFER to the District of Wyoming as to Mitchell Paul Modeleski by Hon. Brian A Tsuchida. (cc: PTS, USMO) (BB) (Entered: 02/04/2014) |
| | | | |

| 02/04/2014 | 10 | ☐ | Letter regarding Rule 5 Transfer as to defendant Mitchell Paul Modeleski (BB) (Entered: 02/04/2014) |
|---|---|---|---|

[ View Selected ]

or

[ Download Selected ]

COPY

# United States District Court

## —————— For The District of Wyoming ——————

UNITED STATES OF AMERICA,

vs.

**WARRANT FOR ARREST**

MITCHELL PAUL MODELESKI
(a/k/a Paul Andrew Mitchell).

CASE NUMBER: 14-CR-27-2F

**To:**
The United States Marshal and any
Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest MITCHELL PAUL MODELESKI (a/k/a Paul Andrew Mitchell) and bring him forthwith to the nearest magistrate to answer an **Indictment** charging him with **Conspiracy to Obstruct Justice (Count 1), Obstruction of Justice and Aiding and Abetting** (Counts 2-7), **Obstruction of Justice** (Count 9) in violation of **18 U.S.C. 1512(k), 18 U.S.C. 1512(b)(2)(A) and 2, 18 U.S.C. 1512(c)(2).**

| | |
|---|---|
| Stephan Harris | Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| _Stephan Harris_ | |
| | January 16, 2014, Cheyenne, WY |
| Signature of Issuing Officer | Date and Location |
| By Deputy Clerk | |
| Bail fixed at $ DETAIN | By: Nancy D. Freudenthal |
| | Chief United States District Judge |

**RETURN**

| This warrant was received and executed with the arrest of the above-named defendant at 0840 @ 2525 Main Av #201 Seattle, WA |
|---|

| DATE RECEIVED 1/28/2014 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 1/28/2014 | S. DRESCH | |

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2014 JAN 15 PM 5 12

STEPHAN HARRIS, CLERK
CHEYENNE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **No.** ___14-CR-27-F___ |
| Plaintiff, | **Ct. 1:** **18 U.S.C. § 1512(k)** (Conspiracy to Obstruct Justice) |
| **v.** | |
| **JOSEPH RUBEN HILL** (Counts 1 - 8) | **Cts. 2-7: 18 U.S.C. §§ 1512(b)(2)(A) and 2** (Obstruction of Justice and Aiding and Abetting) |
| and | |
| **MITCHELL PAUL MODELESKI, aka Paul Andrew Mitchell,** (Counts 1 – 7 and 9) | **Cts. 8-9: 18 U.S.C. § 1512(c)(2)** (Obstruction of Justice) |
| Defendants. | |

## I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

### INTRODUCTION

At all times relevant to this Indictment:

1.     The Defendant **JOSEPH RUBEN HILL** resided in Cheyenne, Wyoming, and engaged in business consultation through the Creative Consulting Group, or "CCG".

2.     The Defendant **MITCHELL PAUL MODELESKI** resided in Seattle, Washington, and, using the name Paul Andrew Mitchell, called himself a "Private Attorney General" with the "Supreme Law Firm." **MODELESKI** operated the "Supreme Law Firm" out of a rented one-bedroom apartment in Seattle, Washington, and he claimed the firm's specialty

was in constitutional law and had a mission to "dismantle the IRS." **MODELESKI** is not licensed to practice law.

3.      The Internal Revenue Service Criminal Investigations Division had an ongoing investigation regarding **HILL's** involvement in a scheme of establishing for CCG clients multiple trusts to help those clients evade federal individual income taxes.

4.      As part of that investigation, CCG clients were subpoenaed to produce records, documents and other materials to a grand jury impanelled in the United States District Court for the District of Wyoming.

5.      **HILL** and **MODELESKI** worked together to impede the grand jury investigation by encouraging CCG clients not to comply with the grand jury subpoenas and orchestrated an effort to inundate the district court with frivolous demands for evidences of authority and notices that failure to respond had established the absence of any authority of the grand jury.

6.      Paragraphs 1 through 5 are re-alleged and incorporated in Counts One through Nine below.

**COUNT ONE**

From on or about October 4, 2012, through on or about April 25, 2013, in the District of Wyoming and elsewhere, the Defendants, **JOSEPH RUBEN HILL** and **MITCHELL PAUL MODELESKI, aka Paul Andrew Mitchell**, did knowingly and intentionally combine, conspire, confederate and agree together and with others to corruptly obstruct, influence and impede the grand jury, an official proceeding, in violation of 18 U.S.C. § 1512(c)(2), and to corruptly persuade and engage in misleading conduct toward persons known to the grand jury

2

with intent to cause and induce such persons to withhold records, documents and other objects from the grand jury, an official proceeding, in violation of 18 U.S.C. § 1512(b)(2)(A).

