Case No. MJ 14-00030 JPD
AFFIDAVIT OF PROBABLE EVIDENCE

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2014 FEB 14  PM 12 47
STEPHEN HARRIS, CLERK
CHEYENNE

TO: Chief Judge, duly credentialed
     U.S. District Court
     700 Stewart St.
     Seattle 98101
     Washington State, USA

FROM: Paul Andrew Mitchell, B.A., M.S.,
       FDC SeaTac Reg. No. 44202-086, Unit EA

SUBJECT: facts invoking application now
          of Johnson v. Zerbst; 44 USC 3512

Greetings your Honor:

In the matter of Case No. MJ-14-00030 (JPD),
please accept this AFFIDAVIT documenting
specific acts calling for application of
the decision of the U.S. Supreme Court in
Johnson v. Zerbst, to wit:

(1) Assistant Federal Public Defender
Nancy Tenney refused to perform one (1)
simple task requested by a Defendant, and
Defendant promptly terminated her
assistance of Counsel: see Sixth Amendment
Defendant and a U.S. Marshal did the task on 6/11/20
(2) Cruel and unusual punishment in
FDC SeaTac's Special Housing Unit ("SHU")
deprived Defendant of access to Law
Library: "Inmates housed in the Special
Housing Unit cannot go to the Law Library."
[sic] [emphasis added] — 1 of 4 —

See "FDC SEATAC INMATE ADMISSION AND ORIENTATION HANDBOOK," Dec. 9, 2013, Page 9, under "Legal Assistance."

(3) Defendant declined to sign an Intake Form because it lacked an OMB control number at the upper right-hand corner. BOP's intake Counselor specifically ated Defendant's annotation re: "OMB No." as justification for placing him in the SHU instead of the general population. As such, BOP staff violated the PRA's Public Protection Clause at 44 U.S.C. 3512 i.e. absolute bar to any further judicial or administrative proceedings; here also see 5 USC 3331; and 5 U.S.C. 2903, 2906 in pari materia;

(4) Defendant drafted hand-written Petition for Habeas Corpus Relief, but Assistant FPD has done nothing to date. She has not prepared that Petition for filing and service, nor as a Draft for Defendant's preliminary review and edits & additions. Assistant FPD merely forwards "process" issued by the Court. Defendant mailed a request for additional FPD services on 2/6/2014. FPD does not appear to have adequate procedures or policies to provide effective assistance of Counsel to litigants proceeding In Forma Pauperis and/or In Propria Persona. FPD was also asked to contact Defendant's

— 2 of 4 —

landlord to learn the status of the contents of Defendant's apartment, but FPD has not replied at all to that specific request.

(5) Defendant also has a utility patent pending for a computer storage device at the U.S. Patent and Trademark Office. Defendant's Personal Computers were hand-built by him, and they are used to test variations and permutations — by way of performing basic research, and storing redundant copies of his patent research database. The loss of any of those custom PCs is too damaging and too catastrophic, to contemplate, not to mention the threat of losing that apartment and everything else in it. Defendant has lived there since June 18, 2009.

REMEDY

(6) Defendant therefore sincerely believes that the facts itemized above do fully justify an ORDER to the Office of the U.S. Attorney to show cause why said facts do not violate the Sixth Amendment, and also the Eighth Amendment prohibiting cruel and unusual punishment, and also the PRA's Public Protection Clause: 44 USC 3562

(see next page)

VERIFICATION: 28 U.S.C. 1746

I, Paul Andrew Mitchell, B.A., M.S., hereby verify under penalty of perjury, under the laws of the United States of America, without (outside) the United States (federal government) that the body of the above statement of facts and laws is true and correct according to the best of my current information, knowledge and belief, so help me God.

Dated: 2/6/2014

Signed: Paul Andrew Mitchell, Sui Juris

Printed: Paul Andrew Mitchell, B.A., M.S.
All Rights Reserved (cf. UCC 1-308

p.s. Incorporated by reference, as if set forth fully here: the entire case file currently in custody of Federal Public Defender, Seattle, Washington State USA. See FREV 201(c)(2): mandatory judicial notice (NOT discretionary).

