1224 NE WAYOUT # 257
Roseburg 97470
Oregon State USA





7011 2970 0002 6113 4130

U.S. POSTAGE PAID
ROSEBURG, OR 97470
FEB 24, '14
AMOUNT $9.30
00034930-06



7011 2970 0002 6113 4130

Office of Chief Judge
US District Court
2120 Capitol Avenue 2nd Floor
Cheyenne 82001
Wyoming State, USA