#4

Case No. MJ 14-00030 JPD

## THIRD AFFIDAVIT OF PROBABLE CAUSE

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2014 MAR 12 PM 1 05
STEPHAN HARRIS, CLERK
CHEYENNE

TO: Office of Chief Judge    Re: #14-CR-27-F
    U.S. District Court          (USDC/DWY)
    700 Stewart Street
    Seattle 98101
    Washington State, USA

FROM: Paul Andrew Mitchell, B.A., M.S.
      FDC SeaTac Reg. No. 44202-086, Unit "EA"

SUBJECT: ongoing investigation of one
         William M. McCool dba Clerk of Court

Greetings Your Honor:

In the matter of Case No. MJ-14-00030-JPD, please accept this AFFIDAVIT summarizing a body of evidence assembled in connection with three (3) different places where the Undersigned encountered one William M. McCool, at various times in the past, to wit:

(1) Tucson, Arizona, where I was authorized by the late U.S. District Judge John M. Roll to defend a trust against a grand jury "subpoena". Cf. In Re Grand Jury Subpoena served on New Life Health Center; and, where I volunteered to look for approximately 2,500 missing children implicated as victims in human trafficking;

(2) Tallahassee, Florida, where I again encountered Mr. McCool on the staff of the Clerk's Office of the U.S. District Court located in that Florida city; and,

Incorporated by reference in #14-CR-27-F (USDC/DWY)

- 1 of 3 -

- 1 of 3 -

Incorporated by reference in #14-cr-27-F (USDC/Dwy)

(3) Seattle, Washington, where I again encountered Mr. McCool in connection with the ongoing investigation of missing and defective credentials, upon which the U.S. Dept. of Justice has actively assisted at least since the year 2001 A.D., and before.

In Florida, I do specifically remember lodging a formal Mail Fraud Report against Mr. McCool with the U.S. Postal Inspection Service, for violating 28 U.S.C. 1691.

In Seattle, I have had five (5) separate meetings with the Deputy U.S. Marshal assigned to me in my capacity as a federal witness. At those meetings, the main topic was the credential investigation summarized at length in my SECOND AFFIDAVIT OF PROBABLE CAUSE (filed separately).

Mr. McCool's rubber stamp was used on the "search warrant" executed 6/11/2013. I followed that raid with two (2) verified criminal complaints charging Messrs. James Maley and Dave Guest at the District Court of Wyoming, Cheyenne, and the District Court of Colorado, Ft. Collins.

In a somewhat separate matter, I lodged another Mail Fraud Report against the Registrar of the University of Washington, Seattle. Attached to the latter Report was a set of exhibits entitled "The Case Against William M. McCool," beginning with documents filed in connection with the Tucson events described at (1) above, and including a number of other documents

#4

Incorporated by reference in #14-CR-27-F (USDC/DWY)

Most unfortunately, under present circumstances I do not have ready access to the private databases which I have assembled on my computer workstations, where all Exhibits listed in the case against William M. McCool are stored.

Without having access to my computer workstations, I cannot at this time access, or print, any of the documentation that is summarized above.

And, speaking only for myself here, this whole situation, begun on 1/28/2014, is a major, catastrophic disaster for me.

VERIFICATION: 28 U.S.C. 1746

I, Paul Andrew Mitchell, B.A., M.S., hereby verify under penalty of perjury, under the laws of the United States of America, without (outside) the United States (federal government) that the above statement of facts and laws is true and correct, according to the best of my current information, knowledge and belief, so help me God.

belief

Dated: 2/9/2014 A.D.

Signed: Paul Andrew Mitchell, B.A., M.S.
Printed: Paul Andrew Mitchell, Sui Juris
All Rights Reserved (cf. UCC 1-308)

-3 of 3-