#11

Case Nos.: **MJ 14-00030 JPD**
USDC/DWY: **14-CR-27-F**

REQUEST FOR DOCKET STATUS

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2014 MAR 12 PM 1 06
STEPHAN HARRIS, CLERK
CHEYENNE

TO: Office of Chief Judge
U.S. District Court
700 Stewart St.
Seattle 98101
Washington State, USA

FROM: Paul Andrew Mitchell, B.A., M.S.
FDC SeaTac Reg. No. 44202-086, Unit "EA"

SUBJECT: need to confirm list of docket entries (see docket numbers above)

Greetings Your Honor:

To date, and with enormous difficulties, I have mailed to your office the following hand-written pleadings:

(1) AFFIDAVIT OF PROBABLE CAUSE (2/6/2014);
(2) SECOND AFFIDAVIT OF PROBABLE CAUSE (2/7/2014);
(3) REQUEST TO VACATE DECISIONS AND HEARINGS BY JAMES P. DONOHUE (2/8/2014);
(4) THIRD AFFIDAVIT OF PROBABLE CAUSE (2/9/2014);
(5) MEMORANDUM OF LAW RE: CLERK OF COURT IS AN OFFICER (2/10/2014).
(6) NOTICE OF BONA FIDE CONTROVERSY AT LAW (2/12/2014)

Kindly instruct the Clerks' Offices in Seattle and Cheyenne, Wyoming, to mail a true and correct copy of the 2 dockets shown above, to me.

Thank you very much.

Sincerely yours,
Paul Andrew Mitchell

All Rights Reserved

(left margin: Incorporated by reference in #14-CR-27-F (USDC/DWY))

## Docket Entries by Paul Andrew Mitchell

(1) AFFIDAVIT OF PROBABLE CAUSE (2/6/2014)

(2) SECOND AFFIDAVIT OF PROBABLE CAUSE (2/7/2014)

(3) REQUEST TO VACATE DECISIONS AND HEARINGS BY JAMES P. DONOHUE (2/8/2014)

(4) THIRD AFFIDAVIT OF PROBABLE CAUSE (2/9/2014)

(5) MEMORANDUM OF LAW RE: CLERK OF COURT IS AN OFFICER (2/10/2014)

(6) NOTICE OF BONA FIDE CONTROVERSY AT LAW (2/12/2014)

(7) FREEDOM OF INFORMATION ACT REQUEST FOR CREDENTIALS OF SARAH Y. VOGEL

(8) PETITION FOR HABEAS CORPUS RELIEF, FOIA ENFORCEMENT, AND VERIFIED CRIMINAL COMPLAINT, ON INFORMATION (1/29/2014)

(9) NOTICE OF MOTION AND MOTION FOR INTERLOCUTARY JUDGMENT (1/31/2014)

(10) NOTICE OF DEFAULT, BY AFFIDAVIT (2/13/2014)

(11) REQUEST FOR DOCKET STATUS