Case No. 2:14-CR-00027-NDF-2

NOTICE OF PUBLIC-AUTHORITY DEFENSE:
FRCrP Rule 12.3

TO: Office of U.S. Attorney, Cheyenne; and,
Office of Clerk of Court, USDC/DWY ✓
DATE: 3/14/2014

(2) Contents of Notice

(A) law enforcement agency(s):
U.S. Dept. of Justice, Office of Information Policy, and U.S. Marshals Service

(B) agency member(s):
Deputy U.S. Marshals in San Diego, Calif., Spokane, Washington, and Seattle, Wash.; various Officers at U.S. DOJ, Washington, D.C. (see (A) above, and many FOIA requests)

(C) Time(s):
in particular, after moving to Seattle, Wash., on June 18, 2009 to present, and during five (5) separate meetings with Deputy U.S. Marshals, Judicial Security Dept., USDC/WDWA. Earlier when <u>Mitchell v. AOL Time Warner, Inc. et al.</u> was commenced at Federal District Court in Sacramento, Calif. circa September 2001 (see SUBPOENAs and <u>Rotella v. Wood</u> re: private attorneys general).

Sincerely,
Paul Andrew Mitchell, 18 U.S.C. 1964
All Rights Reserved (cf. UCC 1-308)

[margin note: Please FAX ASAP TO: (307) 772-2123. Thank you. pam]

INMATE NAME: Paul Andrew Mitchell, Indigent
SCOTTS BLUFF COUNTY DETENTION CENTER
PO BOX 130
GERING, NE 69341-0130

*SBCDC Disclaims Any Responsibility For The Nature of the Content of this Correspondence*

"Special Mail"

Re:
14-cr-27-F
FRCrP
Rule 12.3

LEGAL MAIL

Hon. Nancy D. Freudenthal
U.S. District Court
2120 Capitol Ave.
Cheyenne 82001
Wyoming, USA                 82001

21 MAR 2014 PM 1 L



Please also FAX to:
(307) 772-2123

All Rights Reserved
(cf. UCC 1-308)