IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2014 MAR 25 PM 1 25
STEPHAN HARRIS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MITCHELL PAUL MODELESKI, aka<br>Paul Andrew Mitchell,<br><br>Defendant. | Case No: 14-CR-027-F |

## ORDER ON VARIOUS MOTIONS

This matter is before the Court on various motions filed by Defendant. The Court has reviewed the motions, heard oral arguments, and is fully informed in the premises. The Court will consider these motions by docket number.

Docket No. 23- Notice of Motion for Timely Interlocutory Judgments. This motion requests an improper finding of fact by the Court. This motion is DENIED WITHOUT PREJUDICE.

Docket No. 28 – Request to Vacate Decisions and Hearing by James Donohue. The Court finds that this motion is MOOT. Any alleged failing in the proceedings in Seattle, Washington have been remedied by the initial and detention hearing held in the District of Wyoming.

Docket No. 34 – Motion for Interlocutory Judgment – this motion is DENIED.

Docket No. 36 - This motion is MOOT, the Court provided Defendant with an updated copy of the docket sheet at the hearing.

Docket No. 53 – Application for Orders to Show Cause – this motion is DENIED. The relief Defendant is seeking is extraneous to the issue in his criminal case.

Docket No. 54 – Motion for Orders to Show Cause – this motion is DENIED. The relief Defendant is seeking is extraneous to the issues in his criminal case.

Docket No. 55 – Motion for Judicial Notice – this motion is DENIED. Pursuant to Fed. R. Evid. 201 the Court must take judicial notice of adjudicative facts, not subject to reasonable dispute. In his motion, Defendant is asking the Court to take notice of things that are not undisputed, adjudicative facts. Rather, Defendant is seeking judicial notice of case law, statutes, and facts not established as undisputed. These are things are not appropriate for judicial notice.

Dated this 25 day of March, 2014.

_____
NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE