Case No. #2-14-CR-00027-NDF-2

NOTICE OF MOTION AND MOTION FOR RECUSAL OF NANCY D. FREUDENTHAL ("NDF") AND EMERGENCY HABEAS CORPUS RELIEF

FILED
U.S. DISTRICT COUR
DISTRICT OF WYOMI
2014 MAR 27 PM 1
STEPHAN HARRIS, CLE
CHEYENNE

TO: Hon. Alan B. Johnson, USDC / DWY

DATE: 3/22/2014 A.D.

Greetings Your Honor,

I am honestly appalled by the bias, prejudice, and discrimination exhibited by Ms. Freudenthal at the 2-hour hearing yesterday in the above case (3/21/2014).

Please allow Me to highlight the worst of her misconduct in what follows; and, I will be happy to elaborate and supplement as needed by you, at your earliest convenience.

(1) First things first: I enjoy a fundamental Right, under the Petition Clause, to request Habeas Corpus and Civil RICO relief; but, NDF emphatically refused any such remedies to Me, and did so repeatedly. This prejudice is all the more serious, given the lack of proven criminal jurisdiction: I have repeatedly challenged jurisdiction from the beginning (arrest on 1/28/2014), ab initio.

(2) Venue is obviously proper in the Western District of Washington: during the period in question, I never left Seattle except for occasional trips to Fry's Electronics, in Renton, Wash.

"Petition Clause is the Right conservative of all other Rights." — U.S. Supreme Court

(3) Rules of Court cannot be strictly inforced upon litigants proceeding In Propria Persona. The relevant case law is correctly cited, in context, in My Petition to the U.S. Supreme Court for Writ of Certiorari in Mitchell v. AOL Time Warner, Inc. et al.; but, I am currently prevented from accessing the Internet and the large private database on the workstations in my private Seattle apartment. Rules of Court are not Laws! See, e.g., Willy v. Coastal Corp. (Rules of court cannot expand or restrict original jurisdiction conferred by Act of Congress, notwithstanding the Abrogation Clauses at 28 U.S.C. 2072, and the former law at 18 U.S.C. 3771 (June 25, 1948) later replaced!)

28 USC 2072
18 USC 3771

(4) Speaking of law libraries, there is no U.S. Code, no CFR, and no Parallel Table of Authorities at the Scottsbluff County Detention Center in Nebraska. I invite NDF to spend just one 24-hour day here, to witness that ADJUDICATIVE FACT first-hand. Maybe then she will better understand FREV Rule 201(c)(2)! Maybe. Maybe not.

FREV
Rule 201(c)(2)



-2 of 11-

(5) NDF is flatly wrong about mandatory judicial notice, which is not limited to factual matters like the weather at noon yesterday. I have now lodged two (2) criminal complaints, against Messrs. James Marcy and Dave Guest, and I required mandatory judicial notice of both, in part to satisfy my legal obligations imposed by 18 U.S.C. 4 (misprision). Those criminal complaints document matters of fact that were duly verified pursuant to 28 U.S.C. 1746. NDF is therefore aiding and abetting suppression of exculpatory evidence. See Brady v. Maryland. The relevant matters of fact include the well documented refusals of personnel, like William M. McCool, to produce ANY evidence of their OPM Standard Form 61 -or- their OATH imposed by 28 U.S.C. 951. Here, see 5 U.S.C. 5507 (can't be paid), and 18 U.S.C. 912 (felony impersonation).

(6) The very same refusal has been true of Stephan Harris for at least 6 years! His missing OATHs are a major factual matter in my defense, and in my challenge to jurisdiction: 28 U.S.C. 1691.

Margin notes: NOT discretionary; 18 USC 4; 28 USC 1746 (without U.S.); 28 USC 951; 5 USC 5507; 18 USC 912; 28 USC 1691

(7) "Indictments" are obviously "process" as the latter term occurs at 28 U.S.C. 1691. But, NDF arbitrarily ruled that all indictments are exempt from the clear and long-standing requirements of that statute, to wit: Clerk's authorized signature and the Court's official seal.

28 USC 1691

(8) NDF also had a serious conflict of interest because her signature is found on the "warrant" for my arrest; but, the FACTS call for the unavoidable conclusion that Mr. Harris was not the Clerk of Court when that "warrant" was signed by NDF!! Moreover, no such document can ever be a valid "indictment" as long as it was issued by a panel of federal citizens, selected and summoned pursuant to a Jury Selection and Service Act which obviously discriminates against State Citizens (read Citizens of ONE OF the 50 States united). See Pannill v. Roanoke (federal citizens were not even contemplated when the organic Constitution was first being drafted!); and, "Citizenship for Dummies," by Paul Andrew Mitchell, B.A., M.S. NDF must be such a "dummy"! :-) — 4 of 11 —

28 USC 1861 et seq.

See also Agency Holding v. Malley-Duff.

