Paul Cina
c/o S.B.C.D.C.
PO Box 130
Gering 69341-0130
Nebraska, USA

"Special Mail"

Re:
2-14-cr-00027-NDF-2

All Rights Reserved
(cf. UCC 1-308)

LEGAL MAIL

TO: Hon. Alan B. Johnson
Senior US District Judge
2120 Capitol Ave.
Cheyenne 82001
Wyoming, USA
82001

308

