March 26, 2014

USPS First Class Mail

RECEIVED
MAR 31 2014
CLERK, U.S.D.C.
CHEYENNE, WYOMING

Larry Saccato
1224 NE Walnut #257
Roseburg, 97470
Oregon State, USA

Office of Chief Judge
US District Court
2120 Capitol Avenue 2nd Floor
Cheyenne, 82001
Wyoming State, USA

Mark Hardee
2319 Pioneer Ave.
Cheyenne, 82001
Wyoming, USA

Chief Judge,

    Your Honor, I have been authorized by Paul Andrew Mitchell to request that your good office file all of the enclosed Supplemental Exhibits in Docket Number #MJ 14-00030 JPD (USDC/WDWA) and in the Docket for Case Number #14-CR-27-F (USDC/DWY) chiefly because Mr. Mitchell's situation makes it impossible for him to photocopy and file these documents. I am submitting these documents for docketing at the written request of Mr. Mitchell on his behalf as his Next Friend.

Thank you.

Respectfully,

*Larry Saccato*

Larry Saccato

Enc. 5 Supplemental exhibits

NOTICE AND DEMAND FOR PRODUCTION OF DOCUMENTS         Supp exhibits
                                                      16 (F)

TO:     Zachary Fisher dba Deputy Clerk of Court
        United States District Court
        2120 Capitol Avenue, 2nd Floor
        Cheyenne 82001-3658
        WYOMING, USA
                                            FILED
                                        U.S. DISTRICT COURT
FROM:   Paul Andrew Mitchell, B.A., M.S. DISTRICT OF WYOMING
        Private Attorney General, 18 U.S.C. 1964, Rotella v. Wood
     c/o Lake Union Mail                  2014 MAR 31 PM 3 15
        117 East Louisa Street
        Seattle 98102-3203                STEPHAN HARRIS, CLERK
        WASHINGTON STATE, USA                   CHEYENNE

DATE:   January 2, 2013 A.D.

SUBJECT: credentials required by 5 U.S.C. §§ 2906, 3331; 28 U.S.C. 951

Greetings Zachary Fisher:

The federal statute at 5 U.S.C. 2906 reads as follows:

   The oath of office taken by an individual under section 3331 of
   this title <u>shall be delivered by him to, and preserved by, the</u>
   House of Congress, agency, or <u>court</u> to which the office pertains.
                                                        [emphasis added]

As of October 1, 2004 A.D., a proper SUBPOENA IN A CIVIL CASE was
overdue for your OATH OF OFFICE and APPOINTMENT AFFIDAVITS.

We now infer that 28 U.S.C. 951 (re: Clerks' duties) and § 2906 supra
result in rendering you a <u>material witness</u> to either the existence, or
absence, of the OPM Standard Form 61 APPOINTMENT AFFIDAVITS mandated
by the federal statute at 5 U.S.C. 3331 and the OATH OF OFFICE
mandated by the federal statute at 28 U.S.C. 951.

**DEMAND FOR SPECIFIC PERFORMANCE AND DEADLINE**

Accordingly, formal DEMAND is hereby made of you to locate, photocopy
and deliver a true and correct copy of your APPOINTMENT AFFIDAVITS <u>and</u>
OATH OF OFFICE supra to the mailing location shown above no later than
**5:00 p.m. on Wednesday, January 9, 2013 A.D.** (7 calendar days hence).
Beyond that reasonable deadline, your silence will activate estoppel
pursuant to <u>Carmine v. Bowen</u>, and it will also constitute fraud
pursuant to <u>U.S. v. Tweel</u>. See also 18 U.S.C. 912, 1341, 1961 et seq.

Thank you for your timely professional cooperation.


Sincerely yours,

/s/ Paul Andrew Mitchell

Paul Andrew Mitchell, B.A., M.S.
Private Attorney General, 18 U.S.C. 1964, <u>Rotella v. Wood</u>
**All Rights Reserved without Prejudice** (cf. UCC 1-308)

## NOTICE AND DEMAND FOR PRODUCTION OF DOCUMENTS

TO: Tammy Hilliker dba Deputy Clerk of Court
United States District Court
2120 Capitol Avenue, 2nd Floor
Cheyenne 82001-3658
WYOMING, USA

FROM: Paul Andrew Mitchell, B.A., M.S.
Private Attorney General, 18 U.S.C. 1964, Rotella v. Wood
c/o Lake Union Mail
117 East Louisa Street
Seattle 98102-3203
WASHINGTON STATE, USA

DATE: January 4, 2013 A.D.

SUBJECT: credentials required by 5 U.S.C. §§ 2906, 3331; 28 U.S.C. 951

Greetings Tammy Hilliker:

The federal statute at 5 U.S.C. 2906 reads as follows:

> The oath of office taken by an individual under section 3331 of this title shall be delivered by him to, and preserved by, the House of Congress, agency, or court to which the office pertains.
> [emphasis added]

As of October 1, 2004 A.D., a proper SUBPOENA IN A CIVIL CASE was overdue for your OATH OF OFFICE and APPOINTMENT AFFIDAVITS.

