Case No. #2:14-CR-00027-NDF-2

| | |
|---|---|
| 18 USC 1964 | CERTIFICATE OF GENERAL PUBLIC IMPORTANCE: |
| 18 USC 1965 | FILED U.S. DISTRICT COURT DISTRICT OF WYOMING 44 U.S.C. 3501 et seq.; 5 CFR 1320.5; |
| 18 USC 1966 | '14 APR 2 PM 12:13 Exception at 28 U.S.C. 1865 (JSSA) |
| 44 USC 3501 et seq. | TO: STEPHAN HARRIS, CLERK Presiding Judge, 18 U.S.C. 1965, 1966 CHEYENNE District Court of the United States, 1964(a) |
| 5 CFR 1320.5 | Cheyenne, Wyoming, USA (DWY) |
| 28 USC 1865 | DATE: 3/25/2014 A.D. |

Greetings Presiding Judge:

| | |
|---|---|
| 18 USC 1964 thru 1966 | This certificate arises under 18 U.S.C. 1964 thru 1966. In lieu of a proper certificate, duly filed by the U.S. Attorney General under |
| 18 USC 1966 | 18 U.S.C. 1966, the undersigned Acting United States Attorney General in Fact hereby satisfies said statute by stating that, in his opinion the instant case is of general public importance. |
| 5 USC 3331, 3332, 3333, 5507 | Notice is hereby provided to all whom it may concern that the U.S. OPM SF-61 APPOINTMENT AFFIDAVITS produced for Eric H. Holder Jr., in response to a proper |
| 5 USC 552 | FOIA request for same, is a COUNTERFEIT! |
| 44 USC 3501 et seq. | See 44 U.S.C. 3501 et seq.; also 5 CFR 1320.5; and, Hedges et al. v. Obama et al. (USDC/SDNY). |
| 5 CFR 1320.5 | Respectfully submitted, Paul Andrew Mitchell, now |
| UCC 1-308 | Acting U.S. Attorney General in Fact |
| -1 of 1- | All Rights Reserved (cf. UCC 1-308) |

— 1 of 1 —

*Compare noms de guerre below.* ↑

L. Robert Murray
United States Attorney's Office
District of Wyoming
2120 Capitol Avenue, Room 4002
Cheyenne, WY 82001

REFUSED
FOR CAUSES
(see reverse side)

U.S. DISTRICT COURT
DISTRICT OF WYOMING
2014 JAN 15 PM 5 13
STEPHAN HARRIS, CLERK
CHEYENNE

→ *no credentials,*
*nom de guerre*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA,

Plaintiff,   → *no legal standing; compare 28 USC 1345.*

v.

Case No. 14-CR-27-F

JOSEPH RUBEN HILL and
MITCHELL PAUL MODELESKI, aka
Paul Andrew Mitchell,

Defendants.

*See Annotations on reverse side...*

→ *Harris lacks credentials*

**PRAECIPE**   → *Not lawful*

Will the Clerk please issue a warrant in the above-entitled matter for the following individuals:

↳ *violates 28 U.S.C. 1691;*
*see Clough v. U.S., 47 F. 791 (1891)*

JOSEPH RUBEN HILL and
MITCHELL PAUL MODELESKI, aka Paul Andrew Mitchell

DATED this 15th day of January, 2014.

*Not* ← CHRISTOPHER A. CROFTS
United States Attorney

By: _____
*Not* ← L. ROBERT MURRAY
Assistant United States Attorney

*noms de guerre;*
*see reverse side...*

BOND SET AT: detain

_____
CHIEF JUDGE
UNITED STATES DISTRICT COURT

*see reverse side*

[ *See Annotations on reverse side...* ]

REFUSED

FOR CAUSES:

Authorized signature of Stephen Harris is missing; Harris has failed to produce any 0177175 for at least six (6) YEARS, as such is estopped. Christopher Crofts' SF-61 is a proven COUNTERFEIT, he also failed to produce a 28 U.S.C. §44 0177H; see FRCrP Rule 1(b)(1)(B). Likewise, L. Robert Murray also failed to produce a 28 U.S.C. §44 0177H, or any Power of Attorney legally to represent Plaintiff "USA"; as such, Murray is not an "authorized assistant": Rule 1(b)(1)(B) again.

