L. Robert Murray
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82001
(307) 772-2124
robert.murray@usdoj.gov
Wyoming State Bar No. 5-2874

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br>        Plaintiff, <br><br>        v. <br><br> **MITCHELL PAUL MODELESKI, aka Paul Andrew Mitchell**, <br><br>        Defendant. | **Case No. 14-CR-27-F** |

### RESPONSE TO DEFENDANT'S NOTICE OF PUBLIC-AUTHORITY DEFENSE: F.R.Cr.P. RULE 12.3

L. Robert Murray, Assistant United States Attorney for the District of Wyoming, responds as follows to the Defendant's Notice of Public-Authority Defense: F.R.Cr.P. Rule 12.3 (Docs.62):

1.      The United States denies the defendant exercised public-authority on behalf of the United States Marshal Service.

2. Under F.R.Cr.P. Rule 12.3(a)(4)(A), the United States requests the defendant disclose the name, address, and telephone number of each witness he intends to rely on to establish a public-authority defense.

DATED this 8th day of April, 2014.

                                          CHRISTOPHER A. CROFTS
                                        United States Attorney

By:   */s/L. Robert Murray*
        L. ROBERT MURRAY
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2014, I served a copy of the foregoing **Response To Defendant's Notice of Public-Authority Defense: F.R.Cr.P. Rule 12.3** by *electronic filing* to:

Mark Hardee
Stand by Counsel for Defendant Modeleski

Michael Reese
Counsel for Defendant Hill

                                        */s/Louisa G. Cruz*
                                        United States Attorney's Office