Case No. #2:14-CR-00027-NDF-2

RELATOR'S FOURTH VERIFIED CRIMINAL COMPLAINT, ON INFORMATION [18 U.S.C. 242, 1964(a)-1968; 28 U.S.C. 1345 (United States as Plaintiff)]

18 USC 242
18 USC 1964(a) thru 1968;
28 USC 1345

TO: District Court of the United States
%  Office of Clerk of Court
Cheyenne 82001
Wyoming, USA

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2014 APR 21  PM 12 50
STEPHAN HARRIS, CLERK
CHEYENNE

Comes now the United States (federal government) ex rel. Paul Andrew Mitchell, Citizen of Washington State, qualified Federal Witness, and Private Attorney General, formally to charge the following named and unnamed individuals, to wit:

Nancy D. Freudenthal with:

infringing Relator's Right to petition the government for redress of grievances, particularly Relator's "PETITION FOR HABEAS CORPUS RELIEF, FOIA ENFORCEMENT, AND VERIFIED CRIMINAL COMPLAINT, ON INFORMATION," as filed in the official records of the USDC/DWY's Case No. supra, in violation of the federal misdemeanor statute at 18 U.S.C. 242 (ONE COUNT, to date); and,

18 USC 242

- 1 of 4 -

- 1 of 4 -

Does 1 thru 20 with:

infringing Relator's Right to petition the government for redress of grievances, particularly Relator's "PETITION FOR HABEAS CORPUS RELIEF, FOIA ENFORCEMENT, AND VERIFIED CRIMINAL COMPLAINT, ON INFORMATION," as filed in the official records of said Case No. supra, in violation of the Federal misdemeanor statute at

18 USC 242 | 18 U.S.C. 242 (ONE COUNT, to date).

— DISCUSSION —

Pleadings to Federal courts are petitions to government for redress of grievances,

First Amendment | as the latter phrase occurs in the First Amendment. The U.S. Supreme Court has already ruled that said Petition clause guarantees the Right conservative of all other Rights (cite omitted). It is, therefore, no exaggeration to allege that those misdemeanors, charged above, have necessarily resulted in violating, and/or infringing, all of Relator's Rights, no exceptions. Moreover, and more to

All Writs 2 of 4 — | the merits, the Writ of Habeas Corpus is a PRIORITY Writ. See All Writs Statute.

— 2 of 4 —

## — AFFIDAVIT OF PROBABLE CAUSE —

During a 2-hour hearing commencing at 10:30 AM on 3/21/2014, Relator personally witnessed Nancy D. Freudenthal attempt repeatedly to "deny" Relator's PETITION supra, as if it were some sort of "motion", of which she had jurisdiction to "deny". Similarly, Ms. Freudenthal also repeated her erroneous attempts to "deny" mandatory judicial notice, invoked by Relator pursuant to Rule 201(c)(2) of the Federal Rules of Evidence. All of the above attempts occurred without ever addressing Relator's frequent challenges to jurisdiction, particularly jurisdiction in personam, as fully explained in standing case law already decided under 28 U.S.C. 1691. That case law was correctly cited, and quoted, on documents of which Relator properly requested mandatory judicial notice. Discretionary judicial notice is properly invoked by Rule 201(c)(1) of the Federal Rules of Evidence. All such Rules of Court are binding obligations of Ms. Freudenthal!

(margin notes: FREV Rule 201(c)(2); 28 USC 1691; FREV Rule 201(c)(2); -3 of 4-)

— 3 of 4 —

— INCORPORATION OF RECORDS —

Relator hereby incorporates the Petition *supra*, now filed as Docket Entry #33, and all other Docket Entries filed by Relator to date, as if all were set forth fully here. See Full Faith and Credit Clause.

— VERIFICATION —

Relator hereby verifies, under penalty of perjury, under the laws of the United States of America, without (outside) the United States (federal government), that the above statement of facts and laws is true and correct, according to the best of My current information, knowledge and belief, so help Me God, pursuant to 28 U.S.C. 1746(1).

28 USC 1746

Dated: 3/25/2014 A.D.

Signed: Paul Andrew Mitchell
Printed: Paul Andrew Mitchell, B.A., M.S.
Relator Sui Juris and
In Propria Persona
All Rights Reserved (cf. UCC 1-308)
without Prejudice to any Rights

UCC 1-308
-4 of 4-

-4 of 4-

INMATE NAME: Paul Andrew Mitchell, B.A.,
#45396
SCOTTS BLUFF COUNTY DETENTION CENTER
PO BOX 130,
GERING, NE 69341-0130

All Rights Reserved
SBCDC Disclaims Any Responsibility For
The Nature of the Content of this Correspondence.

In re:  TO: Office of Presiding District Judge
#2:14-CR-00027    District Court of the United States ("DCUS")
                  2120 Capitol Avenue
Authority(s):     Cheyenne 82001
18 U.S.C. 242,    Wyoming, USA       82001
1964(a)-1968;
28 U.S.C. 1345
(cf. UCC 1-308)

[Statutes conferring original jurisdiction upon federal district courts must be *strictly* construed [cites omitted].]