TRULINCS 44202086 - MODELESKI, MITCHELL PAUL* - Unit: SET-D-C
-----------------------------------------------------------------------

*given name (also a "nom de guerre") PM

FROM: 44202086
TO: Brown, Thomas; Guenette, Edward; Mullen, Jack; Saccato, Larry
SUBJECT: Paul Andrew Mitchell's moves since 1/28/2014
DATE: 04/27/2014 09:38:38 AM

Paul Andrew Mitchell's Moves Since 1/28/2014, by AFFIDAVIT
(Case No. #2:14-CR-00027-NDF-2, USDC/DWY, Cheyenne, Wyoming, USA)

( 1) FDC SeaTac, solitary confinement (~10 days) *
( 2) FDC SeaTac, general population (papers confiscated)
( 3) Las Vegas, Nevada (plane)
( 4) Southern Nevada Detention Center (bus)
( 5) Las Vegas, Nevada (bus)
( 6) Oklahoma City Transfer Center (plane)
( 7) Grady County Jail, Chickasha, Oklahoma (bus) (legal papers confiscated)
( 8) Oklahoma City Transfer Center (bus)
( 9) Midland, Texas (plane)
(10) Denver, Colorado (plane)
(11) Cheyenne, Wyoming (van)
(12) Gering, Nebraska (van: "monkey cage")
(13) Cheyenne, Wyoming (van: "monkey cage") (5th hearing)
(14) Gering, Nebraska (van: "monkey cage")
(15) Cheyenne, Wyoming (van: "monkey cage") (6th hearing)
(16) Gering, Nebraska (van: "monkey cage")
(17) Akron, Colorado (van: "monkey cage") (legal papers confiscated)
(18) Colorado Springs, Colorado (van)
(19) Oklahoma City Transfer Center (plane)
(20) Grady County Jail, Chickasha, Oklahoma (bus) (legal papers confiscated)
(21) Oklahoma City Transfer Center (bus)
(22) Salt Lake City, Utah (plane)
(23) Las Vegas, Nevada (plane)
(24) Southern Nevada Detention Center (bus)
(25) Las Vegas, Nevada (bus) **
(26) Boeing Field, Seattle (plane)
(27) FDC SeaTac, solitary confinement for 5 days (van) ***
(28) FDC SeaTac, general population ****

Notes:
*    excludes 4 round-trips to USDC/Seattle for hearings
     (28 + 8 = 36 total moves)
**   very next day, no sleep for 2 nights in a row
***  I was told only one (1) day in solitary is FDC "policy" for "psychological evaluations"
**** two (2) different Units, because of inmate rumor "you fit the pedophile profile" [sic]

Also, attorney Mark Hardee, Lee & Hardee, Cheyenne, Wyoming,
said he could not visit with me more than once in Gering, Nebraska,
-- at the Scotts Bluff County Detention Center ("S.B.C.D.C.") --
because of a "limited travel budget" [sic] for CJA attorneys.

VERIFICATION

I, Paul Andrew Mitchell, Citizen of Washington State, qualified Federal Witness,
and Private Attorney General, hereby verify under penalty of perjury,
under the laws of the United States of America, without the "United States"
(federal government), that the above statement of FACTS is true and correct,
according to the best of my current information, knowledge and belief,
so help me God, pursuant to 28 U.S.C. 1746(1). See Supremacy Clause
(Constitution, Laws and Treaties of the United States are all the

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2014 MAY 5 PM 2 01
STEPHAN HARRIS, CLERK
CHEYENNE

supreme Law of the Land).

Dated:   April 27, 2014 A.D.

Signed:  *Paul Mitchell (chosen name)*

Printed: Paul Andrew Mitchell, B.A., M.S., Relator In Propria Persona (NOT "Pro Se"),
(expressly NOT a "citizen of the United States" aka federal citizen: Pannill v. Roanoke), and
Private Attorney General, 18 U.S.C. 1964, Rotella v. Wood (objectives of Civil RICO)
All Rights Reserved without Prejudice (cf. UCC 1-308)