FROM: 44202086
TO: Brown, Thomas; Guenette, Edward; Saccato, Larry
SUBJECT: NOTICE OF TERMINATION
DATE: 04/17/2014 02:11:35 PM

U.S. DISTRICT COURT
DISTRICT OF WYOMING
2014 MAY 19 PM 12 38
STEPHAN HARRIS, CLERK
CHEYENNE

TO:
Mr. Mark Hardee
dba Lee & Hardee Law Offices
2319 Pioneer Avenue
Cheyenne 82001
Wyoming, USA
Telephone: (307) 433-0777
Email: markhardee@hotmail.com

DATE: April 17, 2014 A.D.

SUBJECT: NOTICE OF TERMINATION

Mr. Hardee:

I now find it necessary to terminate your services as "stand-by counsel"
for reasons including but not limited to gross negligence and all of the following:

(1) At the 2-hour hearing on 3/21/2014, in front of several witnesses e.g. USMS,
you agreed to file my 11-page MOTION TO DISMISS. I have heard nothing and
received nothing from you concerning the status of that MOTION TO DISMISS.
Claims made during that hearing call for the conclusion that the "government"
defaulted 15 days later i.e. on 4/5/2014. You told me that they had 20 days
to answer that MOTION, not 15 days. According to you, they defaulted on 4/10/2014.

(2) On 3/26/2014, while in Gering, Nebraska, I called your office and spoke with
your secretary long enough to request another private visit with you. To date,
I have heard nothing and received nothing from you in response to that
reasonable request. Are you still alive?

(3) I have also written to you with a list of reasonable tasks which I asked
you to perform for me. To date, I have heard nothing and received nothing
from you in response to that list of reasonable tasks.

(4) The "grand jury" transcripts were never served upon me. To date,
I have heard nothing and received nothing from you concerning
those transcripts.

(5) Discovery documentation was never served upon me either.
To date, I have heard nothing and received nothing from you
concerning that discovery documentation.

(6) The "government" MOTION FOR [a second] PSYCHOLOGICAL EVALUATION
was never served upon me, and I never received any Notice(s) of any hearing(s)
on said MOTION. To date, I have heard nothing and received nothing from you
concerning that MOTION.

(7) The so-called "ORDER" allegedly authorizing a [second] psychological
evaluation lacked a Clerk's authorized signature and the Court's official seal.
See 28 U.S.C. 1691 (for the 20th time!) To date, I have heard nothing and
received nothing from you concerning that so-called "ORDER".

(8) As you already know, or should know, Mr. Stephan Harris is IN DEFAULT

and, as such, the presence of his name on the latter "ORDER" is more evidence of fraud and consequential Federal felonies e.g. 18 U.S.C. 912 (impersonation), 1519 (concealing records). Is he a real human being?

(9) To date, you have failed to acknowledge my MOTION to recuse Ms. Nancy D. Freudenthal for obvious bias and prejudice manifested on 3/21/2014, and you have failed to provide me with any confirmation copy(s). The credential investigation is not a pathological obsession.

(10) To date, you have failed to acknowledge my written objections to Mr. Reese's defamatory statements about me in his MOTION for 90-day extension, and you have failed to provide me with any confirmation copy(s). Defamation is a crime, Mr. Hardee.

(11) Mr. Reese does not legally "represent" me, and neither do you. You appear to lack minimal understanding of proceeding In Propria Persona, even though that term is clearly defined in Black's Law Dictionary, 6th Edition, and in other law dictionaries ("not by attorney," The Law Dictionary (2002)). See 28 U.S.C. 1654 ("personally or by counsel").

(12) After being moved now a total of 27 TIMES (I've been counting), you have done nothing to stop this ludicrous pattern of oppression, sleep deprivation, solitary confinement, and painfully obvious denial of due process of law e.g. "notice and hearing" (the bare essetials). My legal research notes, and completed MOTIONs, have been confiscated several times, resulting in obstruction of those MOTIONs and preventing the mailing and filing of same with any Federal court(s).

(13) To date, you have failed to acknowledge my NOTICE OF PUBLIC-AUTHORITY DEFENSE, properly filed under FRCrP Rule 12.3, and you have failed to acknowledge the government's obligation to reply in writing within 15 days. Rule 12.3(a)(3).

(14) You have been grossly negligent also by failing entirely to honor and obey Article VI, Clause 3, in the U.S. Constitution, and all of its implementing Federal statutes and Regulations: "The public has a right to DEMAND that public officials perform all of their duties faithfully." cf. 63C Am Jur 2d ("Public Officers"). Instead, you have obviously fallen totally silent and thereby you have given your tacit consent to the oppression and retaliation which I continue to endure at the hands of your several colleagues, associates, and accomplices in the "legal" profession, such as it is. Here, see 18 U.S.C. 241, 242.

CONCLUSION: You are hereby fired, effective 3/26/2014 nunc pro tunc. Goodbye.

Sincerely yours,
/s/ Paul Andrew Mitchell, B.A., M.S.
Private Attorney General
See 18 U.S.C. 1964; Rotella v. Wood, 528 U.S. 549 (2000)
All Rights Reserved (cf. UCC 1-308)

Copy: Dr. C. Low, Forensic Psychologist, SeaTac FDC

FEDERAL DETENTION CENTER
NAME: MODELESKI, M.P. (given name)
REG: 44202-086  UNIT: DC
P.O. BOX 13900
SEATTLE, WA. 98198-1090

Third Attempt
Re:
#2:14-CR-00027-NDF-2

All Rights Reserved
(cf. UCC 1-308) 82001-3658

TO: Office of Chief Judge
U.S. District Court
2120 Capitol Ave., Room 2131
Cheyenne 82001-3658
Wyoming, USA  82001

MODELESKI, M.P.C. (given name)
FEDERAL DETENTION CENTER
NAME: Paul Andrew Mitchell (chosen name)
REG: 44202-086  UNIT: ~~B~~ now "DC"
P.O. BOX 13900
SEATTLE, WA. 98198-1090

!! POSTMASTER: Address is OK.!!  To:
Special Mail
(see OVER)

Re:
#2:14-CR-00027-NDF-2

LEGAL MAIL

Office of Chief Judge
U.S. District Court
        Room 2131
2120 Capitol Ave.
Cheyenne 82001
Wyoming USA



Address confirmed at website:

MAY 12 2014

U.S. District Court
2120 Capitol Ave., Rm 2131
Cheyenne, Wyoming 82001-3658
USA

CHEYENNE WY 820
29 APR 2014 PM 1 T