NOTICE OF PROTEST: UCC 1-308

TO:
Office of the Presiding Judge
District Court of the United States ("DCUS")
2120 Capitol Avenue, Room 2131
Cheyenne 82001-3658
Wyoming, USA

U.S. DISTRICT COURT
DISTRICT OF WYOMING
2014 MAY 23 AM 11 15
STEPHAN HARRIS, CLERK
CHEYENNE

RE: #2:14-CR-00027-NDF-2, USA [sic] v. Hill et al.
   ("UNITED STATES OF AMERICA" is not a proper party, however)

Authorities: 18 U.S.C. 1504, 1702; Seventh Amendment common law

Greetings Your Honor:

I am hereby lodging a FORMAL PROTEST concerning my first NOTICE OF TERMINATION, which was returned to sender ("RTS") evidently by persons unknown and most probably in Cheyenne, Wyoming:

(1) the annotated envelope was re-mailed with a second first class postage stamp, and it should now be in the Docket records of the instant case supra;

(2) I have already mailed numerous other items to: Office of Chief Judge, U.S. District Court, 2120 Capitol Ave., Cheyenne 82001, Wyoming, USA; and, none was ever returned to sender ("RTS") for lack of a suite number;

(3) the mailed items at (2) above now appear in the Docket listing I was given on 3/21/2014, as proof they were delivered as addressed; e.g. see Docket #53, Page 4 of 5;

(4) furthermore, my common law right to change my name is being repeatedly infringed by Federal government personnel: see Doe v. Dunning, 87 Wn.2d 50, 549 P.2d 1 (1976) as quoted in AGO 1985 No. 10; a copy of the latter AGO is enclosed and incorporated by reference, as if set forth fully here;

(5) my NOTICE OF TERMINATION has been further complicated by the Docket error identifying me as "represented by Mark C Hardee" [sic];

(6) I am NOT now legally represented by Mr. Mark C. Hardee; and, I have NEVER been legally represented by Mark C. Hardee; he attended the 3/21/2014 hearing and witnessed me REPEATEDLY assert my right to appear In Propria Persona;

1

(7) I have always appeared In Propria Persona i.e. "personally" and NOT by counsel: see 28 U.S.C. 1654 (personally -OR- by counsel);

(8) consequently, I am being systematically punished in numerous ways i.e. BEFORE trial, for doing what I had a right to do! In this context, please see 18 U.S.C. 1504, in particular (last paragraph was added to eliminate the possibility that a proper request to appear before a grand jury might be construed as a technical violation of Section 1504);

(9) "Punishing a person for doing what he had a right to do is a basic due process violation." U.S. v. Sanders, 211 F.3d 711;

(10) it is frankly ridiculous even to suggest that U.S. Postal Service personnel employed at Cheyenne, Wyoming, do NOT know where the U.S. District Court is located, particularly when "U.S. District Court" and "2120 Capitol Ave." are both staring them in the face (???);

(11) see also U.S. Postal Service Publication #221 for the correct "foreign address" format: in point of Law, the 50 States of the Union are legally "foreign" with respect to each other, for purposes of Federal MUNICIPAL laws; and,

(12) for all of the reasons stated above, I now find it necessary to disagree politely with the hand-written statements by Ms. C. Pirone, Unit Counselor at FDC SeaTac (copy is enclosed and incorporated by reference, as if set forth fully here).

Sincerely yours,

Paul Andrew Mitchell, B.A., M.S. (chosen name)
Co-Defendant, Relator In Propria Persona, and
Private Attorney General, 18 U.S.C. 1964,
Rotella v. Wood, 528 U.S. 549 (2000) (objectives of Civil RICO)
All Rights Reserved (cf. UCC 1-308)

Paul Andrew Mitchell - Modeleski
44202-086 EA
P.O. Box 13900
Seattle, Washington State 98198

EUGENE OR 974
20 MAY 2014 PM 2 L

Office of the Presiding Judge
District Court of the United States ("DCUS")
2120 Capitol Avenue, Room 2131
Cheyenne 82001-3658
Wyoming, USA

82001̇3658