

**FILED**

12:36 pm, 6/2/14
**Stephan Harris**
Clerk of Court

# United States District Court
## For The District of Wyoming

| | |
|---|---|
| United States of America,<br>　　　　　　　Plaintiff,<br>vs.<br>Mitchell Paul Modeleski,<br>　　　　　　　Defendant. | **NOTICE**<br><br>Case Number: 14-CR-027-F<br>Interpreter Needed: No |

| TYPE OF CASE: | |
|---|---|
| | **Criminal** |

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE<br>J.C. O'Mahoney Federal Building<br>2120 Capitol Avenue<br>Cheyenne, WY 82001<br>Courtroom #1 | BEFORE<br>Nancy D. Freudenthal<br>Chief United States District Judge |
|---|---|
| | DATE AND TIME<br>June 3, 2014 at 3:30 p.m. |

| TYPE OF PROCEEDING | |
|---|---|
| | **Competency Hearing** |

　　　　　　　　　　　　　　　　STEPHAN HARRIS
　　　　　　　　　　　　　　　　Clerk of Court

June 2, 2014　　　　　　　　　　Kellie Erickson
Date　　　　　　　　　　　　　　Deputy Clerk

TO:
Defendant (through counsel)　　USMS
Defense Counsel　　　　　　　　USPO
US Attorney's Office　　　　　　Court Reporter