NOTICE AND DEMAND FOR RETRACTION
OF FALSE AND DEFAMATORY DESCRIPTIONS
("demand" implies a right: cf. Black's Law Dictionary, 6th)

FILED U.S. DISTRICT COURT DISTRICT OF WYOMING  2014 JUN 2 PM 12 47  STEPHAN HARRIS, CLERK CHEYENNE

| Margin Notes: | |
|---|---|
| | TO: U.S. Marshals Service    Case No.: |
| | c/o U.S. District Court    #2:14-CR-00027-NDF-2 |
| | Cheyenne 82001    (USDC/D/WY) |
| | Wyoming, USA |
| | DATE: 5/28/2014 |
| | SUBJECTS: (1) "SOVEREIGN CITIZEN LAWYER" [sic] |
| | (2) "EXTREMIST MONTANA FREEMAN ASSOCIATE" [sic] |

The above false and defamatory descriptions were confirmed by the Undersigned in documents which he was required to sign upon his second "booking" yesterday at the Scotts Bluff

"SBCDC" — County Detention Center in Gering, Nebraska.
Each is accurately refuted as follows:

** (1) "SOVEREIGN CITIZEN LAWYER" [sic]

The Undersigned is a Private Attorney General

18 USC 1964 — under 18 U.S.C. 1964 (Civil RICO), but NOT a licensed attorney. The latter fact could be very easily confirmed by querying the member registrations of The State Bar of California and the Washington State Bar Association. Those registrations are readily available

528 US 549 — on the Internet. See also Rotella v. Wood, 528 U.S. 549.
(2000): objectives  The phrase "SOVEREIGN CITIZEN" is a misnomer
-1 of 5- that results in part from standing decisions

-1-

| | |
|---|---|
| e.g. *Dred Scott v. Sandford* (1856) | of the U.S. Supreme Court which have often described the American People as "sovereigns without subjects." Thus, as a group e.g. voting for Senators and U.S. Representatives, <u>the People are sovereign under American laws never repealed</u>. As a Citizen of Washington State, the Undersigned is <u>one</u> of those People. |
| | A problem arises, however, whenever an <u>individual</u> State Citizen is described |
| Sixth Amendment | as a "Sovereign". The Sixth Amendment authorizes <u>compulsory testimony</u>, and a State <u>Citizen</u> <u>is subject to</u> that law. As such, a State Citizen is not, and cannot be, a "Sovereign" in the same |
| cf. Monarchy v. Republic | sense that a King, or Queen, is a "Sovereign". Therefore, the phrase "SOVEREIGN CITIZEN" is an oxymoron when used to describe an <u>individual</u> Citizen of one of the United |
| 28 USC 1746 (USA v. US) | States of America, who is not also a federal citizen, by Right of Election. |
| Black's Law Dictionary | Here, cf. "<u>federal citizenship</u>" in <u>Black's Law Dictionary</u>, Sixth Edition. The phrase "Right of Election" refers to the Right to "elect," or choose between one of |
| - 2 of 5 - | two (2) classes of citizenship in America. See *Pannill v. Roanoke*. |

| | |
|---|---|
| ✕✕ | (2) "EXTREMIST MONTANA FREEMAN ASSOCIATE"[sic] |
| | The latter phrase is _false_ and _defamatory_ |
| 18 years ago! | as applied to the Undersigned: in 1996 A.D., he was invited to provide on-site legal assistance to supporters and associates of the late Leroy Schweitzer, at a private residential dwelling near Billings, Montana. That invitation followed his _pro bono_ Petition to the Montana State Courts for a _Temporary_ |
| ("TRO") | _Restraining Order_, restraining Federal (U.S.) government personnel from applying _lethal force_ against Schweitzer's group. |
| | Upon arriving in Billings, the Undersigned reviewed several documents possessed by that group, participated in several discussions, and filed the civil case of _People v. United States_ as an original action in the District Court of the United States |
| 18 USC 1964 | in Billings, Montana ("DCUS" at 18 U.S.C. 1964(a)). |
| | The Undersigned did confirm what he honestly believed was a _serious flaw_ in one of Schweitzer's legal theories, specifically: |
| Fifth Amendment | signing a criminal confession for someone _else_ is prohibited by the Fifth Amendment, |
| — 3 of 5 — | insofar as the accused remains silent. |

Such a "criminal confession" is <u>not</u> valid, and cannot be used, as a basis for perfecting any lien(s) against the accused.

Whether or not it was ever accurate to describe Schweitzer's group as being "extremist," the Undersigned <u>never joined that group</u>, merely by agreeing to provide legal assistance for a small fee. Moreover, his on-site assistance <u>ended</u> after about one month, no doubt due to basic disagreements that developed between the Undersigned and Schweitzer's associates who were not <u>incarcerated</u> (see above).

** <u>General Objections</u>: It is now apparent to the Undersigned that certain personnel employed by the federal government are effectively <u>branding</u> some Americans with the "SOVEREIGN" and "EXTREMIST" <u>labels</u>, in order to <u>target</u> those Americans with discriminatory and prejudicial abuses, such as <u>false arrest</u>, <u>unlawful incarceration</u>, and <u>summary punishment</u>. For example, names in ALL CAPS are correctly described as a "nom de guerre" in French, i.e. "war name" in English, implying a state of war, or mixed war, upon the American People.

"nom de guerre"

DEMAND FOR IMMEDIATE RETRACTION
AND ADMINISTRATIVE RECORDS CORRECTIONS

cf. defama-tion

("demand" implies a right: cf. Black's Law Dictionary, 6th Edition)

The Undersigned hereby demands: an immediate retraction of the false and defamatory phrases "SOVEREIGN CITIZEN LAWYER" and "EXTREMIST MONTANA FREEMAN ASSOCIATE" from all government records maintained at locations including but not limited to:

(a) Federal courts in Seattle and Cheyenne;
(b) U.S. Marshals in Seattle and Cheyenne;
(c) Federal Detention Center, SeaTac;
(d) Southern Nevada Detention Center;
(e) Oklahoma City Federal Transfer Center;
(f) Washington County Justice Center, Akron, Colo.;
(g) Grady County Jail, Chickasha, Oklahoma;

#45396

(h) Scotts Bluff County Detention Center, Gering, Nebraska, concerning the Undersigned; and, immediate correction of all such government records by substituting "Private Attorney General" for all such false and defamatory phrases. Thank you for your cooperation.

Sincerely yours,

18 USC 1964,
UCC 1-308
– 5 of 5 –

Paul Andrew Mitchell, B.A., M.S. (chosen name)
Private Attorney General, 18 U.S.C. 1964, Rotella v. Wood,
All Rights Reserved (cf. UCC 1-308) 528 U.S. 549
FDC Reg. No. 44202-086 – 5 – (2000)

INMATE NAME: MODELESKI, M.P. (given name) #US396
SCOTTS BLUFF COUNTY DETENTION CENTER
PO BOX 130
GERING, NE 69341-0130
FDC SeaTac Reg. No. 44202-086
SBCDC Disclaims Any Responsibility For
The Nature of the Content of this Correspondence

Inre:

#2:14-CR-00027-NDF-2

Authority:
18 U.S.C. 912, 1519, 1962, 1964(c)
all Rights Reserved
(cf. UCC 1-308)

TO: Office of Chief Judge (duly credentialed)
District Court of the United States ("DCUS")
2120 Capitol Avenue, 2nd Floor
Cheyenne 82001
Wyoming, USA

82001

LEGAL MAIL

29 MAY 2014 PM 1 T
NORTH PLATTE NE 691

8200133633