# CRIMINAL MINUTE SHEET
# MOTION HEARING



**FILED**

5:06 pm, 6/3/14

**Stephan Harris**
**Clerk of Court**

☐ This minute sheet also contains a Minute Order
☐ Telephonic

Date: Jun 3, 2014　　　　　　　　　　　　Case No.　14-CR-27-NDF-2
Time: 3:43 - 4:36　　　　　　　　　　　　Interpreter:
　　　　　　　　　　　　　　　　　　　　Int. Telephone:

UNITED STATES OF AMERICA　　VS　MITCHELL PAUL MODELESKI

| Nancy D. Freudenthal | Johnna Galik | Julie Thomas | Brandi Monger |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

　　　　　Jon Goodman
　　　　　　Marshal　　　　　　　　　　　Probation

Attorney(s) for Government: Bob Murray

Attorney(s) for Defendant(s): Mark Hardee

Witness(es) for Government:

Witness(es) for Defendant(s):

| Gov/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
|  |  |  |  |

Other:
Competency Hearing - Plaintiff requests that subject to the findings by Dr. Low, defendant be detained for four months to attempt to restore his competency.  Defendant's counsel states that he has submitted a motion to withdraw from the case.  Mr. Modeleski objects to the hearing as a whole due to lack of notification.  He strenuously objects to the request of the Plaintiff because he has not seen the report.   Court grants the motion to withdraw as counsel.   Mr. Modeleski will have a new attorney appointed.    The competency hearing will be continued.  Competency hearing reset on 6/24/14 at 1:30 p.m.

WY 16　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Rev. 02/25/2014