
# United States District Court
## For The District of Wyoming

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff(s),<br>vs.<br>MITCHELL PAUL MODELESKI,<br>　　　　　　　　Defendant(s). | **NOTICE**<br><br>Case Number: 14-CR-27-NDF-2<br>Interpreter Needed: NO |

| TYPE OF CASE: | |
|---|---|
| | **CRIMINAL** |

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE<br>J.C. O'Mahoney Federal Building<br>2120 Capitol Avenue<br>Cheyenne, WY 82001<br>Courtroom #1 | BEFORE<br>Nancy D. Freudenthal, Chief, United States District Judge |
|---|---|
| | DATE AND TIME<br>6/24/2014 at 1:30 p.m. |

TYPE OF PROCEEDING

**COMPETENCY HEARING**

　　　　　　　　　　　　　　　　　　　STEPHAN HARRIS
　　　　　　　　　　　　　　　　　　　Clerk of Court

June 3, 2014　　　　　　　　　　　　　Johnna Galik
Date　　　　　　　　　　　　　　　　　Deputy Clerk

TO:
US Attorney　　　　　　　　　　　　　US Probation
Defendant through Counsel　　　　　　Court Reporter
US Marshal