IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING



FILED
9:38 am, 6/4/14
Stephan Harris
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | Case No: 14-CR-027-2-F |
| MITCHELL PAUL MODELESKI, a/k/a PAUL ANDREW MITCHELL, | |
| Defendant. | |

### ORDER GRANTING MARK C. HARDEE'S MOTION TO WITHDRAW AND APPOINTING NEW COUNSEL

This matter is before the Court on Mark Hardee's Motion to Withdraw as Counsel. After a hearing in this matter, it is clear to the Court that the relationship between Defendant and Mr. Hardee is broken and cannot be repaired. The Court will allow Mr. Hardee to withdraw and will appoint Terry Harris as new counsel. To be clear, Mr. Harris is Defendant's counsel and will have all the responsibilities and duties of appointed counsel. Mr. Harris is not stand-by counsel and will serve as Defendant's counsel at least until the Court can consider Defendant's competency.

IT IS ORDERED that Mark Hardee's Motion to Withdraw is GRANTED.

IT IS FURTHER ORDERED that Terry Harris is appointed to serve as Defendant Modeleski a/k/a Mitchell's counsel.

Dated this __4th__ day of June, 2014.

*Nancy D. Freudenthal*
_____
NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE