

**FILED**

*9:27 am, 6/13/14*
**Stephan Harris**
**Clerk of Court**

# United States District Court
## For The District of Wyoming

| | |
|---|---|
| United States of America, | |
| Plaintiff, | **NOTICE** |
| vs. | |
| Mitchell Paul Modeleski, | Case Number: 14-CR-027-NDF |
| Defendant. | |

TYPE OF CASE:

**Criminal**

**TAKE NOTICE that a proceeding in this case has been RESET for the place, date, and time set forth below:**

| PLACE | BEFORE |
|---|---|
| J.C. O'Mahoney Federal Building<br>2120 Capitol Avenue<br>Cheyenne, WY 82001<br>Courtroom #1 | Nancy D. Freudenthal<br>Chief, United States District Judge |
| | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
| | June 24, 2014 at 1:30 p.m. | July 10, 2014 at 10:00 a.m. |

TYPE OF PROCEEDING

**Competency Hearing**

|  |  |
|---|---|
|  | STEPHAN HARRIS<br>Clerk of Court |
| June 13, 2014<br>Date | Kellie Erickson<br>Deputy Clerk |

TO:
Defendant (through counsel)          USMS
Defense Counsel                              USPO
US Attorney's Office                        Court Reporter