NOTICE OF MOTION AND MOTION
FOR CHANGE OF VENUE
#2:14-CR-00027-NDF-? ("SEALED") [sic]

TO: Office of Presiding Judge (duly credentialed)
U.S. District Court
2120 Capitol Avenue, 2nd Floor
Cheyenne 82001
Wyoming, USA

Comes now the United States ex rel. Paul Andrew Mitchell, B.A., M.S., Citizen of Washington State and Private Attorney General, to move this honorable Court for a proper change of venue to the Western District of Washington at Seattle, pursuant to Rule 18 of the Federal Rules of Criminal Procedure. Venue is <u>not</u> proper in the District of Wyoming for the following well established reasons:

(1) Relator has repeatedly raised the issue of venue at several hearings, beginning 1/28/2014 e.g. identity hearing;

(2) no rebuttals have been forthcoming from any authorized personnel of the United States; see 28 U.S.C. 544, 5 U.S.C. 3331-3333.

Margin Notes:
"USDC/DWY"

28 USC 1345
18 USC 1964
"WDWA"
FRCrP Rule 18
"DWY"

28 USC 544;
5 USC 3331,
3332, 3333

- 1 of 3 -

- 1 of 3 -

(3) Relator has stated verbally, and in writing, that he did not step one foot anywhere in Wyoming between a college ski trip to Jackson Hole in December 1968, and the false arrest on 1/28/2014;

(4) no evidence contradicting the latter statements has been forthcoming from any authorized personnel of the United States; see 28 U.S.C. 1345, 1346;

28 USC 1345, 1346

(5) the forty-two (42) discrete moves Relator has had to endure, at the hands of the U.S. Marshal Service, appear to be motivated by a specific intent to separate Relator from his Seattle apartment and the extensive legal and patent research Relator had accumulated there, chiefly to assist Relator's private clients; and,

"USMS"

(6) said 42 moves also appear to be motivated by criminal intents to inflict cruel and unusual summary punishment on Relator, also in connection with defamation per se of Relator by libeling Relator as an "Extremist Montana Freeman Associate" [sic] e.g. in booking records.

18 USC 1513
8th Amend.

Case 2:14-cr-00027-NDF   Document 97   Filed 06/16/14   Page 3 of 5

– 3 of 3 –

| | |
|---|---|
| "WDWA" | Venue is proper in the Western District of Washington, at Seattle, for the following well established reasons: |
| | (7) Relator lived and worked in Seattle, and nowhere else, between his arrival there on 6/18/2009, and the false arrest on 1/28/2014, ~ 4½ years; |
| | (8) during the latter period, Relator did not travel outside the State of Washington; and |
| "USMS" | (9) one of Relator's five (5) meetings with a Deputy U.S. Marshal occurred in Relator's private Seattle apartment; as such, said Deputy was an eyewitness to the residential situs of Relator's |
| 18 USC 1964 | consulting practices, performed under 18 U.S.C. 1964. |

### REMEDY REQUESTED

| | |
|---|---|
| | In light of all the above, this Court should ORDER a routine change of venue from |
| "DWY" | the District of Wyoming to the Western |
| "WDWA" | District of Washington at Seattle, |
| Rule 18, FRCrP | pursuant to FRCrP Rule 18, and to honor Relator's fundamental Rights. |

Respectfully submitted, All Rights Reserved,
Paul Andrew Mitchell, B.A., M.S. (chosen name)

| | |
|---|---|
| 28 USC 1654 | Relator In Propria Persona, 28 U.S.C. 1654; |
| – 3 of 3 – | Private Attorney General, 18 U.S.C. 1964 |

MODELESKI, M.P. (given name)
#45396
S.B.C.D.C.
P.O. Box 130
Gering, Nebraska
69341-0130

Re:
#2:14-CR-00027-NDF-2

All Rights Reserved
(cf. UCC 1-308)

LEGAL MAIL

TO: Clerk of Court, Office of
U.S. District Court
2120 Capitol Ave., 2nd Floor
Cheyenne 82001
Wyoming, USA
82001

NORTH PLATTE NE 691
13 JUN 2014 PM 1 L

8200183633

Scotts Bluff County Detention Center Disclaims Any Responsibility For The Nature of the Content of This Correspondence

Administrator