| | |
|---|---|
| Margin Notes: | |
| 5 USC 552 | FREEDOM OF INFORMATION ACT REQUEST: 5 U.S.C. |
| [sic] | [SEALED] # 2:14-CR-00027-NDF (USDC/DWY) |

TO: Office of the U.S. Attorney, Disclosure Officer
U.S. Department of Justice
c/o U.S. District Court (via docket email)
2120 Capitol Avenue, 2nd Floor
Cheyenne 82001
Wyoming, USA

DATE: 6/5/2014 A.D.

Greetings Disclosure Officer:

This is a proper Request under 5 U.S.C. 552 ("FOIA"). Please reply to this proper FOIA Request by filing a true and correct copy of the following document in the docket records shown above:

(1) valid U.S. Office of Personnel Management Standard Form 61 APPOINTMENT AFFIDAVITS executed by Dr. Cynthia A. Low dba Forensic Psychologist, Federal Detention Center, Seattle/Tacoma.

"SF-61"

Please forward as needed to correct Disclosure Officer.

Sincerely yours,

Paul Andrew Mitchell, B.A., M.S. (chosen name)
Relator In Propria Persona, 28 U.S.C. 1654
Private Attorney General, 18 U.S.C. 1964
All Rights Reserved (cf. UCC 1-308; 44 USC 3512)

UCC 1-308
44 USC 3512
28 USC 1654
18 USC 1964
-1 of 1-

- 1 of 1 -

FILED U.S. DISTRICT COURT DISTRICT OF WYOMING 2014 JUN 16 PM 2 44 STEPHAN HARRIS, CLERK CHEYENNE

MODELESKI, M.P. (given name)
#45396
S.B.C.D.C.
P.O. Box 130
Gering, Nebraska
69341-0130

Re:
#2:14-cr-00027-NDF-2

All Rights Reserved
(cf. UCC 1-305)

LEGAL MAIL: FOIA Request

TO: Clerk of Court, Office of
U.S. District Court
2120 Capitol Ave., 2nd Floor
Cheyenne 82001
Wyoming, USA
82001

NORTH PLATTE NE 691
13 JUN 2014 PM 1 T

8200133658





Scotts Bluff County Detention Center
Disclaims Any Responsibility For
The Nature of the Content of
This Correspondence

Administration