— COPY —

FREEDOM OF INFORMATION ACT
REQUEST: 5 U.S.C. 552

TO: Disclosure Officer
FDC SeaTac
P.O. Box 13901
Seattle 98198-1091
Washington State, USA

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2014 JUN 16 PM 2 44

STEPHAN HARRIS, CLERK
CHEYENNE

DATE: 5/12/2014

This is a proper request under the Freedom of Information Act, 5 U.S.C. 552, for true and correct copies of the following three (3) documents:

(1) valid U.S. Office of Personnel Management Standard Form 61 APPOINTMENT AFFIDAVITS duly executed by:

(a) Cynthia A. Low, Ph.D.
Forensic Psychologist, WA Lic. #PY2352

(b) Katherine Skillestad Winars, Ph.D.
Chief Psychologist, WA Lic. #PY60170774

(c) Eloisa De Bruler, Acting Warden

VERIFICATION

I hereby verify under penalty of perjury, under the laws of the United States of America, that I am the Proper Person making this request.

Signed: Paul Andrew Mitchell
Printed: Paul Andrew Mitchell
(chosen name)
see Doe v. Dunning,
Wash. Supreme Court

MAIL TO:
MODELESKI, M.P. (given name)
%SBCDC #45396
P.O. Box 130
Gering 69341-0130
Nebraska, USA

Please file and serve in: #2:14-CR-00027-NDF-d
Thank you.

INMATE NAME: MODELESKI M.P (given name)
SCOTTS BLUFF COUNTY DETENTION CENTER #45396
PO BOX 130
GERING, NE 69341-0130

SBCDC Disclaims Any Responsibility For
The Nature of the Content of this Correspondence

Re:
#2:14-cr-00027-NDF-2
FOIA Request
(courtesy copy)
Civil Rights (Nature)
(cf. 42 USC 1-308)

TO: Office of Clerk of Court
U.S. District Court
2120 Capitol Ave., 2nd Floor
Cheyenne 82001
Wyoming USA

82001

8200133658