use Docket No. #2:14-CR-00027-NDF-2

RELATOR'S FIFTH VERIFIED CRIMINAL
COMPLAINT, ON INFORMATION; 18 U.S.C. 4, 3231,
242, 241, UDHR, ICCPR; 42 U.S.C. 1985-1986.

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2014 JUN 18  PM 12 20
STEPHAN HARRIS, CLERK
CHEYENNE

Margin
Notes:

TO: Office of Presiding Judge (Credentialed)
District Court of the United States ("DCUS")
2120 Capitol Ave., 2nd Floor
Cheyenne 82001
Wyoming, USA

DATE: June 12, 2014 A.D. (Anno Domini)

Greetings Your Honor,

28 USC 1345 — Comes now the United States ex rel.
Paul Andrew Mitchell, Citizen of Washington
State and Private Attorney General

18 USC 1964 — pursuant to 18 U.S.C. 1964(a), to invoke
the original jurisdiction of this DCUS
under the latter statute and under

18 USC 3231 — 18 U.S.C. 3231 strictly construed; and,
to provide formal NOTICE to all whom
it may concern that Relator supra
now verifies below that the facts, already
documented in pleadings previously filed
and served in the Docket No. supra,
now constitute probable cause fully
justifying a formal report to this honorable

18 USC 4 — Court pursuant to 18 U.S.C. 4, and this
VERIFIED CRIMINAL COMPLAINT, ON INFORMATION

-1 of 4-  formally charging:

-1 of 4-

Christopher A. Crofts, James P. Donohue, Corey Endo, Zachary Fisher, Dave Guest, Mark C. Hardee, Stephan Harris, Tammy Hilliker, James Marcy, L. Robert Murray, Nancy Penney, Brian Tsuchida, Cynthia A. Low, and Does 1 thru 100 with:

(1) aiding, abetting, and being accessories after the fact to, multiple violations of the Undersigned's Fundamental Rights expressly guaranteed: by the First, Fourth, Fifth, Sixth, Seventh, Eighth and Tenth Amendments and Article VI, clause 3 in the Constitution for the United States of America as lawfully amended ("U.S. Constitution"); and, by the Universal Declaration of Human Rights ("UDHR") and the International Covenant on Civil and Political Rights ("ICCPR") both rendered supreme laws by the Supremacy Clause in the U.S. Constitution; all in one or more violations of 18 U.S.C. 2, 3, 4, 242 and 42 U.S.C. 1985-1986; and,

(continue next page)

-2 of 4-

-2 of 4-

(2) conspiring with others, both named and unnamed herein, to aid, abet, and to be accessories after the facts, multiple violations of the Undersigned's Fundamental Rights expressly guaranteed: by the First, Fourth, Fifth, Sixth, Seventh, Eighth and Tenth Amendments and Article VI, Clause 3 in the U.S. Constitution; and, by the UDHR supra and ICCPR supra, both rendered supreme Laws by the Supremacy Clause in the U.S. Constitution; all in one or more violations of 18 U.S.C. 2, 3, 4, 241 and 42 U.S.C. 1985-1986.

### STIPULATION

"RUD" Upon careful examination of the Senate's Reservations, Understandings and Declarations attached to its ratification of the ICCPR, the United States hereby stipulates that the RUD's "not self-executing" Declaration is unconstitutional for obviously violating the Petition clause in the U.S. Constitution — read "the Right conservative of all other rights" as previously held by the Supreme Court of the United States. There, see also Miranda v. Arizona re: Rights secured by the Constitution: there can be no legislation — like the RUD supra — which would abrogate any such Rights.

-3 of 4-

-3 of 4-

## VERIFICATION

I, Relator Paul Andrew Mitchell, B.A., M.S., hereby verify under penalty of perjury, under the laws of the United States of America, without (outside) the United States, that the above statement of facts and laws is true and correct according to the best of my current information, knowledge and belief, so help me God, pursuant

28 USC 1746 — to 28 U.S.C. 1746(1). See Supremacy Clause (Constitution, laws and treaties of the United States (federal government) are all the supreme Law of the Land).

Dated: June 12, 2014 A.D.

Signed: Paul Andrew Mitchell (chosen name*)
Printed: Paul Andrew Mitchell, B.A., M.S.
28 USC 1654 — Relator In Propria Persona: 28 U.S.C. 1654;
18 USC 1964 — Private Attorney General, 18 U.S.C. 1964; and,
Citizen of Washington State, Pannill v. Roanoke (expressly NOT a federal citizen), and
* Doe v. Dunning, Washington State Supreme Court
UCC 1-308 — All Rights Reserved (cf. UCC 1-308)

p.s. cf. DOJ Standard Form 95 re: "collateral", and AUTOMATIC STAY invoked by United States
-4 of 4- in its DECLARATION OF INSOLVENCY, EDWA (Spokane). -4 of 4-

INMATE NAME: MODELESKI, M.P. (one name)
SCOTTS BLUFF
PO BOX 130
GERING, NE

SBCDC Disclaims Any Responsibility For
The Nature of the Content of this Correspondence

SPECIAL MAIL

In re:
#2:14-CR-00027-NDF-2

TO: Office of Clerk of Court
District Court of the United States ("DCUS")
2120 Capitol Avenue, 2nd Floor
Cheyenne 82001
Wyoming, USA

82001

All Rights Reserved
(cf. UCC 1-308)