*REFUSED FOR CAUSES, AS ANNOTATED:*

FILED
U.S. DISTRICT COURT ON
DISTRICT OF WYOMING
in personam:
14 JUN 19 PM See 28 USC 1691; 28
USC 1691
STEPHAN HARRIS, CLERK
CHEYENNE
United States District Court → no venue!
For The District of Wyoming

→ not an official seal;
not an embossing stamp

FILED
[stamp]
12:37 am, 3/13/14
Stephan Harris
Clerk of Court

→ no credentials
produced for 6+ YEARS
(SF-61, 28 USC 951)

UNITED STATES OF AMERICA
Plaintiff(s),

→ this entity has no legal standing as such;

vs.

NOTICE

See 28 USC 1345, 1346, 1746 (within & without)

JOSEPH RUBEN HILL &
MITCHELL PAUL MODELESKI
aka PAUL MITCHELL,
Defendant(s).

Case Number: 14-CR-27-F
Interpreter Needed: NO

ALL CAPS names are a "nom de guerre"
implying state of war/mixed war/treason.

TYPE OF CASE:

CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date,
and time set forth below:

PLACE
J.C. O'Mahoney Federal Building
2120 Capitol Avenue
Cheyenne, WY 82001
COURTROOM NO. 1

BEFORE
Nancy D. Freudenthal, Chief, United States District
Judge

→ now recused for bias,
multiple conflicts of
interest, and violations
of 18 U.S.C. 2, 3, 242

DATE AND TIME
April 14, 2014 @ 8:30 a.m.

→ never
happened!

TYPE OF PROCEEDING

→ never happened:
Violates Speedy Trial
guarantee.

JURY TRIAL

missing credentials:
28 USC 544

STEPHAN HARRIS
Clerk of Court

→ no credentials
produced (SF-61, 28 USC 951)

March 13, 2014
Date

Zachary Fisher
Deputy Clerk

→ no credentials
produced (SF-61, 28 USC 951)

Mr. Reese defamed Defendant →

Court Reporter - Jan Davis

AUSA - Bob Murray
Defense Counsel - Mike Reese
Stanby Counsel - Mark Hardee
USMS
USPO

→ correct until 3/26/2014:

→ "Stanby" [sic]
should be
"Stand-by"
See U.S. v. Couper,
603 F.2d 1347
(9th Cir. 1979); and,
Russell v. U.S.,
308 F.2d 78
(9th Cir. 1962)

see NOTICE OF TERMINATION; and, moreover
Defendant was never at any time legally
"represented by Mark C. Hardee" [sic];
see Johnson v. Zerbst, U.S. Supreme Court;
PLEASE CORRECT DOCKET!

IT IS CONFUSING AND MISLEADING
TO PROSPECTIVE DEFENSE COUNSEL(s).

file in #2:14-CR-00027-NDF-2

All Rights Reserved

*REFUSED FOR CAUSES, AS ANNOTATED:*
*no jurisdiction in personam*
*see 28 USCS 1691; 28 USCA 1691*

*not an official seal; nor an embossing stamp*

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING
2:42 pm, 3/13/14
Stephan Harris
Clerk of Court

*no venue in DWY!*
*(See FRCrP Rule 18.)*

## United States District Court
### For The District of Wyoming

*no credentials produced for 6+ years (SF-61 and 28 USC 951)*

*this singular entity has no legal standing:*
*see 28 USC 1345, 1346, 1746: (within and without)*

**UNITED STATES OF AMERICA,**
*the several States are plural*
Plaintiff,

*ALL CAPS "nom de guerre" implies a state of war, mixed war, treason*

vs.

**NOTICE**

**MITCHELL PAUL MODELESKI**
a/k/a Paul Andrew Mitchell,
*correct spelling!*
Defendant.

Case Number: 14-CR-27-2F

TYPE OF CASE:

**Criminal**

*no criminal jurisdiction: see MOTIONS TO DISMISS and all SUPPLEMENTS*

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

PLACE
J.C. O'Mahoney Federal Building
2120 Capitol Avenue
Cheyenne, WY 82001
Courtroom #1

BEFORE
Nancy D. Freudenthal,
Chief United States District Judge

*now recused for bias, multiple conflicts of interest, and violations of 18 USC 2, 3, 242*

DATE AND TIME
March 21, 2014 at 10:30 a.m.

