OBJECTIONS TO PLAIN ERRORS IN "ORDER GRANTING MARK C. HARDEE'S MOTION TO WITHDRAW AND APPOINTING NEW COUNSEL". #2:14-CR-00027-NDF-2 (...)

TO: Office of Chief Judge (duly elected)
U.S. District Court
2120 Capitol Avenue, 2nd Floor
Cheyenne 82001-3658
Wyoming, USA

DATE: June 19, 2014 A.D.

"Repeating the same error and expecting a different result is the definition of 'insanity'."
— Unknown Author

At the hearing on 3/21/2014, the record clearly demonstrates that the Undersigned refused to yield, and continued to appear In Propria Persona i.e. personally under 28 U.S.C. 1654.

Mr. Hardee completely abandoned the Undersigned between 3/21/2014 and 6/3/2014: see NOTICE OF TERMINATION for partial proof of his gross negligence; and, additional proof of his gross negligence in the formal Complaint of attorney malpractice now pending at the Wyoming State Bar, Board of Professional Responsibility.

Let the record show that the Undersigned

- 1 of 3 -

did telephone Mr. Hardee on the Wednesday following 3/21/2014, and left a message with his assistant; but, Mr. Hardee failed to follow-up. The Undersigned's legal assistant also telephoned Mr. Hardee's office, but he reported that Hardee's assistant hung up on him. How very unprofessional!

A most egregious occurrence of abandonment was Hardee's total absence during all interviews conducted with a "forensic psychologist" during the Undersigned's second period of detention at FDC SeaTac. That period of detention lasted more than thirty (30) days; and, Mr. Hardee made absolutely no efforts to communicate with the Undersigned; he was never present even telephonically during interviews with the forensic psychologist.

Mr. Hardee has now been formally charged with violations of 18 U.S.C. 242 (misdemeanor), and 18 U.S.C. 241 (felony). See recent Docket entry entitled RELATOR'S FIFTH VERIFIED CRIMINAL COMPLAINT ON INFORMATION.

The Undersigned has never consented to legal representation by any licensed Bar-monopoly member. As fully explained in relevant case law under the Sixth Amendment and under 28 U.S.C. 1654, the Undersigned

has always exercised his fundamental Right to appear _In Propria Persona_ i.e. "personally" under 28 U.S.C. 1654 and _not_ "by counsel." In particular, the Undersigned thus enjoys a fundamental Right to "adequate technical assistance" of counsel, and currently has opted against legal representation until further notice. Mr. Freudenthal is woefully ignorant!

Accordingly, the Undersigned has _not_ changed his mind, and cannot accept, nor be forced to accept, legal representation by Mr. Terry Harris, or by anybody else.

The undersigned is willing to accept "adequate technical assistance" from licensed attorneys now doing business as Harris & Harris, P.C. See 28 USCS 1654.

Lastly, said "ORDER" dated 6/4/2014 stubbornly repeats the name "Stephan Harris" on Page 1 of 2, who has failed to produce any credentials for six (6) full years; and, the Parties are spelled in ALL CAPS, indicating "noms de guerre" in the French language (war names, in English): warring on State Citizens, like the Undersigned, is _treason_.

Respectfully submitted on 6/19/2014,

Signed: Paul Andrew Mitchell, B.A., M.S. (chosen name)
Relator In Propria Persona, 28 USC 1654
All Rights Reserved (cf. UCC 1-308)

-3 of 3-

— 3 of 3 —

INMATE NAME: Modeleski, M.P. (given name) #45396

SCOTTS BLUFF COUNTY DETENTION CENTER
PO Box 130
GERING, NE 69341-0130

SBCDC Disclaims Any Responsibility For
The Nature of the Content of this Correspondence

TO: Office of Chief Judge
U.S. District Court
2120 Capitol Ave., 2nd Floor
Cheyenne 82001-3658
Wyoming, USA
82001

LEGAL MAIL

Re: 2:14-CR-00027-NDF-2

All Rights Reserved
(cf. UCC 1-308)