FIRST SUPPLEMENT TO RELATOR'S FIFTH VERIFIED CRIMINAL COMPLAINT, ON INFORMATION:

Margin Notes:

Common Law; UDHR; ICCPR; 28 U.S.C. 530B, 547, 1746 (delegated essentials)

TO: Office of Presiding Judge
District Court of the United States ("DCUS")
2120 Capitol Ave., 2nd floor
Cheyenne 82001-3658
Wyoming, USA

RE: Arising Under Clause, Supremacy Clause

DATE: June 17, 2014 A.D.

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2014 JUN 23 PM 12:14
STEPHAN HARRIS, CLERK
CHEYENNE

Comes now the United States ex rel. Paul Andrew Mitchell, Citizen of Washington State and Private Attorney General, to supplement Relator's FIFTH VERIFIED CRIMINAL COMPLAINT by formally charging:

Mr. Holloway, FDC SeaTac R&D Counselor, with: defamation per se by falsely accusing the Undersigned of fraud, membership in some undefined "sovereign citizens" organization or association, and falsely imprisoning the Undersigned for correctly objecting to the absence of valid OMB control numbers on B.O.P. intake forms, and inflicting cruel, summary punishment by forcing the Undersigned into solitary confinement specifically for objecting to said intake forms;

44 USC 3512 (Public Protection)

– 2 of 5 –

Attorney Michael Reese, defense counsel for Mr. Joseph Ruben Hill, with:

cf. RRA98 — defamation per se by falsely accusing the Undersigned of maintaining a "strong anti-government ideology" and of participating in some "tax protester conspiracy" when Mr. Reese either knew, or should have known, that both accusations assume facts not in evidence and constitute malicious hearsay;

cf. USMS "files" — Unnamed personnel of the U.S. Marshals Service in Seattle, Washington, Cheyenne, Wyoming, and other destinations during the forty-two moves inflicted upon the Undersigned by said USMS personnel, with: defamation per se by falsely accusing the Undersigned of membership in some undefined "sovereign citizens" organization or association, of being a "SOVEREIGN CITIZEN LAWYER", and of being or having been an "EXTREMIST MONTANA FREEMAN ASSOCIATE", specifically by maintaining one or more such false and defamatory accusations in writing and in electronic records maintained at FDC SeaTac; Southern Nevada Detention Center; Washington County Justice Center in Akron, Colorado; and, the Scotts Bluff County Detention Center in Gering, Nebraska;

– 2 of 5 –   – 2 of 5 –

Unnamed inmates and personnel employed by FDC SeaTac with:
defamation per se by falsely accusing the Undersigned of being a "pedophile" and of "fitting the pedophile profile" [sic] upon assignment to Unit "DB" after returning to FDC SeaTac for a second "psychological evaluation" on or about April 10, 2014;

Cynthia A. Low, Katherine Skillestad Winans, L. Robert Murray and Christopher A. Crofts with:
defamation per se, and conspiring to slander and libel the Undersigned with malice aforethought, by falsely accusing the Undersigned of being "delusional" about various historical facts and events of which the Undersigned was a competent eyewitness commencing during the year 1990 A.D., when the same individuals either knew, or should have known, that "delusion" is variously defined to mean a "false belief that persists psychotically", and that none of said individuals were ever eyewitnesses to any of said historical facts and events;

Unnamed personnel employed by FDC SeaTac and the Washington County Justice Center in Akron, Colorado, with: theft of private property, legal research notes and related documentation and envelopes belonging to the Undersigned upon his second departure from FDC SeaTac, and upon his first departure from the Washington County Justice Center in Akron, Colorado; and,

2. Robert Murray and Christopher A. Crofts with: violating the McDade Act, 28 U.S.C. 530B, by fraud and willful misrepresentation by attempting legally to represent as a Proper Plaintiff (singular) the "UNITED STATES OF AMERICA" before the U.S. District Court ("USDC") in Cheyenne, Wyoming, when both either knew, or should have known, that said entity incorporated twice in Delaware, that both Delaware corporations were subsequently revoked by the Delaware Secretary of State, that 28 U.S.C. 547 does not confer any powers of attorney upon U.S. attorneys legally to represent said Plaintiff, and that the U.S. Supreme Court has already ruled, in U.S. v. Cooper Corporation, that the "United States" Federal government is not a corporation, notwithstanding

28 USC 547

28 USC 3002

## DEMAND FOR RETURN OF STOLEN PROPERTY

The Undersigned now demands the immediate return of all personal and private property confiscated by unnamed personnel employed by FDC SeaTac and the Washington County Justice Center, as properly charged above, including but not limited to all legal research notes, envelopes and related court pleadings and FOIA requests belonging to the Undersigned.

## VERIFICATION

I, Paul Andrew Mitchell, B.A., M.S., Citizen of Washington State and Private Attorney General on behalf of the United States ex rel., hereby verify under penalty of perjury, under the laws of the United States of America, without the "United States" (Federal government), that the above statement of facts and laws is true and correct, according to the best of my current information, knowledge and belief, so help me God, pursuant to

28 USC 1746 | 28 U.S.C. 1746(1). (See Supremacy Clause.)

DATED: June 17, 2014 A.D.

Signed: Paul Andrew Mitchell (chosen name)
Printed: Paul Andrew Mitchell, B.A., M.S.
28 USC 1654 |
18 USC 1964 | Relator In Propria Persona, 28 U.S.C. 1654;
Private Attorney General, 18 U.S.C. 1964
- 5 of 5 -
UCC 1-308 | All Rights Reserved (cf. UCC 1-308)



INMATE NAME: Modeleski, M.P. (given name)
SCOTTS BLUFF COUNTY DETENTION CENTER #45396
PO Box 130
GERING, NE 69341-0130

SBCDC Disclaims Any Responsibility For
The Nature of the Content of this Correspondence

Re:
2:14-cr-00027-NDF-2

All Rights Reserved
(cf. UCC 1-308)

LEGAL MAIL

TO: Office Clerk of Court
District Court of the United States
2120 Capitol Ave., 2nd Floor
Cheyenne, 82001-3658
Wyoming, USA
  82001

820013633

NORTH PLATTE NE 691
20 JUN 2014 PM 1 T