– 1 of 2 –

NOTICE OF WITHDRAWAL OF PLEA
#2:14-CR-00027-NDF-2 (USDC/DWY)

| Margin Notes: | |
|---|---|
| | TO: Office of Chief Judge (duly noticed) |
| | U.S. District Court (USDC) |
| | 2120 Capitol Ave., 2nd Floor |
| | Cheyenne 82001-3658 |
| | Wyoming, USA |

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2014 JUN 23 PM 12 13
STEPHAN HARRIS, CLERK
CHEYENNE

DATE: June 17, 2014 A.D.

Greetings Your Honor et al.:

Formal NOTICE is hereby provided to all whom it may concern that the Undersigned expressly withdraws the plea of "not guilty" as entered by Mr. Rankin at the "arraignment" in the instant case, for good reasons including but not limited to the following:

(1) the Undersigned has expressly challenged jurisdiction verbally and in writing several times, beginning 1/28/2014, and has been systematically denied timely hearings on his multiple challenges to jurisdiction in personam;   [margin: 1/28/2014]

(2) the Undersigned appeared at said "arraignment" In Propria Persona, under protest and by special appearance only, but stood at the podium alone and without any assistance of Counsel, in violation of the Sixth Amendment; see also 28 U.S.C. 1654 ("personally");   [margin: USC 1654]

(3) the absence of "adequate technical assistance" of counsel at said "arraignment" also had the

– 1 of 2 –