– COPY –

FREEDOM OF INFORMATION ACT REQUEST:
5 U.S.C. 552

TO: Disclosure Officer
U.S. Marshals Service
700 Stewart Street
Seattle 98101
Washington State, USA

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2014 JUN 23 PM 12 12
STEPHAN HARRIS, CLERK
CHEYENNE

DATE: 6/20/2014 A.D.

Please reply timely with true and correct copies of the following documents:

(1) valid U.S. Office of Personnel Management Standard Form 61 APPOINTMENT AFFIDAVITS for:

(a) Jeffrey Mans  (b) Brad Fink
(c) Ray Fleck  and (d) Deputy Wood,
all dba Deputy U.S. Marshals stationed at the above address (USDC/Seattle).

I hereby verify under penalty of perjury, under the laws of the United States of America, that I am the Proper Person making this proper FOIA Request: 28 U.S.C. 1746(1).

Sincerely yours,

Signed: Paul Andrew Mitchell (chosen name*)
Printed: Paul Andrew Mitchell, B.A., M.S.
UCC 1-308  All Rights Reserved (cf. UCC 1-308)

* see Doe v. Dunning, Wash. State Supreme Court
(re: right to change one's name)

Margin notes: #2:14-CR-00027-NDF-2 (USDC/Cheyenne, Wyoming); Please file and serve in: Thank you. PM; 28 USC 1746

– COPY –

FREEDOM OF INFORMATION ACT
REQUEST: 5 U.S.C. 552

TO: Disclosure Officer
Office of Information
U.S. Dept. of Justice
Washington, D.C. 20530-0001

DATE: 6/15/2014 A.D.

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2014 JUN 23 PM 12 12
STEPHAN HARRIS, CLERK
CHEYENNE

Please reply timely with <u>true and correct</u> copies of the following documents:

(1) valid U.S. Office of Personnel Management Standard Form 61 APPOINTMENT AFFIDAVITS;
(2) OATH OF OFFICE required by 28 U.S.C. 453;
(3) PRESIDENTIAL COMMISSION; and,
(4) SENATE CONFIRMATION, for:

* (a) Nancy D. Freudenthal dba
     U.S. District Judge, USDC/DWY (Wyoming)
* (b) Alan B. Johnson dba
     U.S. District Judge, USDC/DWY
* (c) Scott Scavdale dba
     U.S. District Judge, USDC/DWY

I hereby verify under penalty of perjury, under the laws of the United States of America, that I am the Proper Person making this proper FOIA Request: 28 USC 1746(1).

Sincerely yours,

Signed: Paul Andrew Mitchell (chosen name)
Printed: Paul Andrew Mitchell, B.A., M.S.
UCC 1-308  All Rights Reserved (cf. UCC 1-308)

[left margin: #2:14-CR-00027-NDF (USDC/Cheyenne, Wyoming); Please file and serve in; Thank you. PAM; 28 USC 1746; UCC 1-308]

INMATE NAME: Modeleski, M.P.C. given name

SCOTTS BLUFF COUNTY DETENTION CENTER #45396

PO Box 130
GERING, NE 69341-0130

*SBCDC Disclaims Any Responsibility For
The Nature of the Content of this Correspondence*

Re: #2:14-CR-00027-NDF-1

All Rights Reserved
(cf. UCC 1-308)

TO: Office Clerk of Court
District Court of the United States
2120 Capitol Ave., 2nd Floor
Cheyenne 82001-3658
Wyoming, USA
82001

LEGAL MAIL