– 1 of 3 –

FIRST SUPPLEMENT TO RELATOR'S FOURTH
VERIFIED CRIMINAL COMPLAINT AND INFORMATION
#2:14-CR-00027-NDF-2 (also cross-filed)

TO: Office of Presiding Judge
    District Court of the United States ("DCUS")
    2120 Capitol Ave., 2nd Floor
    Cheyenne 82001-3658
    Wyoming, USA

RE: report of thefts (2X),
18 U.S.C. 1001 (felony)

DATE: June 18, 2014 A.D.

FILED
U.S. DISTRICT COURT
DIST. OF WYOMING
2014 JUN 23 PM 12:12
STEPHAN HARRIS, CLERK
CHEYENNE

Margin Notes:

Greetings Your Honor et al.:

Comes now the United States ex rel. Paul Andrew Mitchell, Citizen of Washington State and Private Attorney General, to supplement RELATOR'S FOURTH VERIFIED CRIMINAL COMPLAINT ("VCC") and to provide formal NOTICE of same to all whom it may concern, as follows:

For any and all vacuum heads who may read this SUPPLEMENT at any time in the future, there is this thing called the "Internet"; and, the many occurrences of "private attorney general" cases can be easily browsed by using the GOOGLE search engine to find "United States ex rel." and/or "United States ex relatione". Now, that wasn't too difficult, was it? How many "hits", please?

google.com

Relator now specifically complains that said FOURTH VCC appears to have been stolen by personnel of the Washington County Justice Center in Akron, Colorado, while Relator was

– 1 of 3 –

– 1 of 3 –

briefly detained there en route to FDC SeaTac, for "a second psychological evaluation."

To the best of his recollection, said FOURTH VCC alleged one or more violations of

<small>18 USC 242</small> the Federal criminal statute at 18 U.S.C. 242 (deprivation of a Fundamental Right

<small>U.S. Const.</small> guaranteed by the U.S. Constitution; <u>misdemeanor</u>).

Relator's legal research and related documents were confiscated at Akron, and placed in a flat rate <u>Express</u> Mail box. Then, Relator is informed that the contents of that box were <u>removed</u>, and a <u>subset</u> of those contents was moved to a flat rate <u>Priority</u> U.S. Mail box, to minimize postage fees.

During the transfer of those contents, Relator suspects that jail staff at Akron, Colorado, corruptly <u>failed to transfer</u> the following:

<small>5 USC 552</small> (a) FOIA Request for credentials of personnel employed in the Office of the Federal Public Defender in Cheyenne, Wyoming;

(b) Request for Investigation by the Office of the Federal Public Defender in Cheyenne;

<small>See All Writs Statute</small> (c) MOTION FOR WRITS OF MANDAMUS to the

<small>opm.gov</small> U.S. Office of Personnel Management, and the

<small>omb.gov</small> U.S. Office of Management and Budget, both located in Washington, D.C.

<small>- 2 of 3 -</small> As such, items (a), (b), (c) and VCC4 are now <u>stolen</u>!

In a similar fashion, a 4-inch stack of Relator's legal research and related documents was likewise confiscated by "R&D" staff at FDC SeaTac, upon Relator's second departure from that BOP facility. Even though Relator witnessed said R&D staff place those documents in a cardboard shipping box and address it to Relator's legal assistant, the latter assistant has now confirmed that no such box was ever delivered to him, whether by USPS or some private courier. As such, that 4-inch stack of legal research and related documents is hereby reported as stolen too. See: FIRST SUPPLEMENT TO RELATOR'S FIFTH VCC (6/17/2014).

Respectfully submitted,

Signed: Paul Andrew Mitchell (chosen name)
Printed: Paul Andrew Mitchell, B.A., M.S.
28 USC 1654   Relator In Propria Persona*, 28 U.S.C. 1654
18 USC 1964   Private Attorney General, 18 U.S.C. 1964,
              Rotella v. Wood, 528 U.S. 549 (2000)
              (objectives of Civil RICO)
UCC 1-308     All Rights Reserved (cf. UCC 1-308)

* cf. "In Propria Persona", Black's Law Dictionary, 6th Ed.

INMATE NAME: Modeleski, M.P. (given name) #45396
SCOTTS BLUFF COUNTY DETENTION CENTER
PO Box 130
GERING, NE 69341-0130

NORTH PLATTE NE 691
20 JUN 2014 PM 1 L

*SBCDC Disclaims Any Responsibility For*
*The Nature of the Content of this Correspondence*

TO: LEGAL MAIL
Office Clerk of Court
District Court of the United States
2120 Capitol Ave., 2nd Floor
Cheyenne 82001-3658
Wyoming, USA 82001

Re:
#2:14-CR-00027-NDF-2

All Rights Reserved
(cf. UCC 1-308)