1 of 4

SUPPLEMENTAL AFFIDAVIT OF MOVES
#29 THRU #42

Case No.: #2:14-CR-00027-NDF-2 (USDC/DWY)

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2014 JUN 26 PM 12:55
STEPHAN HARRIS, CLERK
CHEYENNE

TO: Office of Presiding Judge (duly credentialed)
District Court of the United States
2120 Capitol Ave., 2nd Floor
Cheyenne 82001
Wyoming, USA

DATE: June 23, 2014 A.D.

Comes now the Undersigned, under protest and In Propria Persona, to testify concerning the following MOVES #29 THRU #42, and to supplement his previous AFFIDAVIT concerning MOVES #1 THRU #28, itemized as follows:

| MOVE # | DESTINATION (mode) |
|---|---|
| 29 | to Boeing Field, Seattle (van) |
| 30 | to Las Vegas, Nevada (plane) |
| 31 | to Southern Nevada Detention Center (bus) |
| 32 | to Las Vegas, Nevada (bus) |
| 33 | to Phoenix, Arizona (plane) |
| 34 | to OKC Transfer Center (plane) |
| 35 | to Grady County Jail (bus) |
| 36 | to OKC Transfer Center (bus) |
| 37 | to Pueblo, Colorado (plane) |
| 38 | to Akron, Colorado (van) |
| 39 | to Cheyenne, Wyoming (van) |
| 40 | to Gering, Nebraska (van) |
| 41 | to Cheyenne, Wyoming (van) |
| 42 | to Gering, Nebraska (van) |

-1 of 4-

During several of said forty-two (42) moves beginning January 28, 2014, the Undersigned's personal property and private legal research and related documents were confiscated. This happened upon departures from FDC SeaTac; from the Scotts Bluff County Detention Center in Gering, Nebraska; from the Washington County Justice Center in Akron, Colorado; and, from the Grady County Jail in Chickasha, Oklahoma.

At least four, possibly five documents enclosed in #10 business-size envelopes turned up missing from items confiscated by Sheriffs at Akron, Colorado, after the remaining items were mailed to the Undersigned's legal assistant.

His legal assistant also reported a long delay of several weeks before receiving a box shipped from FDC SeaTac, with more legal research and related documents assembled by the Undersigned during his second period of detention there. An inventory of the latter items is not possible until all contents of the latter box are forwarded to the Undersigned.

The Undersigned believes sincerely that all 42 MOVES to date, and repeated confiscation of his private property and legal research documents were deliberately inflicted to cause cruel, summary punishment; to deprive access to adequate

law library resources and adequate technical assistance of counsel; to obstruct and impede communication with his legal assistant; and, to obstruct the delivery of correspondence and related LEGAL MAIL via U.S. Mail due to a deliberate lack of postage stamps, paper, envelopes, pens and pencils (read "indigence").

Obstruction of correspondence transmitted via U.S. Mail is a felony violation of 18 USC 1702.

The Undersigned therefore believes that all the above constitute probable causes of multiple violations of the Federal criminal statutes at 18 U.S.C. 241 and 242, at a minimum and as already alleged in RELATOR'S FIFTH VERIFIED CRIMINAL COMPLAINT, ON INFORMATION, now filed and served in the instant case.

The Undersigned also believes that all the above were inflicted in criminal retaliation for the discovery, by the Undersigned, of missing and/or defective (counterfeit) credentials for Stephan Harris, Zachary Fisher, Tammy Hilliker, Christopher A. Crofts, L. Robert Murray, William M. McCool, James P. Donohue, Brian Tsuchida and numerous other personnel employed by the United States Judiciary, U.S. Department of Justice, and IRS personnel James Marry and Dave Guest, all in violation of 18 U.S.C. 1513 and 1519.

## VERIFICATION

I, Paul Andrew Mitchell, B.A., M.S., hereby verify, under penalty of perjury, under the laws of the United States of America, without (outside) the United States (federal government), that the above statement of facts and laws is true and correct, according to the best of my current information, knowledge and belief, so help me God, pursuant to 28 U.S.C. 1746(1).

Dated: June 23, 2014 A.D.

Signed: Paul Andrew Mitchell (chosen name*)
Printed: Paul Andrew Mitchell, B.A., M.S.
Citizen of Washington State,
Relator In Propria Persona, 28 U.S.C. 1654,
Private Attorney General, 18 U.S.C. 1964,
  Rotella v. Wood, 528 U.S. 549 (2000)
     (objectives of Civil RICO)
All Rights Reserved (cf. UCC 1-308)

* See Doe v. Dunning (Washington State Supreme Court re: right to change one's name; common-law, fundamental Right)

INMATE NAME: Modeleski, M.P. (chosen name)
SCOTTS BLUFF COUNTY DETENTION CENTER  #45396
PO BOX 130
GERING, NE 69341-0130

*SBCDC Disclaims Any Responsibility For*
*The Nature of the Content of this Correspondence*

Re:
#2:14-CR-00027-NDF-2
All Rights Reserved
cf. UCC 1-308)

NORTH PLATTE NE 691   24 JUN 2014 PM 1 T

TO: Office of Presiding Judge
District Court of the United States ("DCUS")
2120 Capitol Ave, 2nd Floor
Cheyenne 82001-3658
Wyoming USA
       82001

82001$3633