Please file UNDER PROTEST
in:
#2:14-CR-00027-NDF-2

Thank you.

PM

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2014 JUN 30 PM 2 28
STEPHAN HARRIS, CLERK
CHEYENNE

INMATE NAME: MODELESKI, M.P. (given name)
SCOTTS BLUFF COUNTY DETENTION CENTER  d# 45396
PO Box 130
GERING, NE 69341-0130

*SBCDC Disclaims Any Responsibility For
The Nature of the Content of this Correspondence*

NORTH PLATTE NE 691
13 JUN 2014 PM 1 T

TO: Disclosure Officer

Freedom of
Information
Act Request

(All Rights Reserved
c.f. UCC 1-308)

UNKNOWN

NIXIE      980   5C  1       0006/17/14

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 69341013030    *2439-22260-13-41

Not at Fede[ral]
NOT AUTH[orized]
Inmate to I[...]
✓ Cannot Ide[ntify]
Book and [...]

INMATE NAME: Modeleski, M.P. (given name) #45396
SCOTTS BLUFF COUNTY DETENTION CENTER
PO BOX 130
GERING, NE 69341-0130

*SBCDC Disclaims Any Responsibility For
The Nature of the Content of this Correspondence*

Re:
#2:14-CR-00027-NDF-2

LEGAL MAIL
Office of Presiding Judge

TO:
District Court of the United States ("USDC")
2120 Capitol Avenue 2nd Floor
Cheyenne 82001-3658
Wyoming, USA 82001

All Rights Reserved
(cf. UCC 1-308)