FIRST SUPPLEMENT TO SECOND AFFIDAVIT
OF PROBABLE CAUSE: 28 U.S.C. 544, 1746(1)
#2:14-CR-00027-NDF-2 (USDC Wyo.)

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2014 JUN 30 PM 2:28
STEPHAN HARRIS, CLERK
CHEYENNE

TO: Office of Presiding Judge (duly credentialed)
U.S. District Court
2120 Capitol Avenue, 2nd Floor
Cheyenne 82001-3658
Wyoming, USA

DATE: June 24, 2014 A.D.

The Undersigned hereby supplements his SECOND AFFIDAVIT OF PROBABLE CAUSE (2/7/2014), his PETITION FOR HABEAS CORPUS RELIEF (1/29/2014), and his NOTICE OF DEFAULT, BY AFFIDAVIT (2/13/2014), with the following factual corrections:

After a very long and unexplained delay spanning several months, two (2) U.S. OPM Standard Form 61 APPOINTMENT AFFIDAVITS ["SF-61"] for one Larry Robert Murray were delivered to the Undersigned via U.S. Mail; one is dated July 10, 1995, and the other is dated November 22, 1995. Both appear to display a valid OMB control number #50-R0118, and a paragraph citing 5 U.S.C. 2903 (Authority to administer).

Both were produced in response to the Undersigned's FOIA Request, dated October 11, 2012 A.D., for three (3) credentials required of Mr. Murray supra, to wit:

1. APPOINTMENT AFFIDAVITS required by 5 U.S.C. 3331, 3332, and 3333;
2. OATH OF OFFICE required by 28 U.S.C. 544; and,
3. APPOINTMENT LETTER conferring power of attorney legally to represent either the "United States of America" or the "UNITED STATES OF AMERICA" in federal courts.

In point of fact, items 2. and 3. above have not been produced, even after the Undersigned brought the missing APPOINTMENT LETTER to the attention of Mr. Sean R. O'Neill, in DOJ's Office of Information Policy at Washington, D.C., via letter dated April 30, 2013 A.D. — more than one year ago (copy enclosed). [enclosed]

At no time have the second OATHs required by 28 U.S.C. 544 been produced for Messrs. L. Robert Murray and Christopher A. Crofts, in response to the Undersigned's proper FOIA Requests for said OATHs. See U.S. v. Pignatiello, 582 F.Supp. 251 (1984); and, 28 U.S.C.S. 544 (LexisNexis edition).

Respectfully submitted,

Signed: Paul Andrew Mitchell  (chosen name)
Printed: Paul Andrew Mitchell, B.A., M.S.
Relator In Propria Persona, 28 U.S.C. 1654;
Citizen of Washington State, Pannill v. Roanoke;
Private Attorney General, 18 U.S.C. 1964,
Rotella v. Wood, 528 U.S. 549 (2000)
(objectives of Civil RICO); All Rights Reserved

NOTICE OF ERRORS BY OMISSION

TO:      Mr. Sean R. O'Neill, Chief
Administrative Appeals Staff
Office of Information Policy
U.S. Department of Justice
1425 New York Avenue, N.W., Suite 11050
Washington 20530-0001
District of Columbia, USA

–COPY–

FROM:    Paul Andrew Mitchell, B.A., M.S.
Private Attorney General, 18 U.S.C. 1964(a)

DATE:    April 30, 2013 *A.D.*

SUBJECT: FOIA Request for credentials of Mr. Larry Robert Murray


Greetings Mr. O'Neill:

Thank you for your professional letter dated April 22, 2013.

Thank you also for not spelling my name in ALL CAPS (read "*nom de guerre*").

If you will kindly review my original FOIA Request (copy is attached), I believe you will confirm that I have not received the credentials requested at Item 3:

> **APPOINTMENT LETTER appointing L. Robert Murray to the position of Assistant United States Attorney and delegating power of attorney to L. Robert Murray legally to represent either the United States of America [*sic*] or the UNITED STATES OF AMERICA [*sic*] in federal courts.**

For your information, my office has done what we believe is proper due diligence, whenever clients have requested me to document the correct legal meanings of the two (2) phrases "United States of America" and "UNITED STATES OF AMERICA" (latter in ALL CAPS).

Without belaboring the results of that due diligence <u>in this Notice</u>, I've attached written materials which address that particular question in quite some detail. I now incorporate all attached documents by reference, as if set forth fully here.

As such, we are forced to conclude that your office is now IN DEFAULT concerning my original FOIA Request, by failing to produce any documentation that satisfies Item 3 *supra*.


Thank you for your professional consideration.

— COPY —

Sincerely yours,

/s/ Paul Andrew Mitchell

Paul Andrew Mitchell, B.A., M.S.
Private Attorney General, 18 U.S.C. 1964(a)
http://www.supremelaw.org/decs/agency/private.attorney.general.htm
Criminal Investigator and Federal Witness: 18 U.S.C. 1510, 1512-13

Attachments:  documentation *in re:* "USA" and its several variations

INMATE NAME: Modeleski, M.P. (given name)
SCOTTS BLUFF COUNTY DETENTION CENTER #45396
PO BOX 130
GERING, NE 69341-0130

NORTH PLATTE NE 691
27 JUN 2014 PM 1 T

*SBCDC Disclaims Any Responsibility For*
*The Nature of the Content of this Correspondence*

LEGAL MAIL

TO: Office of Presiding Judge
U.S. District Court
2120 Capitol Ave., 2nd Floor
Cheyenne 82001-3658
Wyoming, USA

82001

Re: #2:14-CR-00027-NDF-2

All Rights Reserved
(cf. Ucc 1-308)

82001＄3658