NOTICE AND DEMAND FOR IMMEDIATE
SERVICE OF DOCKET ENTRIES
#2:14-CR-00027-NDF-2 (USDC/DWY)

TO: Office of Chief Judge (duly credentialed)
U.S. District Court
2120 Capitol Avenue, 2nd Floor
Cheyenne 82001-3658
Wyoming, USA

DATE: July 1, 2014 A.D.

FILED U.S. DISTRICT COURT DISTRICT OF WYOMING
2014 JUL 7 PM 12:30
STEPHAN HARRIS, CLERK
CHEYENNE

Formal DEMAND is hereby made of all responsible personnel to serve the Undersigned with true and correct printed hard copies: of all Docket entries filed subsequently to #55 on 03/20/2014, and of the corresponding "CEO Docket sheet" also identified as: "file://C:\CEO1\dktsheet\f2-14-cr-00027-NDF-2.htm"

The only Docket sheet currently in the possession of the Undersigned was printed on 3/21/2014, and ends with Docket entry #55 on 03/20/2014. The Undersigned declines to speculate here about any of the causes for this ridiculous situation. The mere fact that more than 3 MONTHS have now elapsed since 3/21/2014 strongly implies that the same responsible personnel have infringed this Party's right to appear "personally" under 28 U.S.C. 1654.

## — NOTICE OF DEADLINE —

The Docket entries and Docket sheet subsequent to #55 on 03/20/2014 must be delivered to the Undersigned no later than 5:00 PM on Wednesday, July 9, 2014 A.D., at the following location:

> Inmate #45396 (Modeleski, M.P. given name)
> c/o SBCDC
> P.O. Box 130
> Gering 69341-0130
> Nebraska, USA

Thank you for your timely cooperation and professional consideration.

Sincerely yours,

Signed: Paul Andrew Mitchell (chosen name*)
Printed: Paul Andrew Mitchell, B.A., M.S.
Citizen of Washington State, Pannill v. Roanoke;
Private Attorney General, 18 U.S.C. 1964,
   Rotella v. Wood, 528 U.S. 549 (2000)
   (objectives of Civil RICO)
All Rights Reserved (cf. UCC 1-308)

* See Doe v. Dunning, 87 Wn.2d 50, 549 P.2d 1 (1976) (re: fundamental law, and basic common law principle, to change one's name)

INMATE NAME: Modeleski, M.P. (given name) #45396
SCOTTS BLUFF COUNTY DETENTION CENTER
PO BOX 130
GERING, NE 69341-0130

*SBCDC Disclaims Any Responsibility For
The Nature of the Content of this Correspondence*

TO: Office of Chief Judge
U.S. District Court
2120 Capitol Ave., 2nd Floor
Cheyenne 82001-3658
Wyoming, USA
                        82001

LEGAL MAIL

Re:
#2:14-CR-00027-NDF-2

All Rights Reserved
(cf. UCC 1-308)

NORTH PLATTE NE 691
02 JUL 2014 PM 1 T

Equality FOREVER USA

82001$3633