—1—

FIRST SUPPLEMENT TO FOIA REQUEST
ENTERED AS DOCKET #108 ON 06/23/2014
#2:14-CR-00027-NDF-2 (USDC/DWY)

TO: Office of Chief Judge (duly credentialed)
U.S. District Court
2120 Capitol Avenue, 2nd Floor
Cheyenne 82001-3658
Wyoming, USA

DATE: July 1, 2014 A.D.

Comes now the United States ex rel. Paul Andrew Mitchell, Private Attorney General, to file and serve its FIRST SUPPLEMENT to Relator's FOIA Request now entered as Docket #108 on 06/23/2014.

The attached NOTICE AND DEMAND FOR PRODUCTION OF DOCUMENTS, addressed to one Nancy Dell Freudenthal and dated Jan. 7, 2013 A.D., is hereby incorporated by Reference as if set forth fully here.

A word processing error resulted in incorrect pagination, and truncation of the text line beginning "All Rights Reserved"; for this reason, two (2) copies of same are attached.

The requested credentials — APPOINTMENT AFFIDAVITS and OATH OF OFFICE — were not timely produced, even to this date (7/1/2014).

—1 of 2—

- 2 -

Respectfully submitted,
Paul Andrew Mitchell (chosen name)
Paul Andrew Mitchell, B.A., M.S.
Citizen of Washington State,
Private Attorney General, 18 U.S.C. 1964,
Rotella v. Wood, 528 U.S. 549 (2000)

TO:     Nancy Dell Freudenthal
        c/o United States District Court
        2120 Capitol Avenue, 2nd Floor
        Cheyenne 82001-3658
        WYOMING, USA

*IN DEFAULT* — PM

FROM:   Paul Andrew Mitchell, B.A., M.S.
        Private Attorney General, 18 U.S.C. 1964, <u>Rotella v. Wood</u>
        c/o Lake Union Mail
        117 East Louisa Street
        Seattle 98102-3203
        WASHINGTON STATE, USA

DATE:   January 7, 2013 *A.D.*

SUBJECT: credentials required by 5 U.S.C. §§ 2906, 3331; 28 U.S.C. 453

Greetings Nancy Dell Freudenthal:

*COPY*

The federal statute at 5 U.S.C. 2906 reads as follows:

> The oath of office taken by an individual under section 3331 of this title <u>shall be delivered by him to, and preserved by,</u> the House of Congress, agency, or <u>court</u> to which the office

pertains.

[emphasis added]

As of October 1, 2004 A.D., a proper SUBPOENA IN A CIVIL CASE was overdue for your OATH OF OFFICE and APPOINTMENT AFFIDAVITS.

We now infer that 28 U.S.C. 453 (re: Oath) and § 2906 supra result in rendering you a material witness to either the existence, or absence, of the OPM Standard Form 61 APPOINTMENT AFFIDAVITS mandated by the federal statute at 5 U.S.C. 3331 and the OATH OF OFFICE mandated by the federal statute at 28 U.S.C. 453.

### DEMAND FOR SPECIFIC PERFORMANCE AND DEADLINE

Accordingly, formal DEMAND is hereby made of you to locate, photocopy and deliver a true and correct copy of your APPOINTMENT AFFIDAVITS and OATH OF OFFICE supra to the mailing location shown above no later than **5:00 p.m. on Monday, January 14, 2013 A.D.** (7 calendar days hence). Beyond that reasonable deadline, your silence will activate estoppel pursuant to Carmine v. Bowen, and it will also constitute fraud pursuant to U.S. v. Tweel. See also 18 U.S.C. 912, 1341, 1961 et seq.

COPY

Thank you for your timely professional cooperation.


Sincerely yours,

/s/ Paul Andrew Mitchell  PM

Paul Andrew Mitchell, B.A., M.S.
Private Attorney General, 18 U.S.C. 1964, Rotella v. Wood
**All Rights Reserved without Prej**


### NOTICE AND DEMAND FOR PRODUCTION OF DOCUMENTS

TO: Nancy Dell Freudenthal
c/o United States District Court
2120 Capitol Avenue, 2nd Floor
Cheyenne 82001-3658
WYOMING, USA

*IN DEFAULT*

PM

```
FROM:    Paul Andrew Mitchell, B.A., M.S.
         Private Attorney General, 18 U.S.C. 1964, Rotella v. Wood
    c/o Lake Union Mail
         117 East Louisa Street
         Seattle 98102-3203
         WASHINGTON STATE, USA

DATE:    January 7, 2013 A.D.

SUBJECT: credentials required by 5 U.S.C. §§ 2906, 3331; 28 U.S.C. 453
```

Greetings Nancy Dell Freudenthal:

The federal statute at 5 U.S.C. 2906 reads as follows:

> The oath of office taken by an individual under section 3331 of this title <u>shall be delivered by him to, and preserved by,</u> the House of Congress, agency, or <u>court</u> to which the office pertains.
>
>                                                  [emphasis added]

As of October 1, 2004 A.D., a proper SUBPOENA IN A CIVIL CASE was overdue for your OATH OF OFFICE and APPOINTMENT AFFIDAVITS.

We now infer that 28 U.S.C. 453 (*re:* Oath) and § 2906 *supra* result in rendering you a <u>material witness</u> to either the existence, or absence, of the OPM Standard Form 61 APPOINTMENT AFFIDAVITS mandated by the federal statute at 5 U.S.C. 3331 and the OATH OF OFFICE mandated by the federal statute at 28 U.S.C. 453.

### DEMAND FOR SPECIFIC PERFORMANCE AND DEADLINE

Accordingly, formal DEMAND is hereby made of you to locate, photocopy and deliver a true and correct copy of your APPOINTMENT AFFIDAVITS <u>and</u> OATH OF OFFICE *supra* to the mailing location shown above no later than **5:00 p.m. on Monday, January 14, 2013 A.D.** (7 calendar days hence). Beyond that reasonable deadline, your silence will activate estoppel pursuant to <u>Carmine v. Bowen</u>, and it will also constitute fraud pursuant to <u>U.S. v. Tweel</u>. See also 18 U.S.C. 912, 1341, 1961 *et seq.*

Thank you for your timely professional cooperation.

Sincerely yours,

/s/ Paul Andrew Mitchell

Paul Andrew Mitchell, B.A., M.S.
Private Attorney General, 18 U.S.C. 1964, <u>Rotella v. Wood</u>
**All Rights Reserved without Prejudice** (cf. UCC 1-308

[Quoted text hidden]

COPY

INMATE NAME: Modeleski, M.P. (given name Mark) #45396
SCOTTS BLUFF COUNTY DETENTION CENTER
PO Box 130
GERING, NE 69341-0130

SBCDC Disclaims Any Responsibility For
The Nature of the Content of this Correspondence

NORTH PLATTE NE 691
07 JUL 2014 PM 1 T

Re: Conflict of Interest
in: #2:14-cr-00027-NDF-2

To: Office of Chief Judge
LEGAL MAIL
U.S. District Court
2120 Capitol Avenue, 2nd Floor
Cheyenne 82001-3658
Wyoming, USA 82001
(ct. Jct-305)
All Rights Reserved

8200133658