NOTICE AND DEMAND FOR PRODUCTION
OF DOCUMENTS: 5 U.S.C. 2906, 3331, 3332, 3333, 5507
#2: 14-CR-00027-NDF-2 (USDC/DWY)

TO: Kellie Erickson dba Deputy Clerk
℅ U.S. District Court
    2120 Capitol Ave., 2ᵈ Floor
    Cheyenne 82001-3658
    Wyoming, USA

DATE: July 3, 2014 A.D.

RE: NOTICE, Docket #96, Filed 06/13/2014

Greetings Kellie Erickson:

The Federal statute at 5 U.S.C. 2906 rendered
you a material witness to the existence, or absence,
of the OPM SF-61 APPOINTMENT AFFIDAVITS, which
must be delivered by you to the court.

Demand is hereby made of you to place a
true, correct copy of your SF-61 into the docket
record shown above no later than 5:00
PM on July 9, 2014 A.D., and to ensure that
said SF-61 is also served on the Undersigned
by the same deadline.

For authority, see 63C Am Jur 2d (Public
Officers and Employees) re: right to demand.

Respectfully submitted under protest,
Paul Andrew Mitchell, B.A., M.S.
Citizen of Washington State, Pannill v. Roanoke;
Relator In Propria Persona, 28 U.S.C. 1654;
Private Attorney General, 18 U.S.C. 1964,
    Rotella v. Wood, 528 U.S. 549 (2000); cf UCC 1-308

INMATE NAME: Modeleski, M. P. (given name)

SCOTTS BLUFF COUNTY DETENTION CENTER #45396

PO BOX 130

GERING, NE 69341-0130

*SBCDC Disclaims Any Responsibility For*
*The Nature of the Content of this Correspondence*

NORTH PLATTE NE 691

07 JUL 2014 PM  1 T

TO: Office of chief judge (duly accredited)

U.S. District Court

2120 Capitol Ave., 2nd Floor

Cheyenne 82001-3658

Wyoming, USA

82001

82001%3658

Re:

#2:14-CR-00027-NDF-2

All Rights Reserved
(cf. UCC 1-305)