NOTICE AND DEMAND FOR MANDATORY
JUDICIAL NOTICE: Art. VI, Clause 3, U.S. Const.;
5 U.S.C. 2906, 3331; 28 U.S.C. 951; FREV 201(c)(2)
#2:14-CR-00027-NDF-2 (USDC/DWY)


TO: Office of Presiding Judge (duly credentialed)
District Court of the United States ("DCUS")
2120 Capitol Ave., 2nd Floor
Cheyenne 82001-3658
Wyoming, USA

DATE: July 3, 2014 A.D.


In pari materia with Rule 201(c) in the Federal
Rules of Evidence, formal DEMAND is hereby
made of this honorable DCUS to take mandatory
judicial notice of all Federal court records
currently in the legal custody of the Office of
Clerk of Court, U.S. District Court, District
of Wyoming, all locations, with particular
emphasis on the U.S. Office of Personnel
Management Standard Form 61 APPOINTMENT
AFFIDAVITS, required by 5 U.S.C. 2906 to be
delivered to the court to which the offices
of U.S. District Judge, U.S. Magistrate
Judge, Clerk of Court and Deputy Clerk
of Court pertain, pursuant to 5 U.S.C. 2104,
2903, 2906, 3331, 3332, 3333, 5507, and
Article VI, clause 3 in the Constitution for
the United States of America, as lawfully amended
("U.S. Constitution").    — 1 of 4 —

"SF-61"

— 1 of 4 —

## OBJECTION RE: DOCUMENTED
## CONFLICTS OF INTEREST

Messrs. Alan B. Johnson, Kelly H. Rankin and Ms. Nancy D. Freudenthal are per force disqualified from ever ruling on, or otherwise attempting to "DENY", the above DEMAND, for reasons including but not limited to the following, evidencing conflicts of interest:

(1) mandatory notice leaves no discretion on the part of this Court: compare Rule 201(c)(1);

(2) the existence of valid SF-61 credentials for all the above now assumes facts not in evidence;

(3) all the above are now IN DEFAULT by failing timely to produce valid SF-61 credentials in response to lawful requests for same (see all Docket entries);

(4) the blanket FOIA exemption for the entire Judiciary at 5 U.S.C. 551 is unconstitutional for violating Article VI, clause 3, in the U.S. Constitution supra;

(5) "Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." Miranda v. Arizona, 5 U.S.C. 551;

(6) "Stare decisis" means that no one should be punished for relying upon standing decisions of the U.S. Supreme Court." U.S. v. Mason

(7) violations of the Undersigned's Petition Clause
Rights have already been properly alleged,
and verified, in multiple VERIFIED
CRIMINAL COMPLAINTS, ON INFORMATION;

(8) the Petition Clause guarantees Rights
conservative of all other Rights: U.S. Supreme
Court (cites omitted);

(9) pleadings to Federal and State Courts
are petitions to government for redress
of grievances, as the latter term occurs
in the Petition Clause, First Amendment;

(10) the Undersigned has already suffered
deliberate, and premeditated, obstruction
of Petitions for Habeas Corpus relief, FOIA
enforcement, Civil RICO remedies, and
rights of action under 42 U.S.C. 1985-1986:
see Martinez v. Winner, 771 F.2d 424
(10th Cir. 1985) re: declaratory and injunc-
tive relief, no immunity;

(11) the Undersigned's common law rights to
his good name and reputation have
also been violated with malice afore-
thought, which rights are also expressly
guaranteed by two (2) Human Rights
Treaties elevated to the status of supreme
law by the Supremacy Clause in the
U.S. Constitution i.e. supreme law in
Wyoming, Nebraska, and Washington State;
and,

(12) the Undersigned's DEMAND TO CEASE AND
DESIST, Docket #101 entered 06/17/2014, has
been ignored by continuing acts of
defamation, malicious prosecution,
attempted extortion e.g. forced medication,
and false incarceration, all in violation
of 18 U.S.C. 241, 242, 1513, 1519, 1951 and 1962(d).

— VERIFICATION —

I, Paul Andrew Mitchell, Sui Juris, hereby
verify under penalty of perjury, under the laws
of the United States of America, without
(outside) the "United States" (federal govern-
ment), that the above statement of facts and
laws is true and correct, according to the
best of my current information, knowledge
and belief, so help me God, pursuant to
28 U.S.C. 1746(1).


Dated: July 3, 2014 A.D.

Respectfully demanded,

Signed: Paul Andrew Mitchell (chosen name)

Printed: Paul Andrew Mitchell, B.A., M.S.

Citizen of Washington State, Pannill v. Roanoke;
Relator In Propria Persona, 28 U.S.C. 1654;
Private Attorney General, 18 U.S.C. 1964(a),
Rotella v. Wood, 528 U.S. 549 (2000)
(objectives of Civil RICO)

— 4 of 4 — All Rights Reserved (cf. UCC 1-308)

INMATE NAME: Mobeleski, M.R. (given name only)

SCOTTS BLUFF COUNTY DETENTION CENTER  #45396

PO BOX 130

GERING, NE 69341-0130

*SBCDC Disclaims Any Responsibility For*
*The Nature of the Content of this Correspondence*

Re:

#2:14-CR-00027-NDF-2

All Rights Reserved
(c.f. UCC 1-308)

82001=3633

NORTH PLATTE NE 691

07 JUL 2014 PM 1 L

LEGAL MAIL

TO: Office of Presiding Judge
District Court if file United States ("USDCUS")
2120 Capitol Ave, 2nd Floor
Cheyenne 82001-3658
Wyoming, USA

82001