# CIVIL MINUTE SHEET
# STATUS CONFERENCE

☐ This minute sheet also contains a Minute Order
☐ Telephonic

Date: 07/10/14

Time: 10:03a-11:54a; 1:16p-2:53p; 3:18p-3:45p

Case No.: 14-CR-27-2F

UNITED STATES OF AMERICA  VS  MITCHELL PAUL MODELESKI

| Nancy D. Freudenthal | Abby Logan | Jan Davis | Brandi Monger |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s): L. Robert Murray

Attorney(s) for Defendant(s): Terry Harris

Other

COMPETENCY HEARING
(Motion by Terry Harris to make this hearing closed to the public and such is granted by the Court.)

10:06 a.m. Government calls Dr. Cynthia Low via video conference. Direct examination of Dr. Low by Bob Murray for the Government.
10:26 a.m. Cross examination of Dr. Low by Terry Harris for the Defendant.
11:09 a.m. No re-direct examination of Dr. Low by Bob Murray for the Government and no additional witnesses.
11:11 a.m. Terry Harris agrees that Dr. Low can be dismissed at this time and she is dismissed (video ended).
11:12 a.m. Terry Harris calls Paul Mitchell. He swears himself. Direct examination of Paul Mitchell by Terry Harris. Defense Exhibit A used (Dr. Low report) but not offered or admitted.
11:54 a.m. Court recessed for lunch.
1:16 p.m. Court resumes. Direct examination of Modeleski by Terry Harris continues.
2:53 p.m. No cross by Bob Murray for the Government. Defense rests. Court recessed for break.
3:18 p.m. Court resumes. Judge issues ruling - defendant ordered to undertake formal competency restoration procedures at a federal medical facility. Status Conference set for 11/10/14 at 1:30 p.m. Written Order to follow.
3:45 p.m. Court recessed.