FREEDOM OF INFORMATION ACT
REQUEST: 5 U.S.C. 552
#2:14-CR-00027-NDF-2 (USDC/DWY)

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2014 JUL 14 PM 12 38
STEPHAN HARRIS, CLERK
CHEYENNE

TO: Disclosure Officer
Office of the U.S. Attorney
P.O. Box 668
Cheyenne 82003-0668
Wyoming, USA

DATE: July 3, 2014 A.D.

Greetings Disclosure Officer:

This is a request under 5 U.S.C. 552 for true and correct copies of the following documents required of one Lisa Leschuck dba Assistant U.S. Attorney (see Docket #71, 04/08/2014):

(1) OPM SF-61 APPOINTMENT AFFIDAVITS required by 5 U.S.C. 2903, 2906, 3331, 3332, 3333;
(2) OATH OF OFFICE required by 28 U.S.C. 544; and,
(3) APPOINTMENT LETTER delegating power of attorney legally to represent either the "UNITED STATES OF AMERICA" or the "United States of America" in federal courts.

I hereby verify under penalty of perjury, under the laws of the United States of America, that I am the proper Person making this request.

Respectfully submitted,
Paul Andrew Mitchell (chosen name)
Relator In Propria Persona, 28 U.S.C. 1654,
Private Attorney General, 18 U.S.C. 1964
All Rights Reserved (cf. UCC 1-308)

2:14-cr-00027-NDF   Document 126   Filed 07/14/14   Page

INMATE NAME: Modeleski, M.P. (given name)
SCOTTS BLUFF COUNTY DETENTION CENTER
PO BOX 130
GERING, NE 69341-0130

#45396

SBCDC Disclaims Any Responsibility For The Nature of the Content of this Correspondence

Freedom of Information
Act Request
Re:
2:14-cr-00027-NDF-2

All Rights Reserved
(c.f. UCC 1-308)

TO: Office of Chief Judge
U.S. District Court
2120 Capitol Avenue (not floor)
Cheyenne 82001-3658
Wyoming, USA 82001

→ Sent to incorrect address!

LEGAL MAIL

07 JUL 2014 PM 1 T
NORTH PLATTE NE 691

8200135016