

**FILED**

*1:44 pm, 7/15/14*
**Stephan Harris
Clerk of Court**

# United States District Court
## For The District of Wyoming

UNITED STATE OF AMERICA,

                              Plaintiff,         **NOTICE**

vs.

MITCHELL PAUL MODELESKI,       Case Number: 14-CR-27-2F

                            Defendant.

TYPE OF CASE:

                            **Criminal**

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

| PLACE | BEFORE |
|---|---|
| J.C. O'Mahoney Federal Building<br>2120 Capitol Avenue<br>Cheyenne, WY 82001<br>Courtroom #1 | Nancy D. Freudenthal,<br>United States District Judge |
| | DATE AND TIME<br>November 10, 2014 at 1:30 p.m. |

TYPE OF PROCEEDING

                          Status Conference

                                          STEPHAN HARRIS
                                          Clerk of Court

| July 15, 2014 | AL |
|---|---|
| Date | Deputy Clerk |

TO:    U.S. Attorney         Defendant through counsel     U.S. Marshal
        U.S. Probation Office  Defense Counsel - Terry Harris  Court Reporter