IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING



**FILED**

*10:39 am, 7/16/14*
**Stephan Harris**
**Clerk of Court**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MITCHELL PAUL MODELESKI, aka<br>Paul Andrew Mitchell,<br><br>Defendant. | Case No:  14-CR-027-F |

### ORDER MOOTING MOTIONS AND ALLOWING COUNSEL TO REFILE NECESSARY MOTIONS

This matter is before the Court on its own notice.  Pursuant to its July 15, 2014 Order on Competency Hearing, the Court has determined Defendant Mitchell Paul Modeleski a/k/a Paul Andrew Mitchell (Mitchell) was not competent to stand trial.  Based on these competency issues, the Court also determined Defendant was not competent to represent himself in this matter.  Defendant continues to have representation through his court appointed counsel, Terry Harris.

During the course of these proceedings, Defendant Mitchell has filed numerous motions, notices and letters.  Given the Court's finding on Defendant Mitchell's competency, the Court finds these motions should be mooted.  Defendant Mitchell has counsel who is responsible for filing appropriate motions on Defendant Mitchell's behalf.  At this time, the Court will direct the Clerk's office to moot all outstanding motions filed by Defendant Mitchell on his own behalf.  The Court will

also direct the Clerk to label any future filings from Defendant Mitchell on his own behalf as either "notices" or "letters", but not to designate those filings as motions.

The Court would also encourage Mr. Harris to discuss these motions with Defendant Mitchell to determine if any of the motions should be refiled by Mr. Harris for consideration by the Court.

IT IS ORDERED that all motions filed by Defendant Mitchell on his own behalf are deemed MOOT.

IT IS FURTHER ORDERED that any future submissions from Defendant Mitchell on his own behalf shall be filed as "notices" or "letters" and shall not be designated as motions. Additionally, the Court will not take any action on filings from Defendant Mitchell on his own behalf unless there are extraordinary circumstances.

Dated this 15 day of July, 2014.

_____
NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE