FREEDOM OF INFORMATION ACT REQUEST:
5 U.S.C. 552

TO: Disclosure Office
U.S. Marshals Service
700 Stewart Street
Seattle 98101
Washington State, USA

Second Attempt:
See USPS "RTS"
label enclosed;
7/9/2014

DATE: 6/20/2014 A.D.

Please reply timely with true and correct copies of the following documents:

(1) valid U.S. Office of Personnel Management Standard Form 61 APPOINTMENT AFFIDAVITS for:

(a) Jeffrey Mans  (b) Brad Fink
(c) Ray Fleck  and  (c) Deputy Wood,
all dba Deputy U.S. Marshals stationed at the above address (USDC/Seattle).

I hereby verify under penalty of perjury, under the laws of the United States of America, that I am the Proper Person making this 28 USC 1746 | proper FOIA Request: 28 U.S.C. 1746(1).

Sincerely yours,
Signed: Paul Andrew Mitchell  (chosen name*)
Printed: Paul Andrew Mitchell, B.A., M.S.
UCC 1-308 | All Rights Reserved (cf. UCC 1-308)

* see Doe v. Dunning, Wash. State Supreme Court
(re: right to change one's name)

INMATE NAME: Modeleski, M.P. Given Name - NORTH PLATTE NE 691
SCOTTS BLUFF COUNTY DETENTION CENTER #46396    20 JUN 2014 PM 1 T
PO BOX 130
GERING, NE 69341-0130

*SBCDC Disclaims Any Responsibility For
The Nature of the Content of this Correspondence*

JUN 3 0 2014
RECEIVED

TO: Disclosure Officer
    U.S. Marshals Service
    c/o 200 Stewart St
            ~~95101~~
    Washington [illegible]

Freedom of
Information
Act Request

NIXIE    980   SC 1      0007/05/14

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 69341013030    *2439-13979-20-42

98101$1216 00130



INMATE NAME: Modeleski, M.P. (given name)
SCOTTS BLUFF COUNTY DETENTION CENTER
PO BOX 130
GERING, NE 69341-0130

SBCDC Disclaims Any Responsibility For
The Nature of the Content of this Correspondence

Under Protest
Re: 5 U.S.C. 552(a)(4)(B)
#2:14-cr-00027-NDF-2

#45396 ("E" Pod)

LEGAL MAIL
TO: Office of Presiding Judge
District Court of the United States ("DCUS")
2120 Capitol Ave. 2nd Floor
Cheyenne 82001-3658
Wyoming, USA 82001

All Rights Reserved
UCC 1-305

Primary authority: 5 U.S.C. 552(b)(7)(E)
(strictly construed)