L. Robert Murray
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82001
(307) 772-2124
robert.murray@usdoj.gov
Wyoming State Bar No. 5-2874

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2014 JUL 24 PM 2 06

STEPHAN HARRIS, CLERK
CASPER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MITCHELL PAUL MODELESKI, aka<br>Paul Andrew Mitchell,<br>LUCILLE KATHLEEN HILL,<br>LAWRENCE KEVIN PAILLE,<br>STEPHANIE LENORE MACIEL and<br>GLORIA JEAN REEDER,<br><br>        Defendants. | Case No. 14-CR-27-F |

## PRAECIPE

Will the Clerk please issue a warrant in the above-entitled matter for the following individuals:

**MITCHELL PAUL MODELESKI, aka Paul Andrew Mitchell, LUCILLE KATHLEEN HILL, LAWRENCE KEVIN PAILLE, STEPHANIE LENORE MACIEL and GLORIA JEAN REEDER**

DATED this 24th day of July, 2014.

                                    CHRISTOPHER A. CROFTS
                                    United States Attorney

                            By:     _____
                                    L. ROBERT MURRAY
                                    Assistant United States Attorney

BOND SET AT: $25,000 OR

                                    _____
                                    UNITED STATES DISTRICT COURT JUDGE