# United States District Court
## For The District of Wyoming

UNITED STATES OF AMERICA,

vs.

MITCHELL PAUL MODELESKI a/k/a PAUL ANDREW MITCHELL.

**WARRANT FOR ARREST**

CASE NUMBER: 14CR027-F

**To:**
The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  MITCHELL PAUL MODELESKI a/k/a PAUL ANDREW MITCHELL

and bring him or her forthwith to the nearest magistrate to answer **Indictment** charging him or her with **Conspiracy to defraud the United States; Conspiracy to Obstruct Justice; Obstruction of justice and aiding and abetting** in violation of **18 USC 371; 18 USC 1512(k); 18 USC 1512(b)(2)(A) and (2)**.

Stephan Harris
Name of Issuing Officer

_____
Signature of Issuing Officer

_____
By Deputy Clerk

Bail fixed at $25,000 OR

Clerk of Court
Title of Issuing Officer

July 25, 2014, Casper, WY
Date and Location

By: _____ Scott W. Skavdahl
United States District Judge

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |