Todd I. Shugart
Assistant United States Attorney
Wyoming Bar Number 6-3551
P.O. Box 22211
Casper, WY 82602
(307) 261-5434
todd.shugart@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2014 JUL 25 PM 3 27

STEPHAN HARRIS, CLERK
CHEYENNE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA,

  Plaintiff,

v.

JOSEPH RUBEN HILL, MITCHELL PAUL MODELESKI, aka Paul Andrew Mitchell, LUCILLE KATHLEEN HILL, LAWRENCE KEVIN PAILLE, STEPHANIE LENORE MACIEL, and GLORIA JEAN REEDER,

  Defendants.

Case No. 14-CR-27-F

## MOTION TO SEAL SUPERSEDING INDICTMENT

COMES NOW the United States of America, by and through its attorney, Todd Shugart, Assistant United States Attorney for the District of Wyoming, and pursuant to Rule 6(e)(4), Fed. R. Crim. P., hereby moves the court for an order sealing the superseding indictment in the above-captioned matter until the Defendants Lucille Kathleen Hill, Lawrence Kevin Paille, Stephanie Lenore Maciel, and Gloria Jean Reader, have been arrested. Joseph Ruben Hill and Mitchell Paul Modeleski, aka Paul Andrew Mitchell, have previously been served. This case involves individuals who are alleged to have taken great steps to obstruct the government and have repeatedly professed that the United States lacks authority and jurisdiction over their tax matters.

Therefore, the government has good reason to believe that these individuals will flee in an effort obstruct process in this particular case if the superseding indictment is not sealed. The superseding indictment was returned on July 24, 2014.

DATED this 25th day of July, 2014.

                                CHRISTOPHER A. CROFTS
                                United States Attorney

By: _____
      TODD I. SHUGART
      Assistant United States Attorney