IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2014 JUL 25  PM 3 27
STEPHAN HARRIS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH RUBEN HILL, MITCHELL PAUL MODELESKI, aka Paul Andrew Mitchell, LUCILLE KATHLEEN HILL, LAWRENCE KEVIN PAILLE, STEPHANIE LENORE MACIEL, and GLORIA JEAN REEDER,<br><br>Defendants. | Case No. **14-CR-27-F** |

## ORDER SEALING SUPERSEDING INDICTMENT

Upon motion of the United States to seal the superseding indictment returned against the Defendants, Joseph Ruben Hill, Mitchell Paul Modeleski, aka Paul Andrew Mitchell, Lucille Kathleen Hill, Lawrence Kevin Paille, Stephanie Lenore Maciel, and Gloria Jean Reader;

IT IS HEREBY ORDERED, pursuant to Rule 6(e)(4), Fed. R. Crim. P., that the superseding indictment be sealed until such time as the Defendants named above have been arrested.

DATED this  25th  day of July, 2014.

BY THE COURT:

_____
NANCY D. FREUDENTHAL
CHIEF UNITED STATES JUDGE
UNITED STATES DISTRICT COURT