

**REFUSED FOR CAUSES:**
Correctly spelled, BUT 50 States of the Union have no standing to appear as such: 28 USC 1345!

(See OVER)

FILED ← by WHOM?
9:27 am, 6/13/14
Stephan Harris
Clerk of Court

no credentials produced for 6+ YEARS!
Carmine v. Bowen,
U.S. v. Tweel

United States District Court
For The District of Wyoming

→ lacks jurisdiction in personam (28 USC 1691)

United States of America, Plaintiff,

vs. → were "noms de guerre"

misnomer, not chosen name: see Doe v. Dunning, 549 P.2d 1

Mitchell Paul Modeleski, Defendant.

NOTICE

Case Number: 14-CR-0027-NDF

**TYPE OF CASE:** → Retaliation: 18 USC 1513, 1519  (Criminal) → no criminal jurisdiction (OVER)

TAKE NOTICE that a proceeding in this case has been RESET for the place, date, and time set forth below:

| PLACE *Feudal* | BEFORE → no credentials produced; conflicts of interest re: clerk's office personnel |
|---|---|
| J.C. O'Mahoney ~~Federal~~ Building 2120 Capitol Avenue Cheyenne, (WY) 82001 Courtroom #1  *nor defined in Federal law* | Nancy D. Freudenthal Chief, United States District Judge |
| DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
| June 24, 2014 at 1:30 p.m. | July 10, 2014 at 10:00 a.m. |

see USPS Pub. #221 ("foreign" address format)

**TYPE OF PROCEEDING** → OUT-OF-ORDER!   (Competency Hearing)   Court is out-of-order e.g. MOTIONS TO DISMISS (2x)

no service of MOTION for psych eval served on Mitchell; no notice of hearing, and no hearing either

June 13, 2014
Date

TO:
Defendant (through counsel)
Defense Counsel
US Attorney's Office

USMS
USPO
Court Reporter

STEPHAN HARRIS  "nom de guerre"
Clerk of Court  see above

Kellie Erickson
Deputy Clerk

no delegation from Harris is possible: Harris lacks credentials: SF-61 and 28 USC 951 OATH, now IN DEFAULT!

* Wyoming is a judicial district, NOT a "United States District"

violated Due Process Clause of Fifth Amendment, a Fundamental Right: 18 U.S.C. 241, 242

Please file and serve in: #2:14-CR-00027-NDF-2

<u>NB</u>: approximately 14 co-conspirators have now been formally charged in RELATOR'S FIFTH VERIFIED CRIMINAL COMPLAINT, ON INFORMATION with infringing, and conspiring to infringe, Rights guaranteed by Article VI, <u>clause 3</u>; 7 of the <u>first</u> 10 Amendments, and 2 Human Rights Treaties, in violation of 18 U.S.C. 2, 3, 241, 242. Evidently, this white collar GANG take enormous delight from the commission of these <u>serious crimes</u>, with every expectation they will <u>never EVER</u> be prosecuted, criminally or civilly, because they <s>enjoy <u>daily rewards</u></s> of the PROTECTION RACKET in which they are presently engaged also in violation of 18 U.S.C. 1962(d) (a FELONY Federal offense). Quod erat <u>demonstrandum</u>! (That's Latin, for <u>all you public school graduates</u>).

Paul Andrew Mitchell
All Rights Reserved

INMATE NAME: Modesety, M & C
SCOTTS BLUFF COUNTY DETENTION CENTER
PO BOX 130
GERING, NE 69341-0130

"E" pod, #45396

SBCDC Disclaims Any Responsibility For
The Nature of the Content of this Correspondence

LEGAL MAIL

TO: Office of Presiding Judge
U.S. DISTRICT Court
2120 Capitol Ave., 2nd Floor
Cheyenne 82001-3658
Wyoming, USA

82001

Re:
#2: 14-CR-00027-NDF-2

All Rights Reserved
(cf. UCC 1-308)

Primary Authorities:

18 U.S.C. ∂ 3, 241, 242, 1962 (d));

(cf. UCC 1-308)