L. Robert Murray
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82001
(307) 772-2124
robert.murray@usdoj.gov
Wyoming State Bar No. 5-2874

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | |
| Plaintiff, | |
| v. | Case No. 14-CR-27-F |
| **JOSEPH RUBEN HILL, et al,** | |
| Defendants. | |

### GOVERNMENT'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE WHY MITCHELL PAUL MODELESKI A/K/A PAUL MITCHELL SHOULD NOT BE SEVERED FROM THE CASE

L. Robert Murray, Assistant United States Attorney for the District of Wyoming, hereby responds to the court's order as follows:

The United States does not object to the court severing defendant Mitchell Paul Modeleski aka Paul Mitchell for trial in the captioned matter.

DATED this 28th day of August, 2014.

                                                       CHRISTOPHER A. CROFTS
                                                       United States Attorney

By:    */s/L. Robert Murray*
          L. ROBERT MURRAY
          Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2014, I served a copy of the foregoing **Government's Response To Court's Order To Show Cause Why Mitchell Paul Modeleski a/k/a Paul Mitchell Should Not Be Severed From The Case** was electronically filed and consequently served on defense counsel.

                                                                          */s/Louisa G. Cruz*
                                                                          United States Attorney's Office