Thomas A. Fleener
Fleener & Vang, LLC
105 S. 4th Street, Suite B
PO Box 1186
Laramie WY 82073
307-460-4333
fax: 866-825-6038

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 14-CR-27-4 |
| | ) | |
| LAWRENCE KEVIN PAILLE, | ) | |
| | ) | |
| Defendant. | ) | |

---

**RESPONSE FOR ORDER TO SHOW CASUSE**

---

**COMES NOW**, the undersigned and hereby Responds to this honorable Court's Order to

Show Cause.

1.  Mr. Paille has not yet been arraigned, let alone even appear in the District of

Wyoming.  He is due in court in Cheyenne in two weeks.

2.  Because he has not yet been arraigned, no discovery has been provided.

1

3.   Without a firm understanding of the case, and without Mr. Paille's express permission to agree to severance, Mr. Paille hereby OBJECTS to this Court severing his case from Mr. Mitchell's (or the other Defendants for that matter.)

**WHEREFORE,** the undersigned Responds to the Court's Order to Show Cause by objecting to the proposed severance.

Dated this 4th day of September 2013.

/s/ Tom Fleener
Thomas A. Fleener
Fleener & Vang, LLC
105 S. 4th Street, Suite B
PO Box 1186
Laramie, WY 82073
307-460-4333

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on the 5th day of September 2013 by district court electronic submission to all pertinent parties.

/s/ Tom Fleener
Thomas A. Fleener

2