PROOF OF SERVICE

I, Paul Andrew Mitchell, B.A., M.S., hereby verify under penalty of perjury, under the laws of the United States of America, that I did cause one copy of the following document(s), signed in original black ink, to be posted via first class U.S. Mail at the Mail Room of the U.S. Medical Center for Federal Prisoners in Springfield, Missouri:

> APPLICATION FOR DISQUALIFICATIONS: 28 USC 144
> + two (2) Attachments

to the following addressee(s):

Office of Clerk of Court
U.S. District Court
2120 Capitol Avenue, 2nd Floor
Cheyenne 82001
Wyoming, USA


Dated:  October 7, 2014 A.D.

Signed: *Paul Mitchell*
Printed: Paul Andrew Mitchell, B.A., M.S.
         Agent of the United States as Qui Tam Relator (4X)
         (31 USC 3729 et seq.)

All Rights Reserved (cf. UCC 1-308: Federal municipal law
                     enacted expressly for the District of Columbia)

Re:  Docket #2:14-CR-00027-NDF-2 (USDC/DWY)

[Stamp: FILED U.S. DISTRICT COURT DISTRICT OF WYOMING 14 PM 3 28, STEPHAN HARRIS CLERK, CHEYENNE]

Modeleski, M.P. (given name)
# 44202-086
Medical Center for Fed... Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

"Special Mail"

Re:
#2:14-CR-00027-NDF-2

All Rights Reserved
(cf. UCC 1-308)

LEGAL MAIL

TO: Office of Clerk of Court
U.S. District Court
2120 Capitol Ave., 2nd Fl.
Cheyenne 82001
Wyoming, USA
82001

**U.S. Medical Center for Federal Prisoners**
P.O. Box 4000
Springfield, MO 65801

OCT 09 2014

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, please return the enclosure to the above address.