TRULINCS 44202086 - MODELESKI, MITCHELL PAUL - Unit: SPG-G-P
----------------------------------------------------------------------

FROM: 44202086
TO: Saccato, Larry
SUBJECT: DEMAND TO CEASE AND DESIST to Harris & Harris P.C.
DATE: 10/28/2014 12:05:41 PM

NOTICE AND DEMAND TO CEASE AND DESIST

TO:
Harris & Harris, P.C.
Attention:
Mr. Terry J. Harris
Ms. Emily Marie Harris
Cheyenne, Wyoming, USA

DATE: 10/28/2014

SUBJECT: Estate of Paul Andrew Mitchell, B.A., M.S.

Greetings Harris & Harris, P.C.:

Your law firm is hereby notified formally of the signed original of the
INITIAL APPLICATION FOR WRITS IN THE NATURE OF QUO WARRANTO
AND HABEAS CORPUS and the PROOF OF SERVICE of same, dated 10/9/2014,
upon the Office of Clerk of Court, U.S. District Court, Western District of Missouri,
Southern Division, by the United States ex rel. Paul Andrew Mitchell, B.A., M.S.,
Private Attorney General on behalf of the United States as Civil Cross-Plaintiff.

It is now therefore evident that the latter Federal District Court does exercise
jurisdiction in personam over the proper Person of Paul Andrew Mitchell, B.A., M.S.,
in His capacity as Relator of record and as Agent of the United States under the
False Claims Act at 31 USC 3729 et seq. chiefly Section 3730(h) (relief from
retaliatory actions).

His Interim Trustee has provided your office with four (4) Qui Tam Complaints,
but you expressly refused to file same as essential support of Mr. Mitchell's
NOTICE OF PUBLIC-AUTHORITY DEFENSE under Rule 12.3 of the Federal Rules
of Criminal Procedure.

It is also abundantly conclusive that the U.S. District Court in Cheyenne, Wyoming,
never perfected, or proved, jurisdiction in personam over His proper Person,
despite having been challenged to do so numerous times, beginning with
His unlawful abduction on 1/28/2014 at Seattle, Washington State.

It necessarily follows that one Nancy Dell Freudenthal lacked minimal authority
-and- the USDC/DWY at Cheyenne lacked the requisite jurisdiction to appoint
Mr. Terry J. Harris as the formal legal representative of Paul Andrew Mitchell, B.A., M.S.,
any and all claims and/or protestations to the contrary notwithstanding.

Your demonstrably false claims in the matter of Docket #2:14-CR-00027-NDF-2
(USDC/DWY) have now been reported to the U.S. Postal Inspection Service
care of the U.S. Post Office in Springfield, Missouri, USA, as required by 18 USC 4, 1341.

Therefore, we are hereby demanding that you CEASE AND DESIST from any and all
attempts to describe, and/or misrepresent, yourself as the legal representative
or duly "appointed" defense Counsel for Paul Andrew Mitchell, B.A., M.S. or
for His given name, in violation of 28 USC 1654 ("personally" NOT "by counsel").

See also the APPLICATION FOR DISQUALIFICATIONS: 28 USC 144, as previously

TRULINCS 44202086 - MODELESKI, MITCHELL PAUL - Unit: SPG-G-P

----------------------------------------------------------------------------------------

served upon the Office of Clerk of Court, USDC/DWY at Cheyenne, in the matter of Docket #2:14-CR-00027-NDF-2 aka 14-CR-27-F (USA [sic] v. Hill et al.)

Thank you for your immediate cooperation.

Sincerely yours,
/s/ Paul Andrew Mitchell
Private Attorney General, Civil RICO: 18 USC 1964,
Rotella v. Wood, 528 U.S. 549 (2000)
(objectives of Civil RICO);
Agent of the United States as Qui Tam Relator,
False Claims Act: 31 USC 3729 et seq. (4X);
Qualified Federal Witness: 18 USC 1512, 1513;
Instructor, Inventor and Systems Development Consultant,
utility patent pending, U.S. Patent and Trademark Office

Copies:
Hon. Antonin Scalia, Associate Justice, U.S. Supreme Court
USDC/WDMO/Southern Division/Springfield, Missouri
USDC/DWY/Cheyenne, Wyoming
U.S. Senator John Barrasso, Casper, Wyoming
Bhushan S. Agharkar, M.D., Atlanta, Georgia

All Rights Reserved (cf. UCC 1-308)

Modeleski, M.P. (given-name)
#44202-086
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

Re:
#2:14-CR-00027-NDF-2

All Rights Reserved
(cf. UCC 1-308)

LEGAL MAIL

TO: Office of Clerk of Court
USDC/DWY
2120 Capitol Ave., 2nd FL.
Cheyenne 82001
Wyoming, USA

OCT 30 2014

U.S. Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, MO 65801

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, please return the enclosure to the above address.