FILED
10:09 am, 10/8/14
Stephan Harris
Clerk of Court

U.S. DISTR... DISTRICT OF ...
2014 NOV 3 PM 2 20
STEPHAN HARRIS, CLERK
CHEYENNE

→ no jurisdiction in personam

→ no credentials, IN DEFAULT

# United States District Court
## For The District of Wyoming

United States of America, Plaintiff,

→ no legal standing, as such: see E.O. 13232, Aug. 1999

vs.

Mitchell Paul Modeleski, Defendant.

→ misnomer: see Doe v. Dunning, 549 P.2d 1 (Wash. State Supreme Court)

**NOTICE**

Case Number: 14-CR-027-NDF-2

TYPE OF CASE: vicious retaliation: see 31 USC 3730(h)

**Criminal** → no criminal jurisdiction: 18 USC 3231, 3771, June 25, 1948

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

| PLACE | BEFORE |
|---|---|
| J.C. O'Mahoney Federal Building<br>2120 Capitol Avenue<br>Cheyenne, WY 82001<br>Courtroom #1 | Nancy D. Freudenthal<br>Chief United States District Judge |
| | DATE AND TIME<br>November 10, 2014 at 1:30 p.m. - - **VACATED** |

→ missing - AND - defective credentials: see OIP reply(s) to FOIA Requests!

TYPE OF PROCEEDING see APPLICATION FOR DISQUALIFICATIONS: 28 USC 144

**Status Conference - - VACATED**

STEPHAN HARRIS
Clerk of Court

"nom de guerre" lacks credentials, IN DEFAULT

October 8, 2014
Date

Kellie Erickson
Deputy Clerk

→ lacks delegation of authority

TO:
Defendant (through counsel)
~~Defense Counsel~~
US Attorney's Office

→ Terry J. Harris, "Esq." [sic] NOT lawfully appointed by Freudenthal (enthralled by Freud?)

USMS
~~USPO~~
Court Reporter

→ have defamed Paul Andrew Mitchell e.g. "EXTREMIST MONTANA FREEMAN ASSOCIATE" [sic]: see supremelaw.org/cc/garfield/

FILED
10:09 am, 10/8/14
Stephan Harris
Clerk of Court

# United States District Court
## For The District of Wyoming

United States of America,
Plaintiff,

vs.

Mitchell Paul Modeleski,
Defendant.

**NOTICE**

Case Number: 14-CR-027-NDF-2

TYPE OF CASE:

**Criminal**

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

| PLACE | BEFORE |
|---|---|
| J.C. O'Mahoney Federal Building<br>2120 Capitol Avenue<br>Cheyenne, WY 82001<br>Courtroom #1 | Nancy D. Freudenthal<br>Chief United States District Judge<br><br>DATE AND TIME<br>November 10, 2014 at 1:30 p.m. - - **VACATED** |

TYPE OF PROCEEDING

**Status Conference - - VACATED**

STEPHAN HARRIS
Clerk of Court

October 8, 2014
Date

Kellie Erickson
Deputy Clerk

TO:
Defendant (through counsel)
Defense Counsel
US Attorney's Office

USMS
USPO
Court Reporter

Refused
for Causes:
no jurisdiction in
personam i.e. The
Proper Person of
Paul Andrew Mitchell, B.A., M.S.;
see all further details in His
APPLICATION FOR DISQUALIFICATIONS:
28 USC 144, and all His other
pleadings To date —

RTS

Modeleski, M.P. (given name)
#44202-086
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

SPRINGFIELD MO 658
29 OCT 2014 PM 1 L

FOREVER USA 2014

LEGAL MAIL

TO: Office of Clerk of Court
USDC/DWY
2120 Capitol Ave., 2nd Fl.
Cheyenne 82001
Wyoming, USA

Re:
14-CR-027-NDF-2

All Rights Reserved
(cf. UCC 1-308)

82001$8266 82001

OCT 29 2014

U.S. Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, MO 65801

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, please return the enclosure to the above address.