FILED
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**December 18, 2014**

**Elisabeth A. Shumaker**
**Clerk of Court**

In re:

MITCHELL PAUL MODELESKI, a/k/a
Paul Andrew Mitchell,

      Petitioner.

No. 14-8081
(D.C. No. 2:14-CR-00027-NDF-2)
(D. Wyo.)

**ORDER**

Before **GORSUCH**, **O'BRIEN**, and **PHILLIPS**, Circuit Judges.

Although he is represented by court-appointed counsel, Mitchell Paul

Modeleski on his own behalf, seeks a writ of prohibition in the nature of an order

from this court "barring [district court judges] Nancy D. Freudenthal, Alan B.

Johnson, and Scott W. Skavdahl from presiding any further at any time in the future"

in his underlying case no. 14-CR-027-F.  Pet. at 1.  The record discloses that

following the district court's determination that Mr. Modeleski is not presently

competent to stand trial, Judge Freudenthal entered an order on July 16, 2014, that

absent extraordinary circumstances, the court would not take any action on filings by

Mr. Modeleski on his own behalf.

On October 14, 2014, Mr. Modeleski filed on his own behalf an application to

disqualify the above-named district court judges.  Understandably, Judge Freudenthal

has not taken any action on the application.  Although Mr. Modeleski is required to

demonstrate extraordinary circumstances to have the district court consider his pro se application, he cannot circumvent this requirement by filing a petition for a writ of prohibition in this court, which is an attempt to end-run Judge Freudenthal's order restricting his filings.

The petition for a writ of prohibition is denied.


Entered for the Court


ELISABETH A. SHUMAKER, Clerk