TO; Clerk of the Court
DATE 12-14-2014
SUBJECT: Litigation involving Paul Andrew Mitchell

Greetings Clerk of the Court,

I am the authorized "Next Friend" and Interim Trustee of the Estate of Paul Andrew Mitchell, B.A., M.S. Until further notice please address his mail to me at the following mailing location:

Mr. Larry Saccato
C/O 1224 NE Walnut #257
Roseburg, Oregon 97470

    I am informed that he has now been moved **50 Times** since 1/28/2014, without any trial; and more moves are expected, after he was transferred away from the USMCFP in Springfield, Missouri, where he was harassed and intimidated. See 18 U.S.C. 1514, 3771, 2340.

    With no itinerary for upcoming moves we are forced to expect that he will **not** have access to word processing facilities, or adequate law library resources, in violation of case law under the Sixth Amendment.

    For those and many other reasons, we wish hereby to lodge a formal protest of the continuing witness retaliation and other elder abuse he has been forced to endure.

Respectfully,

*LARRY SACCATO*

/s/ Larry Saccato,
Next Friend (See case law under 28 U.S.C. 2241, 2242)

Cc:

Clerk of Court
U.S. District Court
222 N. John Q. Hammons Parkway, Room 1400
Springfield 65806-2515
Missouri, USA

Clerk of Court
U.S. District Court
400 East 9th Street, Room 1510
Kansas City 64106
Missouri, USA

Clerk of Court
U.S. District Court
2120 Capitol Avenue, Room 2141
Cheyenne 82001
Wyoming, USA

Clerk of Court
Eighth Circuit Court of Appeals
111 South 10th Street, Room 24.329
St. Louis 63102-1116
Missouri, USA

Clerk of Court
Tenth Circuit Court of Appeals
1823 Stout Street, 1st Floor
Denver 80257-1823
Colorado, USA

Office of Information Policy
U.S. Department of Justice
Suite 11050
1425 New York Avenue, N.W.
Washington, D.C. 20530.

Richard W. Schott
BOP Regional Counsel
RESIDENTIAL REENTRY OFFICE
400 STATE AVE., RM 131
KANSAS CITY, KS  66101

Larry Saccato
c/o 1224 NE Walnut #257
Roseburg, Oregon 97470

82001+3658

Clerk of Court
U.S. District Court
2120 Capitol Avenue, Room 2141
Cheyenne 82001
Wyoming, USA

EUGENE OR 974
15 DEC 2014 PM 2 T