FILED
US DISTRICT COURT
DISTRICT OF WYOMING

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | 2014 DEC 18  PM 3 36 |
| | ) | |
| *Plaintiff,* | ) | STEPHAN HARRIS, CLERK |
| | ) | CHEYENNE |
| vs. | ) | Criminal No. 14CR027-NDF |
| | ) | |
| **MITCHELL PAUL MODELESKI,** *aka* | ) | |
| **PAUL MITCHELL** | ) | *EX PARTE DOCUMENT* |
| | ) | **NON-PUBLIC DOCUMENT** |
| *Defendant.* | ) | |

**_EX PARTE_ ORDER DIRECTING PAYMENT OF**
**TRANSPORTATION COSTS AT GOVERNMENT EXPENSE**

On *ex parte* motion of the defendant, and pursuant to 18 U.S.C. § 4282, defendant is being released from custody, after an arrest, but without a conviction, in the District of Wyoming. Defendant is financially unable to provide the necessary transportation and subsistence to return home following his release; and the interests of justice are served by this Order.

THEREFORE IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 4282, the United States Marshal shall provide funds for the defendant for one-way transportation expense for the defendant to travel from Gering, Nebraska, to Seattle, Washington (the place of his arrest), following any dismissal of the *Superseding Indictment* in this matter. Such expenses shall be paid by the United States Marshal from funds authorized by the Attorney General for such expenses in the above-captioned matter.

DONE this 18 day of December, 2014.

_____
Chief Judge, United States District Court