L. Robert Murray
Assistant United States Attorney
Wyoming State Bar No. 5-2874
District of Wyoming
P.O. Box 668
Cheyenne, WY 82001
(307) 772-2124
robert.murray@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2014 DEC 19   AM 11 38

STEPHAN HARRIS, CLERK
CHEYENNE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Criminal No. 14CR027-F |
| MITCHELL PAUL MODELESKI, aka PAUL ANDREW MITCHELL, | |
| Defendant. | |

### DISMISSAL OF SUPERSEDING INDICTMENT AS TO DEFENDANT MODELESKI WITHOUT PREJUDICE

Having obtained leave of the Court pursuant to Rule 48(a) of the Federal Rules of

Criminal Procedure, the United States Attorney dismisses without prejudice the Superseding

Indictment against Defendant Mitchell Paul Modeleski, aka, Paul Andrew Mitchell.

DATED this 19th day of December, 2014.

CHRISTOPHER A. CROFTS
United States Attorney

By: _____
L. ROBERT MURRAY
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2014, the foregoing was electronically filed and consequently served on defense counsel.

For the United States Attorney's Office