IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LUCILLE KATHLEEN HILL, )<br>)<br>Defendant. ) | Docket No. 14-CR-27-NDF |

### ORDER GRANTING DEFENDANT LUCILLE KATHLEEN HILL'S RENEWED MOTION FOR MISTRIAL

This matter having come before the Court upon Defendant Lucille Kathleen Hill's renewed motion for mistrial and the Court having considered the matter and being advised in the premises finds that the motion should be granted.

WHEREFORE, IT IS HEREBY ORDERED that this matter is declared a mistrial.

DATED this ____ day of May, 2015.

_____
DISTRICT COURT JUDGE