All in violation of 18 U.S.C. § 1512(k).

## COUNT TWO

From on or about December 18, 2012, through on or about April 25, 2013, in the District of Wyoming and elsewhere, the Defendants, **JOSEPH RUBEN HILL** and **MITCHELL PAUL MODELESKI, aka Paul Andrew Mitchell**, did knowingly and corruptly persuade and engage in misleading conduct toward CCG client P.B., a person known to the grand jury, with intent to cause and induce P.B. to withhold records, documents and other objects from the grand jury, an official proceeding, and the Defendants did knowingly aid and abet each other in the commission of said offense.

In violation of 18 U.S.C. §§ 1512(b)(2)(A) and 2.

## COUNT THREE

From on or about December 18, 2012, through on or about April 24, 2013, the Defendants, **JOSEPH RUBEN HILL** and **MITCHELL PAUL MODELESKI, aka Paul Andrew Mitchell**, did knowingly and corruptly persuade and engage in misleading conduct toward CCG client J.H., a person known to the grand jury, with intent to cause and induce J.H. to withhold records, documents and other objects from the grand jury, an official proceeding, and the Defendants did knowingly aid and abet each other in the commission of said offense.

In violation of 18 U.S.C. §§ 1512(b)(2)(A) and 2.

## COUNT FOUR

From on or about December 18, 2012, through on or about April 24, 2013, in the District of Wyoming and elsewhere, the Defendants, **JOSEPH RUBEN HILL** and **MITCHELL PAUL MODELESKI, aka Paul Andrew Mitchell**, did knowingly and corruptly persuade and engage in misleading conduct toward CCG client S.M., a person known to the grand jury, with intent to cause and induce S.M. to withhold records, documents and other objects from the grand jury, an official proceeding, and the Defendants did knowingly aid and abet each other in the commission of said offense.

In violation of 18 U.S.C. §§ 1512(b)(2)(A) and 2.

## COUNT FIVE

From on or about December 18, 2012, through on or about April 24, 2013, in the District of Wyoming and elsewhere, the Defendants, **JOSEPH RUBEN HILL** and **MITCHELL PAUL MODELESKI, aka Paul Andrew Mitchell**, did knowingly and corruptly persuade and engage in misleading conduct toward CCG client R.M., a person known to the grand jury, with intent to cause and induce R.M. to withhold records, documents and other objects from the grand jury, an official proceeding, and the Defendants did knowingly aid and abet each other in the commission of said offense.

In violation of 18 U.S.C. §§ 1512(b)(2)(A) and 2.

## COUNT SIX

From on or about December 18, 2012, through on or about April 24, 2013, in the District of Wyoming and elsewhere, the Defendants, **JOSEPH RUBEN HILL** and **MITCHELL PAUL**

**MODELESKI, aka Paul Andrew Mitchell**, did knowingly and corruptly persuade and engage in misleading conduct toward CCG client G.R., a person known to the grand jury, with intent to cause and induce G.R. to withhold records, documents and other objects from the grand jury, an official proceeding, and the Defendants did knowingly aid and abet each other in the commission of said offense.

In violation of 18 U.S.C. §§ 1512(b)(2)(A) and 2.

### COUNT SEVEN

From on or about December 18, 2012, through on or about April 24, 2013, in the District of Wyoming and elsewhere, the Defendants, **JOSEPH RUBEN HILL** and **MITCHELL PAUL MODELESKI, aka Paul Andrew Mitchell**, did knowingly and corruptly persuade and engage in misleading conduct toward CCG client C.T., a person known to the grand jury, with intent to cause and induce C.T. to withhold records, documents and other objects from the grand jury, an official proceeding, and the Defendants did knowingly aid and abet each other in the commission of said offense.

In violation of 18 U.S.C. §§ 1512(b)(2)(A) and 2.

### COUNT EIGHT

On or about January 7, 2013, in the District of Wyoming and elsewhere, the Defendant, **JOSEPH RUBEN HILL** did knowingly and corruptly obstruct, influence and impede the grand jury, an official proceeding, and attempted to do so, by sending to the United States District

5

Court frivolous demands for evidences of authority of court personnel to issue subpoenas on behalf of the grand jury.

In violation of 18 U.S.C. § 1512(c)(2).

## COUNT NINE

On or about January 10, 2013, in the District of Wyoming and elsewhere, the Defendant, **MITCHELL PAUL MODELESKI, aka Paul Andrew Mitchell**, did knowingly and corruptly obstruct, influence and impede the grand jury, an official proceeding, and attempted to do so, by sending to the United States District Court notices that failure to respond to demands for evidences of authority established the absence of any authority of court personnel to issue subpoenas on behalf of the grand jury.