CONCLUSION

As a consequence of several acts, including but not limited to those described above, the U.S. District Court at Seattle appears to have ousted itself of jurisdiction and is barred from any further judicial proceedings. So be it!

−4 of 4−

FEDERAL DETENTION CENTER
NAME: Paul Andrew Mitchell
REG: 44202-086 UNIT: EA
P.O. BOX 13900
SEATTLE, WA. 98198-1090

Case No.
MJ 14-0003O JPD
(using *chosen* name)
(pallace)
Civil Rights Related
Cf. USC 1-368

CONFIDENTIAL

SEATTLE WA 980
10 FEB 2014 PM 6 L

To: Chief Judge
U.S. District Court
700 Stewart St.
Seattle 98101
Washington State, USA

N.B.!

Justice
FOREVER

also cf. Brewer v. Wilkinson;
Lemon v. Dugger
(re: "Special Mail")

Case No. MJ 14-0003 O JPD

REQUEST TO VACATE DECISIONS
AND HEARINGS BY JAMES P. DONOHUE

TO: Chief Judge, duly credentialed
U.S. District Court
700 Stewart Street          Ref. #14-CR-27-F
Seattle 98101                (USDC/DWY)
Washington State, USA

FROM: Paul Andrew Mitchell, B.A., M.S.
FDC SeaTac Reg. No. 44202-086, Unit "EA"

SUBJECT: James P. Donohue's conflict
of interest and demonstrable bias

Greetings Your Honor:
Start by reviewing Martinez v. Winner, 771 F.2d 424.
Please allow me to begin this REQUEST
by confirming that Mr. James P. Donohue
has failed to produce any evidence of a
valid OPM SF-61 APPOINTMENT AFFIDAVITS.
Moreover, I have made that request
in writing, which Mr. Donohue did not
answer, and personally at the Clerk's
public counter on 6/11/2013. An employee
of the Clerk's Office replied: "We are not
going to cooperate with you Mr. Mitchell.
Mr. Donohue's signature, as I recall
was visible on the "search warrant" [sic]
to which I objected on 6/11/2013, chiefly
because I have never had any opportunity.
Also in violation of 28 U.S.C. 1691, that
"search warrant" did not display any

Incorporated by reference in #14-CR-27-F (USDC/DWY)

signature of any Clerk or Clerk of Court; Deputy
it did show a rubber stamp bearing
the name of "William M. McCool," who
has also refused to produce any evidence
of a valid OPM SF-61 APPOINTMENT
AFFIDAVITS, as required by 5 U.S.C. 2903,
2906, 3331, and the Oath of Office Clause.
   Furthermore, Mr. Donohue has
manifested bias and apparent prejudice
specifically in the "DETENTION ORDER"
dated January 31, 2014. For example:
Using U.S. v. Callender, 25 F. Cas. 239 (1800) as a guide:
(a) "Defendant has made it clear he will
not go to the District of Wyoming willingly."
Objection: I have no car, no driver's
license, and I did have just barely enough money
saved to pay 2 months of rent. Travel
is out of the question to such a distant city,
as long as I am expected to pay travel costs etc
(b) "Defendant does not believe the Court
has authority over him and will not
comply with Court Orders." [sic]
The record shows I timely challenged jurisdiction
I timely objected, and my objection was "noted."
Pursuant to case law I have already studied
under 28 U.S.C. 1691, violations of that law
do deprive the Court of jurisdiction in
personam. Likewise, Court "orders" are
process as that term occurs in Sec. 1691.
"to point of law", the Court does lack
"authority over me" as long as it lacks
jurisdiction in personam. 28 U.S.C.A. 1691.
— 2 of 4 —

(c) "There are no conditions or combination of conditions other than detention that will reasonably assure the appearance of defendant as required in the District of Wyoming." [sic]

This exaggerated and foregone conclusion overlooked the obvious: I can appear in writing at preliminary hearings held in Cheyenne, Wyoming, provided I am released on my own recognizance and allowed to prepare my own defense, using the powerful computer resources I have assembled in my apartment. "House arrest" is another option, provided I be allowed to return to my apartment, as described in the preceding apartment.