FRCrP Rule 2

18 USC 1964

(9) Another incident of vicious bias was confirmed, when NDF decided to "apologize" for trying to insinuate that my "drive" to investigate so many missing and defective credentials was evidence of some kind of psychotic obsession, or "mental illness". By that insult she relinquished all claims to being fair, objective and unbiased in this case. See FRCrP Rule 2 ("provide ... just determination ... and fair administration"). What if I had insulted her??

(10) Of equal or greater significance is NDF's demonstrated ignorance concerning 18 U.S.C. 1964, and its standing case law, which I have frequently cited in several filed pleadings, notably Rotella v. Wood. The latter explains the objectives of the RICO laws, and defines the functions and goals of private attorneys general, i.e. to investigate diligently and prosecute, to suppress and eliminate organized criminal rackets. How very brazen of anyone like Me, to investigate infiltration of the Federal Judiciary, only to be obstructed in my official efforts to prosecute racketeering activities by

the several suspects: they are properly named in the VERIFIED CRIMINAL COMPLAINTS, ON INFORMATION now duly filed in this Court's docket records! NDF is now personally liable to Me for the clear and previously demonstrated lack of criminal jurisdiction: Stump v. Sparkman. Ironically, this USDC does enjoy original jurisdiction in Civil RICO cases, pursuant to 18 U.S.C. 1964(c) which is also THE primary authority for the automatic 3X TRIPLE DAMAGE multiplier. In light of NDF's lack of knowledge and experience with Civil RICO and its standing case law, I submit to you that she is probably also totally unaware that RICO's Liberal Construction Rule was never codified anywhere in the U.S. Code! 18 USC 1961-

18 USC 1964

18 U.S.C. 1961 Notes

(11) There is also more than ample proof, now in the record, of numerous Sixth Amendment violations e.g. ineffective assistance of counsel, lack of access to adequate law libraries, destruction of My legal notes during frequent moves, lack of Internet access, and a need to beg for stamps and envelopes.



??

Throwing Me in solitary confinement, on the basis of several lies, surely set the shrill tone on 1/28/2014: the Feds have effectively CRUSHED my Right of self-defense, while insisting that all such vicious retaliation is "due process of law" as defined by the Fifth Amendment. Here, please see Johnson v. Zerbst (a Federal court is OUSTED of jurisdiction if it does not guarantee effective assistance of Counsel at every step in the proceedings). Of course, a Federal court cannot be "ousted" of jurisdiction in personam, if it did not enjoy such jurisdiction in the first instance. See 18 U.S.C. 1513 (retaliation).

18 USC 1513

(12) None of the Clerk's Office personnel in Seattle, or in Cheyenne, ever produced any OATHs required by 28 USC 951. None of DOJ's personnel in Cheyenne ever produced any OATHs required by 28 USC 544. Neither of the 2 IRS personnel — James Marcy and Dave Guest — has produced any valid U.S. OPM Standard Form 61 APPOINTMENT AFFIDAVITS ("SF-61"); and, Christopher A. Crofts' SF-61 is also a COUNTERFEIT violating 44 U.S.C. 3501 et seq. and 5 CFR 1320.5.

28 USC 951

28 USC 544

44 USC 3501 et seq.

5 CFR 1320.5

28 USC 530B
28 USC 544
FRCrP Rule 6
IRC 7701(a)
"The Federal Zone"
IRC 7701(a)(30)
26 CFR 1.1-1
5 USC 552a
5 CFR 1320.5

Mr. Murray, therefore, is not qualified to enter a grand jury room, nor legally to represent any Proper Party in the instant case; same is true of Mr. Crofts. The instant case should be dismissed with prejudice on the basis of the holdings in U.S. v. Pignatiello, if nothing else: that case just happens to be RIGHT ON POINT!! See 28 U.S.C. 544; Rule 6.

(13) NDF is evidently fond of assuming facts not in evidence: I am not a "taxpayer" as the latter term is defined at IRC 7701(a), where "internal" means "municipal". See also the definition of "United States person" at 7701(a)(30); and, 26 CFR 1.1-1 which vainly attempted to create a specific income tax liability, but ONLY for federal citizens and resident aliens. Compare also the identical definition of the term "individual" at 5 U.S.C. 552a (Privacy Act).