We now infer that 28 U.S.C. 951 (re: Clerks' duties) and § 2906 supra result in rendering you a material witness to either the existence, or absence, of the OPM Standard Form 61 APPOINTMENT AFFIDAVITS mandated by the federal statute at 5 U.S.C. 3331 and the OATH OF OFFICE mandated by the federal statute at 28 U.S.C. 951.

**DEMAND FOR SPECIFIC PERFORMANCE AND DEADLINE**

Accordingly, formal DEMAND is hereby made of you to locate, photocopy and deliver a true and correct copy of your APPOINTMENT AFFIDAVITS and OATH OF OFFICE supra to the mailing location shown above no later than **5:00 p.m. on Friday, January 11, 2013 A.D.** (7 calendar days hence). Beyond that reasonable deadline, your silence will activate estoppel pursuant to Carmine v. Bowen, and it will also constitute fraud pursuant to U.S. v. Tweel. See also 18 U.S.C. 912, 1341, 1961 et seq.

Thank you for your timely professional cooperation.


Sincerely yours,

/s/ Paul Andrew Mitchell

Paul Andrew Mitchell, B.A., M.S.
Private Attorney General, 18 U.S.C. 1964, Rotella v. Wood
**All Rights Reserved without Prejudice** (cf. UCC 1-308)

June 19, 2013 *A.D.*

Greetings Sheriff Glick:

Under separate cover, we have now mailed to you some preliminary evidence implicating Messrs. James Marcy and Dave Guest dba "Special Agents" in a conspiracy to engage in a pattern of racketeering activities across State lines, in violation of the Federal criminal statute at 18 U.S.C. 1962.

Enclosed please find additional documentary evidence implicating Messrs. Christopher A. Crofts and L. Robert Murray as principals engaged in aiding and abetting the same conspiracy, and also as accessories after the fact. See 18 U.S.C. 2, 3 and 4.

For your information, we have found it most useful to confront the personnel employed by the Office of Clerk at each U.S. District Court for <u>proof</u> of the Office of Personnel Management Standard Form 61 APPOINTMENT AFFIDAVITS, of which that office is the legal custodian designated as such by the Federal law at 5 U.S.C. 2906 (see enclosed).

Lastly, you will kindly take particular note of the Freedom of Information Act request which we submitted on February 14, 2008 for all four (4) credentials required of judicial personnel seated on the U.S. District Court for the District of Wyoming. Because the U.S. Department of Justice ("DOJ") is an "agency" as defined in the FOIA, and because DOJ is also the legal custodian of the PRESIDENTIAL COMMISSIONS for Federal Judges, a FOIA request to DOJ is proper for the latter credential. And, very often DOJ will have all four credentials in their appointment file for any given Federal Judge.

To date, both U.S. DOJ and Mr. Alan B. Johnson have entirely failed to produce the APPOINTMENT AFFIDAVITS and separate OATH OF OFFICE that are required of all Federal District Judges by Acts of Congress and by the Oath of Office Clause in the U.S. Constitution (details enclosed).

Thank you very much for your professional consideration in this ongoing investigation.

Sincerely yours,

/s/ Paul Andrew Mitchell

Paul Andrew Mitchell, B.A., M.S.
Private Attorney General, 18 U.S.C. 1964
http://www.supremelaw.org/decs/agency/private.attorney.general.htm

# Senate of the United States
IN EXECUTIVE SESSION

December 16, 1985

**Resolved,** That the Senate advise and consent to the following nomination:

Alan B. Johnson, of Wyoming, to be United States District Judge for the District of Wyoming.

Attest: *Jo-Anne L. Coe*
Secretary


THE WHITE HOUSE
DEC 16 1985
RECEIVED

Ronald Reagan

President of the United States of America.

To all who shall see these Presents, Greeting:

Know Ye: That reposing special trust and confidence in the Wisdom, Uprightness, and Learning of Alan B. Johnson, of Wyoming, I have nominated, and by and with the advice and consent of the Senate, do appoint him United States District Judge for the District of Wyoming and do authorize and empower him to execute and fulfil the duties of that Office according to the Constitution and Laws of the said United States, and to Have and to Hold the said Office, with all the powers, privileges and emoluments to the same of right appertaining, unto Him, the said Alan B. Johnson during his good behaviour.

In testimony whereof, I have caused these Letters to be made patent and the seal of the Department of Justice to be hereunto affixed.

Done at the City of Washington this seventeenth day of December in the year of our Lord one thousand nine hundred and eighty-five and of the Independence of the United States of America the two hundred and tenth.

Ronald Reagan

By the President:

Edwin Meese III

BEST AVAILABLE COPY



Larry Saccato
C/O 1224 NE Walnut #257
Roseburg 97470, Oregon State

EUGENE OR 974
26 MAR 2014 PM 1 T

Office of Chief Judge
US District Court
2120 Capitol Avenue 2nd Floor
Cheyenne, 82001
Wyoming State, USA

82001-3633