Mr. Freudenthal lacks jurisdiction in personam, demonstrates a conflict of interest, and is not duces tecum material witness, by reason of her original signature; All required credentials now assume facts not in evidence!!

"USA" is not a Proper Party, lacks legal standing, nomis de guerre indicate a State of war and/or mixed war; see treason and sedition statutes: 18 U.S.C. 2381 thru 2385.  PMK

(RTS*)

* Returned To Sender

REFUSED FOR CAUSES:
(see reverse side and Clough v. U.S., 47 F. 791 (1891))

RECEIVED
U.S. MARSHALS SERVICE
WY
2014 JAN 16 PM 3:08

ORIGINAL
FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2014 JAN 28 PM 12 45
STEPHAN HARRIS, CLERK
CHEYENNE

## United States District Court
### For The District of Wyoming

no credentials, nom de guerre

UNITED STATES OF AMERICA,
vs.
MITCHELL PAUL MODELESKI
(a/k/a Paul Andrew Mitchell).

WARRANT FOR ARREST

noms de guerre : sec 18 U.S.C. 2381 thru 2385.

CASE NUMBER: 14-CR-27-2F

See Annotations on reverse side... PM

To:
The United States Marshal and any
Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MITCHELL PAUL MODELESKI (a/k/a Paul Andrew Mitchell) and bring him forthwith to the nearest magistrate to answer an Indictment charging him with **Conspiracy to Obstruct Justice (Count 1), Obstruction of Justice and Aiding and Abetting (Counts 2-7), Obstruction of Justice (Count 9)** in violation of 18 U.S.C. 1512(k), 18 U.S.C. 1512(b)(2)(A) and 2, 18 U.S.C. 1512(c)(2).

→ no authority to affix seal; no authority to delegate either

No credentials

Stephan Harris
Name of Issuing Officer

Stephan Harris → Not signed
Signature of Issuing Officer

→ Not legible
By Deputy Clerk

Bail fixed at $ DETAIN

Clerk of Court
Title of Issuing Officer

January 16, 2014, Cheyenne, WY
Date and Location

Not signed ←

By: Nancy D. Freudenthal
Chief United States District Judge

[See Annotations on reverse side...]

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at Seattle WA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 1/28/14 | IRS-Seattle, WA | [signature] IRS-WA |

Executed copy attached

REFUSED
FOR CAUSES:

Authorized signature of Stephan Harris is missing; Harris has failed to produce any OATHS for at least six (6) YEARS, as such is estopped and cannot delegate any authority to, or authorize, any deputy clerks of court; see 5 U.S.C. 2104, 2903, 2906, 3331, 3332, 3333, 5507 (cannot be paid) and 28 U.S.C. 951 (duties). Signature on line above "Deputy clerk" is not legible, not typewritten, and not that of an authorized Deputy. The identity has demonstrated a conflict of interest (typewritten name, but lack of signature credentials) now assume facts not in evidence. "USP" is not a Proper Party, lacks standings of "Noms de guerre" indicate a state of war or mixed war; see treason and sedition statutes; 18 U.S.C. 2381 thru 2385. PPM

(RTS*)
*Returned To Sender

INMATE NAME: Paul Andrew Mitchell, B.A., M.S.
SCOTTS BLUFF COUNTY DETENTION CENTER #45396
PO Box 130,
GERING, NE 69341-0130

All Rights Reserved
SBCDC Disclaims Any Responsibility For
The Nature of the Content of this Correspondence

In re:
#2:14-CR-00027-NDF-2

Authority:
18 U.S.C. 1964, 1966;
5 U.S.C. 552(a)(4)(B)
(cf. UCC 1-308)

TO:
Office of Presiding Judge
District Court of the United States ("USDC")
2120 Capitol Avenue
Cheyenne 82001
Wyoming, USA
82001

NORTH PLATTE NE 691
31 MAR 2014 PM 1 T

8200133633

Statutes conferring original jurisdiction upon Federal district courts must be strictly construed [cites omitted]. PJM