TYPE OF PROCEEDING

**Faretta Hearing**

*Transcript proves bias and prejudice re: credential investigation; it is not a deranged "pathological obsession"! See Rule 12.3 Notice of Public-authority Defense; and,*

March 13, 2014
Date

**STEPHAN HARRIS**
Clerk of Court

*no credentials produced for 6+ years (SF-61 and 28 USC 951)*

*USMS file on Defendant at USDC/Seattle*

**A. Logan**
Deputy Clerk

*status of credentials is unknown to Defendant*

TO:   U.S. Attorney
U.S. Probation Office
Defendant through counsel
Defense Counsel - Mark Hardee

**U.S. Marshal**
**Court Reporter**

All Rights Reserved (file in (cf. UCC 1-308) #2:14-CR-00027-NDF-2)

*NOT correct: Defendant was never at any time "represented by Mark C. Hardee" [sic]; see Docket records.*



*REFUSED FOR CAUSES, AS ANNOTATED:*

→ *no jurisdiction in personam:*
*see 28 USCS 1691; 28 USCA 1691*

*not a proper seal*

FILED
10:41 am, 3/14/14
Stephan Harris
Clerk of Court

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

*no credentials produced for 6+ YEARS (SF-61, 28 USC 951)*

UNITED STATES OF AMERICA

v.

MITCHELL PAUL MODELESKI,
a/k/a PAUL ANDREW MITCHELL

**ORDER OF DETENTION PENDING TRIAL**

Case Number: 14-CR-27-F-02

*→ no legal standing; see 28 USC 1345, 1346, 1746: (within & without)*

→ *ALL CAPS names are a "nom de guerre" implying state of war,*

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

*mixed war, treason.*

## Part I - Findings of Fact

[X](1)  There is probable cause to believe that Defendant has committed an offense
• Defendant has been charged, by indictment, with a violations of: (1) 18 U.S.C. § 1512(k) – Conspiracy to Obstruct Justice; 18 U.S.C. § 1512(b)(2)(A) and 2 – Obstruction of Justice and Aiding and Abetting; and 18 U.S.C. § 1512(c)(2) – Obstruction of Justice

[ ](2)  Defendant has not rebutted the presumption established by finding that no condition nor combination of conditions will reasonably assure the safety of the community or that Defendant is not a flight risk.

## Part II - Written Statement of Reasons for Detention

The Court finds, by a preponderance of the evidence, that Defendant presents a flight risk. Specifically, the Court bases its finding on the following: (1) Defendant's lack of ties to the District of Wyoming; (2) Defendant is unemployed; (3) Defendant has limited financial means with which to support himself; (4) Defendant may no longer have a residence; and (5) Defendant consents to detention because of his current situation. If a suitable release plan is configured, the defendant may file a motion for review of detention asking the Magistrate Judge to review this decision.

→ *SOLELY because of fraudulent arrest "Warrant", and 28 moves TO date!*

## Part III - Directions Regarding Detention

Defendant is committed to the custody of the Attorney General or his designated representative for the confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court appearance.

March 14, 2014
Date

Kelly H. Rankin
United States Magistrate Judge

*all Rights Reserved (cf. UCC 1-308)*
*"ORDER OF DETENTION" violates 28 USC 1691: no signature by any duly credentialed "Clerk" or "Deputy Clerk of Court"*

*→ no credentials produced (SF-61, 28 U.S.C. 453): see Defendant's NOTICE AND DEMAND, now PAST DUE and IN DEFAULT.*
*(please file in #2:14-CR-00027-NDF-2)*

*no jurisdiction in personam: see 28 USCA 1691,
28 USCS 1691*

UNITED STATES DISTRICT COURT

**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
Seattle
700 Stewart St., Suite 2310
Seattle, WA 98101
(206) 370-8400