In violation of 18 U.S.C. § 1512(c)(2).

A TRUE BILL:

FOREPERSON

CHRISTOPHER A. CROFTS
United States Attorney

6

## PENALTY SUMMARY

**DEFENDANT NAME:**    **JOSEPH RUBEN HILL**

**DATE:**    January 14, 2013

**INTERPRETER NEEDED:**    No

**PLACE OF TRIAL:**    The government, pursuant to Rule 18, F.R.Cr.P., with due regard for the convenience of the defendant, any victim and witnesses, and the prompt administration of justice, requests trial be held in:

**No Preference**

**VICTIM:**    No

**SEAL CASE:**    No

**OFFENSE:**    **Ct. 1:**    **18 U.S.C. § 1512(k)**
(Conspiracy to Obstruct Justice)

**PENALTIES:**    NMT 20 Years of Imprisonment
$250,000 Fine
3 Years Supervised Release
$100 Special Assessment

**OFFENSE:**    **Cts. 2-7:**    **18 U.S.C. §§ 1512(b)(2)(A) and 2**
(Obstruction of Justice and Aiding and Abetting)

**PENALTIES:**    NMT 20 Years of Imprisonment
$250,000 Fine
3 Years Supervised Release
$100 Special Assessment

**OFFENSE:**    **Ct. 8:**    **18 U.S.C. § 1512(c)(2)**
(Obstruction of Justice)

**PENALTIES:**    NMT 20 Years of Imprisonment
$250,000 Fine
3 Years Supervised Release
$100 Special Assessment

| | |
|---|---|
| **TOTAL:** | NMT 20 Years of Imprisonment |
| | $2,000,000 Fine |
| | 3 Years Supervised Release |
| | $800 Special Assessment |
| | |
| **AGENT:** | James Marcy, IRS-CID |
| | |
| **AUSA:** | L. Robert Murray |
| | |
| **ESTIMATED TIME OF TRIAL:** | 1-5 days |
| | |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| | |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |

## PENALTY SUMMARY

**DEFENDANT NAME:**      **Mitchell Paul Modeleski, aka**
    **Paul Andrew Mitchell,**

**DATE:**      January 14, 2013

**INTERPRETER NEEDED:**      No

**PLACE OF TRIAL:**      The government, pursuant to Rule 18, F.R.Cr.P., with due regard for the convenience of the defendant, any victim and witnesses, and the prompt administration of justice, requests trial be held in:

     **No Preference**

**VICTIM:**      No

**SEAL CASE:**      No

**OFFENSE:**    **Ct. 1:**      **18 U.S.C. § 1512(k)**
(Conspiracy to Obstruct Justice)

**PENALTIES:**      NMT 20 Years of Imprisonment
$250,000 Fine
3 Years Supervised Release
$100 Special Assessment

**OFFENSE:**    **Cts. 2-7:**      **18 U.S.C. §§ 1512(b)(2)(A) and 2**
 (Obstruction of Justice and Aiding and Abetting)

**PENALTIES:**      NMT 20 Years of Imprisonment
$250,000 Fine
3 Years Supervised Release
$100 Special Assessment

**OFFENSE:**    **Ct. 9:**      **18 U.S.C. § 1512(c)(2)**
(Obstruction of Justice)

**PENALTIES:**      NMT 20 Years of Imprisonment
$250,000 Fine
3 Years Supervised Release
$100 Special Assessment

| | |
|---|---|
| **TOTAL:** | NMT 20 Years of Imprisonment<br>$2,000,000 Fine<br>3 Years Supervised Release<br>$800 Special Assessment |
| **AGENT:** | James Marcy, IRS-CID |
| **AUSA:** | L. Robert Murray |
| **ESTIMATED TIME OF TRIAL:** | 1-5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |

1    FILED          ENTERED
     LODGED         RECEIVED          Magistrate Judge James P. Donohue
2

3           JAN 28 2014

4              AT SEATTLE
         CLERK U.S. DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON
5    BY                      DEPUTY

6

7               UNITED STATES DISTRICT COURT FOR THE
8                WESTERN DISTRICT OF WASHINGTON
                            AT SEATTLE
9

10   UNITED STATES OF AMERICA,

11                                        CASE NO.   MJ14-030
                  Plaintiff,
12                                        GOVERNMENT'S MOTION
13          v.                            FOR DETENTION

14   MITCHELL PAUL MODELESKI,

15
                  Defendant.
16

17       The United States moves for pretrial detention of the Defendant, pursuant to

18   18 U.S.C. § 3142(e) and (f).