I am presently at real risk of LOSING that apartment and ALL of my personal and professional possessions. Why? Revival Was that the REAL reason for the lightning bolt arrest on 1/28/2014, and the cruel and unusual punishment of expediting me NON-STOP to solitary confinement, orchestrated by lies, defamations and distortions? WHY? Is there a conspiracy to violate rights guaranteed by the V Constitution?

— REMEDIES —

The facts above fully justify an ORDER to the OUSA to show cause why (a) Mr. Donohue's rulings & hearings should not be vacated and why (b) Defendant should not be released on his own recognizance so that he may prepare his defense to Propria Persona on his own computer

— 3 of 4 —

# _VERIFICATION_: 28 U.S.C. 1746

I, Paul Andrew Mitchell, B.A., M.S.,
hereby verify under penalty of perjury,
under the laws of the United States of
America, without (outside) the United
States (federal government) that the
above statement of facts and laws
is true and correct, according to the
best of my current information, knowledge,
and belief, so help me God.

Dated: 2/8/2014

Signed: Paul Andrew Mitchell
        In Propria Persona (NOT "Pro Se")
Printed: Paul Andrew Mitchell, B.A., M.S.
         All Rights Reserved (cf. UCC 1-308)
Authority: _Martinez v. Winner_, 771 F.2d 424 (10th Cir. 19

p.s. "Pro se" in Latin means "For it";
in English: "se" is a neuter Latin
pronoun that is inappropriate when
used to refer to human beings,
particularly Citizens of ONE OF the States united
"Quem ad finem sese effrenata iactabit
audacia?" (in Latin)
To what end will your unbridled
audacity hurl _itself_? (in English)

                    Cicero's Oration against Catil
                    See _Parrill v. Roanoke_ here

            — # # # —

Case Nos.: MJ 14-00030 JPD
USDC/DWY: 14-CR-27-F

MEMORANDUM OF LAW RE:
CLERK OF COURT IS AN OFFICER

TO: Office of Chief Judge
U.S. District Court
700 Stewart Street
Seattle 98101
Washington State, USA

FROM: Paul Andrew Mitchell, B.A., M.S.
FDC SeaTac Reg. No. 44202-086, Unit "EA"

SUBJECT: laws requiring Clerk's authorized
signature on a valid subpoena

1. Judges and Justices are "officers".
proof: see 5 U.S.C. 2104(a)

2. Clerk of Court is appointed by the District
Court. proof: see 28 U.S.C. 751, to wit:
"each district court may appoint a Clerk"

3. Clerk of Court is therefore an "officer" too.
proof: see 5 U.S.C. 2104(a)(1)(B), to wit:
"appointed by a Court of the United States"

4. An "officer" must file a second affidavit
with the oath of office required by 5 U.S.C. 3331.
proof: see 5 U.S.C. 3332: officer affidavit
"no consideration paid for appointment"

5. An "officer" may not be paid until the
affidavit required by 3332 has been filed!
proof: 5 U.S.C. 5507
— 1 of 2 —

6. The Court is the legal custodian of all SF-61 APPOINTMENT AFFIDAVITS for Court personnel. proof: 5 U.S.C. 2906, to wit "court to which the office pertains"

7. Office of Clerk must have legal custody of all SF-61s for all Court officers. proof: 28 U.S.C. 951 (duties of Clerk)

8. If Clerk's Office does not have custody of the SF-61 for the person in the Clerk's position, then 28 U.S.C. 1691 cannot be satisfied: Clerk's authorized signature and the Court's official seal are both required.

Relevant Authorities: In re Simon, 297 F. 942 (2nd Cir. 1924); 28 U.S.C. R 1691, 28 U.S.C. S 1691 (all case law thereunder).

VERIFICATION: 28 U.S.C. 1746

I, Paul Andrew Mitchell, B.A., M.S., hereby verify under penalty of perjury, under the laws of the United States of America, without (outside) the United States (federal government) that the above statement of laws is true and correct, according to the best of my current information, knowledge and belief, so help me God.

Dated: 2/10/2014 A.D.