(14) The APPLICATION FOR ORDERS [TO OPM and TO OMB]—TO SHOW CAUSE why both should not be compelled to comply with 5 CFR 1320.5— has now become a matter of ever-expanding urgency, as long as OPM's COUNTERFEIT SF-61 is allowed to remain in electronic

form at OPM's Internet website (opm.gov). Look at the current situation this way, please: viral distribution of that COUNTERFEIT may be implicating OPM's responsible personnel in multiple acts of wire fraud, in violation of 18 U.S.C. 1343 and 1962(d). See 18 U.S.C. 1961(5).

18 USC 1343
18 USC 1962(d)
18 USC 1961(5)

(15) The pending MOTIONS TO DISMISS (2x to date) should be assigned to some other U.S. District Judge i.e. one whose four required credentials are all in proper order i.e. SENATE CONFIRMATION, PRESIDENTIAL COMMISSION, APPOINTMENT AFFIDAVITS and OATH OF OFFICE.

(16) In light of all the FRAUD upon this Court, this defendant and Relator should be released promptly and returned to His private dwelling unit in Seattle at the expense of, and under the protection of, the U.S. Marshals Services in Nebraska, Wyoming and Washington State.

Thank you very much for your continuing professional consideration.

(please continue next page)

INCORPORATION OF RECORDS: FREV Rule 201(c)(2)

FREV Rule 201(c)(2)

Once again, all records currently in the legal custody of the Offices of Clerk of Court at the USDC/DWY in Cheyenne, and at the USDC/WDWA in Seattle, are hereby incorporated by reference, as if set forth fully here, pursuant to Rule 201(c)(2) of the Federal Rules of Evidence (mandatory judicial notice). THEREFORE, all required credentials, as already documented in the instant case, now assume facts not in evidence before this honorable Court. Moreover, a sufficient amount of time has now elapsed to justify activation of estoppel against Messrs. Stephan Harris, Zachary Fisher, William M. McCool and Ms. T. Milliken. (Cf. "legal estoppel" and "equitable estoppel" in Black's Law Dictionary, Sixth Edition.)* Also attached: ANNOTATED "Memorandum of Conversation" (3/14/2014) (please continue next page)

see: 28 USC 1345, 1346

* Please note that subsequent editions of Black's Law Dictionary omitted any definitions of "United States".

# — REMEDIES —

Ms. Nancy D. Freudenthal should be recused; and, all premises having been duly considered, this defendant and Relator should be released to unfettered liberty, and the U.S. Marshals should be ordered to transport Him without delays to His private apartment in Seattle, Washington State, at the culmination of a priority hearing on His PETITION FOR HABEAS CORPUS RELIEF (see Docket Entry #33). Failure to adjudicate that PETITION thus far to date has inflicted enormous damages upon this defendant and Relator, which can, and should, be quantified and recovered by Him, using litigation under 18 U.S.C. 1964 (Civil RICO), 42 U.S.C. 1986, and a Bivens-type action — for starters. Thank you.

18 USC 1964
42 USC 1986
Bivens

Dated: 3/22/2014

Signed: Paul Andrew Mitchell, Sui Juris
Printed: Paul Andrew Mitchell, B.A., M.S.
Private Attorney General, 18 U.S.C. 1964
All Rights Reserved (cf. UCC 1-308)
without prejudice to any Rights

18 USC 1964
UCC 1-308



[Annotations repeated on reverse sides]

**DEPARTMENT OF THE TREASURY**
**Internal Revenue Service**
**Criminal Investigation**

# Memorandum of Conversation

**Investigation #:** 1000257803 **Location:** **Telephonic**
**Investigation Name:** Mitchell P. Modeleski
**Date:** March 14, 2014
**Time:** Approximately 9:40-9:56 a.m.
**Participant(s):** Dr. John Alden, Witness
David L. Guest, Special Agent
James K. Marcy, Special Agent

1. On the above date and time I, Special Agent (SA) James Marcy, and SA Dave Guest contacted Dr. John Alden at (510) 525-5194, a phone number for the Oakland, California area. I told Dr. Alden we were special agents with Internal Revenue Service-Criminal Investigation. I informed Dr. Alden we have been assisting the United States Attorney's Office with an on-going investigation and now are preparing for trial on Mitchell Paul Modeleski, AKA Paul Andrew Mitchell (Modeleski). During our telephonic interview with Dr. Alden he substantially stated the following unless otherwise noted.