*REFUSED FOR
CAUSES, AS ANNOTATED*

WILLIAM M. MCCOOL
District Court Executive
Clerk of Court

*→ no credentials produced
since 1996: In re Grand Jury Subpoena
Served on New Life Health Center,
USDC/Tucson, Arizona*

LORI LANDIS
Chief Deputy Clerk

February 4, 2014

*See TRANSMITTAL OF MAIL FRAUD REPORT, July 15, 2013:
Docket #22, Pgs. 53, 54, 55, 63.*

**CLERK, US DISTRICT COURT**

*no credentials
produced (SF-61
and 28 USC 951)*

Joseph C. O'Mahoney
Federal Building
2120 Capitol Avenue, Room 2141
Cheyenne, WY 82001

*→ This entity has no legal standing as such:
see 28 USC 1345, 1346,
1746: (within & without):*

USA v Mitchell Paul Modeleski a/k/a Paul Andrew Mitchell

*file in:* CR14-27-F District of Wyoming *(no venue in DWY)*

WD/WA Case: MJ14-30

*1746(2): within the "United States" = without the 50 States
1746(1): within the 50 States = without the "United States"
e.g. perjury jurat on IRS Form 1040 conforms to 1746 (2)!*

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court per RULE 5(c)(3)(D) or
32.1, dated 2/4/2014, please download the documents maintained electronically by the District
Court through PACER for the Western District of Washington at
**https://ecf.wawd.uscourts.gov/.** *= probable cause of WIRE FRAUD
in violation of 18 U.S.C. 1343 (a FELONY Federal offense)*

Please affirm in some manner the receipt of this transfer notification letter.

Sincerely,

*All Rights Reserved
(cf. UCC 1-308)*

All Rights Reserved
(cf. UCC 1-308)

WILLIAM M. MCCOOL, District Court Executive

*→ no credentials produced:
see NOTICE AND DEMAND
FOR PRODUCTION OF DOCUMENTS,
April 10, 2010 A.D., now PAST DUE and
IN DEFAULT; and, TRANSMITTAL OF
MAIL FRAUD REPORT, July 15, 2013 A.D:
Docket #22, Pgs. 53, 54, 55, 63.   PM*

s/ Ben Beetham
Deputy Clerk

*Status of
credentials
unknown to Defendant.
(Please file in:
#2:14-CR-00027-NDF)*

28 U.S.C.

§ 951.  Oath of office of clerks and deputies

Each clerk of court and his deputies shall take the following oath or affirmation before entering upon their duties: "I, ----- ---- having been appointed ----, do solemnly swear (or affirm) that I will truly and faithfully enter and record all orders, decrees, judgments and proceedings of such court, and will faithfully and impartially discharge all other duties of my office according to the best of my abilities and understanding. So help me God."

(June 25, 1948, ch 646, 62 Stat. 925.)

Title 28, U.S. Code, revised, codified and enacted into positive law on same day.
Sec. 951 never subsequently amended! PM

See case law under 28 USCS 951, 28 USCA 951.

Please...
File in #2:14-CR-00027-NDF-2

"Public has a Right To DEMAND * that public officials perform all their duties faithfully."  63 AmJur 2d (Public Officers) [emphasis added]

* cf. NOTICE AND DEMAND cited on all other enclosed pages. PM     All Rights Reserved (cf. UCC 1-308)

USCS                                                    1

© 2014 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

(Please file in #2:14-CR-00027-NDF-2)          44202086

FEDERAL DETENTION CENTER
NAME: MODELESKI, M.P. (given name)
REG: 44202-086 UNIT: _____
P.O. BOX 13900
SEATTLE, WA. 98198-1090

EUGENE OR 974

16 JUN 2014 PM 2 L

In re:
#1:14-CR-00027-NDF-2

LEGAL MAIL

TO: Office of the Presiding Judge
District Court of the United States
2120 Capitol Avenue, Room 2131
Cheyenne 82001-3658
Wyoming, USA

All Rights Reserved
(cf. UCC 1-308)