19       **1.**    **Eligibility of Case**. This case is eligible for a detention order because this case

20   involves (check all that apply):

21   ____    Crime of violence (18 U.S.C. § 3156)

22   ____    Crime of Terrorism (18 U.S.C. § 2332b(g)(5)(B)) with a maximum sentence of
23           ten years or more

24   ____    Crime with a maximum sentence of life imprisonment or death

25   ____    Drug offense with a maximum sentence of ten years or more

26

27

28

MOTION FOR DETENTION- MODELESKI - 1

| | | |
|---|---|---|
| 1 | ___ | Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed |
| 2 | | |
| 3 | ___ | Felony offense involving a minor victim other than a crime of violence |
| 4 | | Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. § 921), or any other dangerous weapon |
| 5 | | |
| 6 | ___ | Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. § 2250) |
| 7 | | |
| 8 | ___ | Serious risk the defendant will flee |
| 9 | ✓ | Serious risk of obstruction of justice, including intimidation of a prospective witness or juror |

**2.** **Reason for Detention**. The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    ✓  Defendant's appearance as required

    ___  Safety of any other person and the community

**3.** **Rebuttable Presumption**. The United States will invoke the rebuttable presumption against defendant under § 3142(e). The presumption applies because:

    ___  Probable cause to believe defendant committed offense within five years of release following conviction for a "qualifying offense" committed while on pretrial release.

    ___  Probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more

    ___  Probable cause to believe defendant committed a violation of one of the following offenses: 18 U.S.C.§§ 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism)

    ___  Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§ 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1        **4.**     **Time for Detention Hearing**. The United States requests the Court conduct

2  the detention hearing:

3        __     At the initial appearance

4        ✓     After continuance of _3_ days (not more than 3)

5        **5.**     **Other matters.**

6

7        DATED this 28th day of January, 2014.

8

9                            Respectfully submitted,

10                          JENNY A. DURKAN
                               United States Attorney

11

12

13                          SARAH Y. VOGEL
                               Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION FOR DETENTION- MODELESKI - 3

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

UNITED STATES OF AMERICA,

                    Plaintiff,

    v.

MITCHELL PAUL MODELESKI,

                    Defendant.

NO.  MJ14-30

DETENTION ORDER

Offenses charged:

    Count 1:      Conspiracy to Obstruct Justice

    Counts 2-7:    Obstruction of Justice and Aiding and Abetting

    Counts 8-9:    Obstruction of Justice

Date of Detention Hearing: January 31, 2014.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

          FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    1.      Defendant is charged in an indictment with 8 counts of obstruction of justice, raising substantial issues of obstruction if released.

    2.      Defendant has little verifiable background information.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

3. Defendant has made it clear he will not go to the District of Wyoming willingly.

4. Defendant does not believe the Court has authority over him and will not comply with Court Orders.

5. This ruling is without prejudice to defendant to ask for further review when he makes his initial appearance in the District of Wyoming.

6. There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required in the District of Wyoming.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending his initial appearance in the District of Wyoming and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 31st day of January, 2014.

_James P. Donohue_
JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2

FEB 04 2014

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
at Seattle

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

MITCHELL PAUL MODELESKI,

a/k/a PAUL A. MITCHELL

      Defendant.

Case #MJ14-30

ORDER OF TRANSFER

It is hereby ORDERED, pursuant to F.R.Cr.P. 5(c)(3)(D), that further proceedings in this case shall be conducted in the U. S. District Court for the District of Wyoming.

The Clerk of this Court shall forthwith transmit to the Clerk of the Court in said district the records of proceedings conducted in this district.

Unless defendant is released on bond, the U. S. Marshal is directed to transport defendant as promptly as possible to that district. If released on bond, the defendant is directed to appear in that district for further proceedings at the time and place specified on the bond or as directed by Counsel.

Dated this _4th_ day of February, 2014.

_____

Brian A. Tsuchida, U. S. Magistrate Judge



# UNITED STATES DISTRICT COURT

**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
Seattle
700 Stewart St., Suite 2310
Seattle, WA 98101
(206) 370-8400

**WILLIAM M. MCCOOL**
**District Court Executive**
**Clerk of Court**

**LORI LANDIS**
**Chief Deputy Clerk**

February 4, 2014

**CLERK, US DISTRICT COURT**

Joseph C. O'Mahoney
 Federal Building
2120 Capitol Avenue, Room 2141
Cheyenne, WY 82001

**USA v Mitchell Paul Modeleski a/k/a Paul Andrew Mitchell**

CR14-27-F District of Wyoming

WD/WA Case: MJ14-30

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court per RULE 5(c)(3)(D) or 32.1, dated 2/4/2014, please download the documents maintained electronically by the District Court through PACER for the Western District of Washington at **https://ecf.wawd.uscourts.gov/.**

Please affirm in some manner the receipt of this transfer notification letter.

Sincerely,

WILLIAM M. MCCOOL, District Court Executive

s/ Ben Beetham,
Deputy Clerk