Signed: Paul Andrew Mitchell, B.A., M.S.
Printed: Paul Andrew Mitchell, Sui Juris
All Rights Reserved (cf. UCC 1-308)
— 2 of 2 —

FEDERAL DETENTION CENTER
NAME: Paul Andrew Mitchell
REG: 44202-086  UNIT: EA
P.O. BOX 13900
SEATTLE, WA. 98198-1090

98101844439

SEATTLE WA 980

LEGAL MAIL

"Special Mail"
Confidential

All Rights Reserved
(cf. UCC 1-308)

TO: Office of Chief Judge
U.S. District Court
700 Stewart St.
Seattle 98101
Washington State, USA
98101

USA

FOREVER USA

Please copy and file in docket
# 14-CR-27-F
(USDC/DWY)



FEDERAL DETENTION CENTER
NAME: Paul Andrew Mitchell
REG: 44202-086   UNIT: EA
P.O. BOX 13900
SEATTLE, WA. 98198-1090

" Special Mail "
Confidential

All Rights Reserved
(cf. UCC 1-308)

13 FEB 2014 PM 4 L
SEATTLE WA 981

LEGAL MAIL

TO: Office of Chief Judge
U.S. District Court
700 Stewart Street
Seattle 98101
Washington State, USA
98101

Please also copy and file in docket

#14-CR-27-F
(USDC/DWY)

Thank you.

FEDERAL DETENTION CENTER
NAME: _Denis Reynolds Mitchell_
REG: _44203-086_   UNIT: _EA_
P.O. BOX 13900
SEATTLE, WA. 98198-1090

LEGAL MAIL

SEATTLE WA 980

FEB 14 2014

"Special Mail"
Confidential

All Rights Reserved
(c.f. UCC 1-308)

TO: Office of Chief Judge
U.S. District Court
705 Stewart St.
Seattle 98101
Washington State, USA

98101443805

USA FOREVER

Please copy and file in docket
# 14-CR-27-F
(USDC/DWY)

thank you.

Case No. MJ 14-00030 JPD

SECOND AFFIDAVIT OF PROBABLE CAUSE

TO: Office of Chief Judge        Ref. #14-CR-27-E
U.S. District Court              (USDC/DWY)
700 Stewart Street
Seattle 98101
Washington State, USA

FROM: Paul Andrew Mitchell, B.A., M.S.
FDC SeaTac Reg. No. 44202-086, Unit "EA"

SUBJECT: ongoing investigation of missing
            and/or defective credentials, w/ DOJ

Greetings Your Honor:
Start by reviewing Martinez v. Winner, 771 F.2d 424 (1985).
In the matter of Case No. MJ-14-00030 (JPD)
please accept this AFFIDAVIT summarizing
the credential investigation which the Under-
signed has been conducting at least since
the year 1996 A.D., with assistance of U.S. DOJ.
In particular, personnel of this Court
have now touched the instant case, but
without having produced a true and
correct copy of the U.S. Office of Personnel
Management Standard Form 61 APPOINTMENT
AFFIDAVITS, expressly required by the Federal
statutes at 5 U.S.C. 2903 (authority to
administer), 2906 (custody) and 3331.
To satisfy the requirements of all reasonable
due diligence, Defendant submitted nearly
identical FOIA Requests to OPM and OMB,
for proof that OPM had complied with
all regulatory requirements, imposed by the

— 1 of 9 —

to discover SF-61s for employees
such as U.S. Magistrate Judges,
Clerks and Deputy Clerks of Court.
   Court employees who have failed or
refused to disclose valid SF-61s include,
but are not limited to:
   (a) James P. Donohue dba Magistrate
   (b) Brian Tsuchida dba Magistrate
   (c) William M. McCool dba Clerk of Court
   In the Executive Branch, and to the
best of his memory, Defendant has
also used the FOIA to request valid
SF-61s for Jenny A. Durkan, OUSA in
Seattle; Christopher A. Crofts, OUSA in
Cheyenne, Wyoming; and L. Robert
Murray, OUSA, Cheyenne, Wyoming.
   In the IRS, Defendant used the FOIA
to request valid SF-61s for James Macy
and Dave Guest. See Chrysler Corp. v. Brown.fn:
   No SF-61s were produced for Messrs.
Donohue, Tsuchida, and McCool!
   The SF-61s produced for Durkan,
Crofts, Murray, Macy and Guest
all displayed no OMB control number;
and, in some cases those "bootleg"
requests failed to display any citation
to 5 U.S.C. 2903 (authority to administer)
   Whenever resorting to a NOTICE AND
DEMAND, instead of a FOIA Request, Defen-
dant relies upon the definition of "demand"
in Black's Law Dictionary, 6th Edition,
whereby "demand" necessarily implies a