2. Dr. Alden is an ophthalmologist (MD). Dr. Alden knows Modeleski as a client and as a friend. Dr. Alden has known Modeleski since approximately 1980. He knows Modeleski as both "Paul Andrew Mitchell" and "Mitchell Paul Modeleski."

3. Modeleski attended UCLA and received an extremely high GPA, "like a 4.0." He remembers Modeleski was first in college pursuing a degree in "public policy," but he ended up being a computer programmer in California, possibly around the bay area. Modeleski also received a "Master's degree" from UCLA. Modeleski is very good with computers and a guy that was a head of anyone at that time with computers.

4. I told Dr. Alden that his name came up during a court hearing yesterday (03-13-2014) in the District of Wyoming. During the hearing a colleague of Dr. Alden's, a person's whose name was not provided to the Western Washington Probation Office (W/WA Probation), told a W/WA Probation official that Modeleski has mental health issues.

5. I asked Dr. Alden based on his relationship with Modeleski if there were mental health issues the government should know about. Dr. Alden said, "I don't know." He followed up by telling us Modeleski is very bright and dedicated. Modeleski can have such focus on what his interests and issues are at hand that it leads to the exclusion of his social graces. Dr. Alden stated Modeleski is "maybe more like autistic" or a "savant," and his focus leads to other traits

Refused
for Causes:
contains numerous
factual, grammatical and
spelling errors; 2 x undersigned
failed to disclose any authority to
display "Department of the Treasury":
see Docket #41, attachments (a): NOTICE AND
DEMAND FOR AUTHORITY, * (c) FOIA Request,
(d) VCC** charging Marcy and Guest; and,
Docket #40 VCC** and Exhibits: FOIA Requests (2x)),

[continued on next page]

* see 31 U.S.C. 333 in particular + all other
authorities cited therein e.g. 31 U.S.C.
301 thru 315 etc. PM

#2: 14-CR-00027-NDF-2

** "VCC" = VERIFIED
CRIMINAL COMPLAINT,
ON INFORMATION'

[Annotations appear on reverse sides]

suffering, like his social skills.

6. Dr. Alden remembers that Modeleski use to have wear contacts at one time. He has not spoken with Modeleski for the past 5-10 years. Dr. Alden believes he tried to get Modeleski's email address a couple of years ago, after Modeleski had moved to Washington.

7. Dr. Alden knows at some point Modeleski got into this "tax thing."

8. Modeleski wrote a book titled, "The Federal Zone: Cracking the Code of Internal Revenue." Dr. Aldren read the book and was very impressed by it. Modeleski did a lot of research to author that book, in fact, Dr. Alden checked on Modeleski's research and "it checked out." He may still have this book in one of his closets. He said there is a lot of information in the book including stuff about the constitution, courts on how they used to be and how they are now, taxes, etc.

9. Dr. Alden did take some psychology classes and in his "semi-professional opinion" believes Modeleski is somewhere in the spectrum of being autistic. When I asked him again if Modeleski has mental health issues he stated, "some people would definitely think so," but everyone has a different definition of mental health. He believes there to be different "shades of autism." Modeleski is "definitely different, very intelligent" and is a person who "knows the law like a Jehovah's Witness knows the bible."

10. Dr. Alden knows of no other physicians or friends of Modeleski. He concluded by saying he admires Modeleski because of his focus and dedication on issues, but recognizes Modeleski is not always a likeable guy because of his social skills.

11. Dr. Alden asked what is taking place now with Modeleski. I told him there is a trial set for April 14, 2014 in front of Judge Freudenthal in Cheyenne, Wyoming with Modeleski being one of the defendants. Dr. Alden asked us if we were going to be at the trial. I told him we'll will be there as we are the investigating agents. He then said it will be an interesting trial or something very similar.

I prepared this memorandum on March 14, 2014, after refreshing my memory from notes made during and immediately after the conversation with Dr. Alden.

James K. Marcy
Special Agent

David L. Guest

NOTICE AND
DEMAND FOR AUTHORITY*
(2x)); and, Docket #22,
SF-61 for Marcy REFUSED
FOR CAUSES, FOIA Request
for Murray's credentials (IN DEFAULT)),
FOIA Request for Crofts' credentials
(IN DEFAULT)), SF-61 for Crofts
REFUSED FOR CAUSES, the TRANSMITTAL
OF MAIL FRAUD REPORT, and case law
under 28 U.S.C. 1691 (8 pages of case law).

Legend: "SF-61" = U.S. Office of Personnel Management ("OPM")
Standard Form 61 APPOINTMENT AFFIDAVITS required by
5 U.S.C. 3331, 3332, 3333, # 2:14-CR-00027-NDF-2
2104, 2903, 2906.