- 3 of 6 -

right of some kind. In this context,
the SF-61 required by 5 U.S.C. 3331, 3332, 3333
is a legislative implementation of the
Oath of Office clause at Art. VII, Sec. 3,
in the Constitution for the United States
of America, as lawfully amended.
As such, the Oath of Office on each
SF-61 is Defendant's Fundamental
Right. In this context, see Miranda
v. Arizona ("rights secured by the
Constitution") read Fundamental Right.
In light of all the above, Defendant is
now claiming justification for concluding
the following, under 19 Op. Atty. Gen. 219 (1889):
(a) James P. Donohue cannot sign any
orders, nor preside on any hearings;
(b) Brian Tsuchida cannot sign any
orders, nor preside on any hearings;
(c) William M. McCool cannot put his
authorized signature on any "process";
(d) Jenny A. Durkan cannot represent
any government agency before this court;
(e) Christopher A. Crofts cannot represent
any government agency before USDC, DWY;
(f) L. Robert Murray cannot represent
any government agency before USDC, DWY;
(g) Stephen Harris cannot put his
authorized signature on any "process";
(h) James Maley cannot be an employee
of the U.S. Department of the Treasury;
(i) Dave Guist cannot be an employee
of the U.S. Department of the Treasury.
— 4 of 9 —

Messrs. McCool & Harris are both claiming to be de jure Clerks of Court who have both touched the instant case. Unfortunately, the absence of valid SF-61s renders both of them unqualified to perform any duties assigned to the Office of Clerk: (a) they cannot maintain custody of any Court records, particularly their own SF-61s, of which they are the legal custodians — or should be the legal custodians — designated as such by 5 U.S.C. 2906; (b) they cannot summon or screen jurors, whether grand juries or petit (trial) juries, whether civil or criminal juries, insofar as neither has executed a valid SF-61 and maintains legal custody of same; and (c) they cannot sign any Court process that satisfies the statute at 28 U.S.C. 1691, because their signatures are not authorized signatures, absent a valid SF-61 that is and remains in the legal custody of the Office of Clerk of Court, pursuant to 5 U.S.C. 290. NB: Insofar as personnel claiming to be lawful Clerks and Deputy Clerks do not have legal custody of their own valid SF-61s, then the entire Court is rendered totally impotent because it cannot issue any process that satisfies the plain and simple requirements imposed on all "process" by the statute at 28 U.S.C. 1691. This deficiency also exists for "indictments" and "arrest warrants", for the same reason

— 5 of 9 —

Court "orders" and "search warrants" must also comply with Section 1691 supra. See case law under 28 U.S.C.S. 1691 and 28 U.S.C.A. 1691, all of which case law is almost unanimous in their holding that violations of Section 1691 result in depriving the Court of jurisdiction in personam. Hence, Defendant's "objection!"

The absence of valid SF-61s for Messrs. M'Cool and Harris therefore calls for the conclusions that the so-called "search warrant" executed on 6/11/2013 was void; the so-called "arrest warrant" executed on 1/28/2014 was also void; and, the so-called "indictment" stamped 1/15/2014 is likewise void ab initio, for all of the reasons stated supra. No lawful Clerk

Similarly, all Court hearings to date, on which either Mr. Donohue or Mr. Tsuchida attempted to preside, were null and void, ab initio; and, all rulings and "orders" issued during or after said hearings, were likewise null and void ab initio. See Carmine v. Bowen, U.S. v. Tweel, her

The panel of federal citizens who attempted to issue the "indictment" in the instant case was not a lawfully convened Federal grand jury nor a lawfully screened grand jury.