* see 31 U.S.C. 333 in particular +
all other authorities cited therein
e.g. 31 U.S.C. 301 thru 315,
27 C.F.R. 26.11,
etc. PAH




IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSEPH RUBEN HILL (Counts 1 - 8)

and

MITCHELL PAUL MODELESKI, aka Paul Andrew Mitchell, (Counts 1 – 7 and 9)

Defendants.

No. 14-CR-27-F

Ct. 1: 18 U.S.C. § 1512(k) (Conspiracy to Obstruct Justice)

Cts. 2-7: 18 U.S.C. §§ 1512(b)(2)(A) and 2 (Obstruction of Justice and Aiding and Abetting)

Cts. 8-9: 18 U.S.C. § 1512(c)(2) (Obstruction of Justice)

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**INTRODUCTION**

At all times relevant to this Indictment:

1. The Defendant **JOSEPH RUBEN HILL** resided in Cheyenne, Wyoming, and engaged in business consultation through the Creative Consulting Group, or "CCG".

2. The Defendant **MITCHELL PAUL MODELESKI** resided in Seattle, Washington, and, using the name Paul Andrew Mitchell, called himself a "Private Attorney General" with the "Supreme Law Firm." **MODELESKI** operated the "Supreme Law Firm" out of a rented one-bedroom apartment in Seattle, Washington, and he claimed the firm's specialty

Refused for
CAUSES e.g.:
Mr. Stephan Harris is not
a lawful Clerk of Court:
no SF-61 and no 28 U.S.C. 951 OATH
have been produced for him, by him, for
at least six (6) years! As such!
Harris is now estopped; see Carmine v. Bowen;
(silence activates estoppel)
lack of Clerk's authorized signature and
of Court's official seal violates 28 U.S.C. 1691,
first enacted on 6/25/1948 and never amended.
Christopher A. Crofts SF-61 is fatally defective:
no OMB control number and no paragraph citing
5 U.S.C. 2903 (Authority to administer), no OMB
review, or approval, violates 44 U.S.C. 3501 et seq.,
44 U.S.C. 3512 (PRA Public Protection
Clause), and 5 CFR 1320.5
(PRA implementing
Regulation).

(continued on
reverse side of
next page 6...)

REFUSED FOR CAUSES:
See Annotations on reverse side . . .

Court frivolous demands for evidences of authority of court personnel to issue subpoenas on behalf of the grand jury.

NO! See Miranda v. Arizona (re: Rights secured by the Constitution)!!! PPM

In violation of 18 U.S.C. § 1512(c)(2).

Matters arising under the U.S. Constitution are NEVER "frivolous".

**COUNT NINE**

On or about January 10, 2013, in the District of Wyoming and elsewhere, the Defendant, **MITCHELL PAUL MODELESKI, aka Paul Andrew Mitchell**, did knowingly and corruptly obstruct, influence and impede the grand jury an official proceeding and attempted to do so, by sending to the United States District Court notices that failure to respond to demands for evidences of authority established the absence of any authority of court personnel to issue subpoenas on behalf of the grand jury.

"nom de guerre"

NOT! NOT! NOT!

YES! Carmine v. Bowen, U.S. v. Tweel

NOT! "sewer service"

In violation of 18 U.S.C. § 1512(c)(2).

A TRUE BILL:

[signature]
FOREPERSON

"nom de guerre"

[signature]
CHRISTOPHER A. CROFTS
United States Attorney

See Annotations on reverse side . . .

NB: Pages 2 thru 5 also contain "surplusage" which should be stricken, pursuant to FRCrP Rule 7(d). (See over for details.)

(continued...)
Crofts also lacks the second OATH required by 28 USC 544, as sworn, he cannot enter a grand jury room, nor authorize any assistants: see FRCrP Rule 1(b)(1)(B) and Rule 6(d)(1); Crofts also cannot legally represent the named "Plaintiff", which incorporates twice (2x) in Delaware, but both corporations were later revoked by the Delaware Secretary of State; the "United States" (federal government) is not a corporation: see U.S. v. Cooper Corp. Debra J. Hathaus was not the "FOREPERSON" of a lawfully convened Federal Grand Jury: Jury Selection and Service Act discriminates against State Citizens at 28 U.S.C. 1865, 1861 et seq. Harris cannot select, or summon, a lawful grand jury. ALL CAPS "noms de guerre" (war names, in French) are evidence of a state of war / mixed war, implying treason: see 18 U.S.C. 2381, 2382, 2383, 2384, 2385.

Returned to USDC/DWY.

PAA