This also means that the DOJ personnel who entered the grand jury room, did not attend, or conduct, an "official grand jury proceeding" in the instant case.

— 6 of 9 —

Probable Jury Tampering and
Impersonating an Officer of the United States

For all of the reasons already explained
above, Messrs Crofts and Murray
entered the grand jury room without
valid credentials, and thereby perpetrated
a fraud upon the panel assembled in
that room; moreover, such a fraud
also constitutes probable cause that
both committed, and conspired to commit,
jury tampering and impersonating an
officer of the United States. See 18 U.S.C. 912.

Lastly, and more to the merits of any
"subpoenas" issued by the panel assembled
in the grand jury room in Cheyenne, Wyo.
it should now be abundantly clear that
it was legally impossible for that panel
to issue any valid "subpoenas" insofar as
and as long as, no valid OPM Standard Form
61 APPOINTMENT AFFIDAVITS were ever
produced for any of the "players" named
above; and insofar as, and as long as,
the Office of Clerk of Court in Cheyenne failed
to maintain legal custody of valid SF-61s
for all Court personnel, no exceptions. See
5 U.S.C. 2906, 3331, 3332, 3333; 44 U.S.C. 3507.

## REMEDIES

Defendant therefore sincerely believes
that the facts itemized above do fully
justify ORDERs to the Office of the U.S. Attorney
to show causes why this honorable Court
should not take mandatory judicial
notice, pursuant to FRE V 201 (c)(2),

— 7 of 9 —

of all records currently in the custody of both Clerks of Court in Seattle, Washington, and in Cheyenne, Wyoming; to show cause why all "orders" issued in the instant case should not be vacated; to show cause why all hearings conducted to date in the instant case should not be declared null and void; to show cause why the "search warrant" and "arrest warrant" were not both null and void ab initio; to show cause why the fate of Defendant's private personal and his intellectual properties, safe and sound as they were between 6/18/2009 and 6/11/2013, should not be fully disclosed to Defendant immediately; to show cause why the so-called "subpoenas", issued by a panel of federal citizens gathered at the Federal Courthouse in Cheyenne, Wyoming, should not be declared null and void, and quashed for that reason; and, to show cause why a CIVIL RICO cross-complaint should not commence by naming all of the individuals mentioned above as individual Co-Defendants under 18 U.S.C. 1964(c), and possibly under 18 U.S.C. 241 and 242, and 42 U.S.C. 1985 and 1986; and finally to show cause why the alleged "indictment" should not be declared null and void ab initio, and why the instant case should not be dismissed with prejudice. So be it

-8 of 9

## VERIFICATION: 28 U.S.C. 1746

I, Paul Andrew Mitchell, B.A., M.S., hereby verify under penalty of perjury, under the laws of the United States of America, without (outside) the United States (federal government) that the above statement of facts and laws is true and correct according to the best of my current information, knowledge and belief, so help me God.

Dated: 2/7/2014 A.D.

Signed: Paul Andrew Mitchell, Sui Juris

Printed: Paul Andrew Mitchell, B.A., M.S.
All Rights Reserved (cf. UCC 1-308)

Foundation Authority: U.S. v. Callender, 25 F.Cas. 239 (18a
Supplemental authorities: 5 U.S.C. 2903, 2906,
3331, 3332, 3333; 28 U.S.C. 453, 951; 44 U.S.C. 3507, 3512;
U.S. v. Seesing, 234 F.3d 456 (9th Cir.);
Franks v. Delaware, 438 U.S. 154;
U.S. v. Sanders, 211 F.3d 711;
U.S. v. Bukowski, 435 F.2d 1094 (7th Cir. 1970);
U.S. v. Smyth, 104 F.Supp. 283 (DC Cal. 1952).
* In re Grand Jury Application, 617 F.Supp. 199 (19
Willy v. Coastal Corp., 503 U.S. 131 (1992) re: 18 USC 32
18 U.S.C. 1964(c) ("Civil RICO), Liberal Construction
** 18 U.S.C.S. 1504: "Nothing in this section shall
be construed to prohibit the communication of a
request to appeal before the grand jury." -- added to
remove possibility a proper request to appear might be
construed as a technical 9 of 9 -- violation of this section