Case 2:14-cr-00027-NDF Document 139 Filed 07/25/14 Page 1 of 1

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2016 OCT 11 PM 2:28
STEPHAN HARRIS, CLERK
CASPER

# United States District Court
## For The District of Wyoming

UNITED STATES OF AMERICA,

vs.

MITCHELL PAUL MODELESKI a/k/a PAUL ANDREW MITCHELL.

**WARRANT FOR ARREST**

CASE NUMBER: 14CR027-F

**To:**
The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MITCHELL PAUL MODELESKI a/k/a PAUL ANDREW MITCHELL

and bring him or her forthwith to the nearest magistrate to answer **Indictment** charging him or her with **Conspiracy to defraud the United States; Conspiracy to Obstruct Justice; Obstruction of justice and aiding and abetting** in violation of **18 USC 371; 18 USC 1512(k); 18 USC 1512(b)(2)(A) and (2)**.

Stephan Harris — Name of Issuing Officer

Clerk of Court — Title of Issuing Officer

Signature of Issuing Officer

July 25, 2014, Casper, WY — Date and Location

By Deputy Clerk

Bail fixed at $25,000 OR

By: Scott W. Skavdahl — United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

Refused for Causes: no credentials ever disclosed for Stephan Harris, Zachary Fisher, Margie Botkins, or Tammy Hilliker, such as 5 USC 3331, 28 USC 1691, 951 & violating 3332, 3333; none can affix Court's official seal; none can sign with authorized signatures; Skavdahl also has defective credentials; did not sign; "sewer service" deprives Court of jurisdiction in personam (see attached) RTS

Case 2:14-cr-00027-NDF Document 139 Filed 07/25/14 Page 1 of 1

# United States District Court
## For The District of Wyoming

UNITED STATES OF AMERICA,

vs.

MITCHELL PAUL MODELESKI a/k/a PAUL ANDREW MITCHELL.

WARRANT FOR ARREST

CASE NUMBER: 14CR027-F

**To:**
The United States Marshal and any Authorized United States Officer

COPY

YOU ARE HEREBY COMMANDED to arrest MITCHELL PAUL MODELESKI a/k/a PAUL ANDREW MITCHELL

and bring him or her forthwith to the nearest magistrate to answer **Indictment** charging him or her with **Conspiracy to defraud the United States; Conspiracy to Obstruct Justice; Obstruction of justice and aiding and abetting** in violation of **18 USC 371; 18 USC 1512(k); 18 USC 1512(b)(2)(A) and (2)**.

Stephan Harris
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

Signature of Issuing Officer

July 25, 2014, Casper, WY
Date and Location

[signature]
By Deputy Clerk

Bail fixed at $25,000 OR

By: Scott W. Skavdahl

United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

**NOTICE AND DEMAND FOR PRODUCTION OF DOCUMENTS**

TO: Stephan Harris dba Clerk of Court
United States District Court
2120 Capitol Avenue, 2nd Floor
Cheyenne 82001-3658
WYOMING, USA

IN DEFAULT

FROM: Paul Andrew Mitchell, B.A., M.S.
Private Attorney General, 18 U.S.C. 1964, Rotella v. Wood
c/o Lake Union Mail
117 East Louisa Street
Seattle 98102-3203
WASHINGTON STATE, USA

DATE: January 2, 2013 *A.D.*

SUBJECT: credentials required by 5 U.S.C. §§ 2906, 3331; 28 U.S.C. 951

Greetings Stephan Harris:

The federal statute at 5 U.S.C. 2906 reads as follows:

> The oath of office taken by an individual under section 3331 of this title shall be delivered by him to, and preserved by, the House of Congress, agency, or court to which the office pertains. [emphasis added]

As of October 1, 2004 *A.D.*, a proper SUBPOENA IN A CIVIL CASE was overdue for your OATH OF OFFICE and APPOINTMENT AFFIDAVITS.

We now infer that 28 U.S.C. 951 (*re:* Clerks' duties) and § 2906 *supra* result in rendering you a material witness to either the existence, or absence, of the OPM Standard Form 61 APPOINTMENT AFFIDAVITS mandated by the federal statute at 5 U.S.C. 3331 and the OATH OF OFFICE mandated by the federal statute at 28 U.S.C. 951.

**DEMAND FOR SPECIFIC PERFORMANCE AND DEADLINE**

Accordingly, formal DEMAND is hereby made of you to locate, photocopy and deliver a true and correct copy of your APPOINTMENT AFFIDAVITS and OATH OF OFFICE *supra* to the mailing location shown above no later than **5:00 p.m. on Wednesday, January 9, 2013 *A.D.*** (7 calendar days hence). Beyond that reasonable deadline, your silence will activate estoppel pursuant to Carmine v. Bowen, and it will also constitute fraud pursuant to U.S. v. Tweel. See also 18 U.S.C. 912, 1341, 1961 *et seq.*

Thank you for your timely professional cooperation.

Sincerely yours,

/s/ Paul Andrew Mitchell

Paul Andrew Mitchell, B.A., M.S.
Private Attorney General, 18 U.S.C. 1964, Rotella v. Wood
**All Rights Reserved without Prejudice** (cf. UCC 1-308)

# TRANSMISSION VERIFICATION REPORT

TIME : 01/02/2013 17:44
NAME : LAKE UNION MAIL
FAX : 2063293448
TEL : 2063291468
SER.# : BROA8J763864

| | |
|---|---|
| DATE,TIME | 01/02 17:43 |
| FAX NO./NAME | 13074332152 |
| DURATION | 00:00:49 |
| PAGE(S) | 04 |
| RESULT | OK |
| MODE | STANDARD<br>ECM |



**NOTICE AND DEMAND FOR PRODUCTION OF DOCUMENTS**

TO: Stephan Harris
c/o U.S. District Court
2120 Capitol Avenue, 2nd Floor
Cheyenne 82001-3658
WYOMING, USA

IN DEFAULT

FROM: Paul Andrew Mitchell, B.A., M.S.
Private Attorney General
501 West Broadway #A-332
San Diego 92101
CALIFORNIA, USA

DATE: February 14, 2008 *A.D.*

SUBJECT: APPOINTMENT AFFIDAVIT required by 5 U.S.C. 2906, 3331

Greetings Stephan Harris,

The federal statute at 5 U.S.C. 2906 reads as follows:

> The oath of office taken by an individual under section 3331 of this title shall be delivered by him to, and preserved by, the House of Congress, agency, or court to which the office pertains.

[emphasis added]

As of October 1, 2004 *A.D.*, a proper SUBPOENA IN A CIVIL CASE was overdue for your OATH OF OFFICE and APPOINTMENT AFFIDAVIT.

We now infer that section 2906 *supra* renders you a material witness to either the existence, or absence, of the OPM Form 61 APPOINTMENT AFFIDAVIT mandated by the federal statute at 5 U.S.C. 3331.

**DEMAND FOR SPECIFIC PERFORMANCE**

Accordingly, formal DEMAND is hereby made of you to direct the designated legal custodian to locate, photocopy and transmit a true and correct copy of your APPOINTMENT AFFIDAVIT to the mailing location shown above no later than **5:00 p.m. on Friday, March 14, 2008 *A.D.***

Beyond that reasonable deadline, your silence will activate estoppel pursuant to Carmine v. Bowen, and it will also constitute fraud pursuant to U.S. v. Tweel.

Thank you for your timely and professional consideration.

Sincerely yours,

/s/ Paul Andrew Mitchell

Paul Andrew Mitchell, B.A., M.S.
Private Attorney General, 18 U.S.C. 1964(a), Rotella v. Wood

**NOTICE AND DEMAND FOR PRODUCTION OF DOCUMENTS**

TO: Scott W. Skavdahl
c/o United States District Court
111 South Wolcott
Casper 82601-2534
WYOMING, USA

IN DEFAULT

FROM: Paul Andrew Mitchell, B.A., M.S.
Private Attorney General, 18 U.S.C. 1964, Rotella v. Wood
c/o Lake Union Mail
117 East Louisa Street
Seattle 98102-3203
WASHINGTON STATE, USA

DATE: January 7, 2013 *A.D.*

SUBJECT: credentials required by 5 U.S.C. §§ 2906, 3331; 28 U.S.C. 453

Greetings Scott W. Skavdahl:

The federal statute at 5 U.S.C. 2906 reads as follows:

> The oath of office taken by an individual under section 3331 of this title shall be delivered by him to, and preserved by, the House of Congress, agency, or court to which the office pertains.
> [emphasis added]

As of October 1, 2004 *A.D.*, a proper SUBPOENA IN A CIVIL CASE was overdue for your OATH OF OFFICE and APPOINTMENT AFFIDAVITS.

We now infer that 28 U.S.C. 453 (*re:* Oath) and § 2906 *supra* result in rendering you a material witness to either the existence, or absence, of the OPM Standard Form 61 APPOINTMENT AFFIDAVITS mandated by the federal statute at 5 U.S.C. 3331 and the OATH OF OFFICE mandated by the federal statute at 28 U.S.C. 453.

**DEMAND FOR SPECIFIC PERFORMANCE AND DEADLINE**

Accordingly, formal DEMAND is hereby made of you to locate, photocopy and deliver a true and correct copy of your APPOINTMENT AFFIDAVITS and OATH OF OFFICE *supra* to the mailing location shown above no later than **5:00 p.m. on Monday, January 14, 2013 *A.D.*** (7 calendar days hence). Beyond that reasonable deadline, your silence will activate estoppel pursuant to Carmine v. Bowen, and it will also constitute fraud pursuant to U.S. v. Tweel. See also 18 U.S.C. 912, 1341, 1961 *et seq.*

Thank you for your timely professional cooperation.

Sincerely yours,

/s/ Paul Andrew Mitchell

Paul Andrew Mitchell, B.A., M.S.
Private Attorney General, 18 U.S.C. 1964, Rotella v. Wood
**All Rights Reserved without Prejudice** (cf. UCC 1-308)

TRANSMISSION VERIFICATION REPORT

TIME : 01/07/2013 12:34
NAME : LAKE UNION MAIL
FAX : 2063293448
TEL : 2063291468
SER.# : BROA8J763864

| | |
|---|---|
| DATE,TIME | 01/07 12:31 |
| FAX NO./NAME | 13072370014 |
| DURATION | 00:00:30 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD<br>ECM |



# APPOINTMENT AFFIDAVITS

United States District Judge
*(Position to which Appointed)*

11/07/2011
*(Date Appointed)*

United States District Court
*(Department or Agency)*

District of Wyoming
*(Bureau or Division)*

Casper, Wyoming
*(Place of Employment)*

I, Scott Wesley Skavdahl, do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

[signature]
(Signature of Appointee)

Subscribed and sworn (or affirmed) before me this 8th day of November, 2011

at Cheyenne (City) Wyoming (State)

[signature]
(Signature of Officer)

(SEAL)

Commission expires________
(If by a Notary Public, the date of his/her Commission should be shown)

Chief, U.S. District Judge
(Title)

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

U.S. Office of Personnel Management
The Guide to Processing Personnel Actions

NSN 7540-00-634-4015

Standard Form 61
Revised August 2002
Previous editions not usable

Refused for Cause: no OMB control number or expiration date no Paragraph citing (Authority) no 5 U.S.C. to administer no OMB review or approval & electronic SF-61 at OPM's Internet website: 11/2007 TCR violates the Paperwork Reduction Act: see 44 U.S.C. 3512 RTS

# APPOINTMENT AFFIDAVITS

United States District Judge
*(Position to which Appointed)*

11/07/2011
*(Date Appointed)*

United States District Court
*(Department or Agency)*

District of Wyoming
*(Bureau or Division)*

Casper, Wyoming
*(Place of Employment)*

I, Scott Wesley Skavdahl, do solemnly swear (or affirm) that--

## A. OATH OF OFFICE

I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

## B. AFFIDAVIT AS TO STRIKING AGAINST THE FEDERAL GOVERNMENT

I am not participating in any strike against the Government of the United States or any agency thereof, and I will not so participate while an employee of the Government of the United States or any agency thereof.

## C. AFFIDAVIT AS TO THE PURCHASE AND SALE OF OFFICE

I have not, nor has anyone acting in my behalf, given, transferred, promised or paid any consideration for or in expectation or hope of receiving assistance in securing this appointment.

COPY

[signature]
(Signature of Appointee)

Subscribed and sworn (or affirmed) before me this 8th day of November, 2011

at Cheyenne (City) Wyoming (State)

[signature]
(Signature of Officer)

(SEAL)

Commission expires____________
(If by a Notary Public, the date of his/her Commission should be shown)

Chief, U.S. District Judge
(Title)

Note - If the appointee objects to the form of the oath on religious grounds, certain modifications may be permitted pursuant to the Religious Freedom Restoration Act. Please contact your agency's legal counsel for advice.

# Barack Obama

## President of the United States of America,

To all who shall see these Presents, Greeting:

Know Ye: That, reposing special trust and confidence in the Wisdom, Uprightness, and Learning of Scott Wesley Skavdahl, of Wyoming, I have nominated, and, by and with the advice and consent of the Senate, do appoint him United States District Judge for the District of Wyoming and do authorize and empower him to execute and fulfil the duties of that Office according to the Constitution and Laws of the said United States, and to Have and to Hold the said Office, with all the powers, privileges and emoluments to the same of right appertaining, unto Him, the said Scott Wesley Skavdahl during his good behavior.

In testimony whereof, I have caused these Letters to be made patent and the seal of the Department of Justice to be hereunto affixed.

Done at the City of Washington this seventh day of November, in the year of our Lord two thousand eleven and of the Independence of the United States of America the two hundred and thirty-sixth.

By the President

Attorney General

Refused for Cause

COMMISSION

COUNTERFEIT

Revocation

RTS

# Barack Obama

## President of the United States of America,

To all who shall see these Presents, Greeting:

Know Ye: That, reposing special trust and confidence in the Wisdom, Uprightness, and Learning of Scott Wesley Skavdahl, of Wyoming, I have nominated, and, by and with the advice and consent of the Senate, do appoint him United States District Judge for the District of Wyoming, and do authorize and empower him to execute and fulfil the duties of that Office according to the Constitution and Laws of the said United States, and to Have and to Hold the said Office, with all the powers, privileges, and emoluments to the same of right appertaining, unto Him, the said Scott Wesley Skavdahl during his good behavior.

In testimony whereof, I have caused these Letters to be made patent and the seal of the Department of Justice to be hereunto affixed.

Done at the City of Washington this seventh day of November, in the year of our Lord two thousand eleven, and of the Independence of the United States of America the two hundred and thirty-sixth.

By the President:

Barack Obama

Attorney General.

Eric Holder

COPY

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, Scott Wesley Skavdahl, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Wyoming under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

[signature]
(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this 8th day of Nov.

[signature: Nancy Freudenthal]

Actual abode: [redacted]
Official station* Casper, WY
Date of birth [redacted]
Date of Entry on Duty 11/08/2011

* Title 28, sec. 456 United States Code as amended.

Refused for Causes: violates 5 U.S.C. 2903 due to defective AFFIDAVITS APPOINTMENT COMMISSION and PRESIDENTIAL "Freudenthal"; for "Nancy Dell Freudenthal" now Freudenthal is legally estopped by her prolonged silence — RTS

# OATH OF OFFICE FOR UNITED STATES JUDGES

(Title 28, Sec. 453 and Title 5, Sec. 3331, United States Code)

I, Scott Wesley Skavdahl, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as United States District Judge for the District of Wyoming under the Constitution and laws of the United States; and that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. SO HELP ME GOD.

COPY

(Signature of Appointee)

Subscribed and sworn to (or affirmed) before me this 8th day of Nov.

Actual abode: [redacted]
Official station* Casper, WY
Date of birth [redacted]
Date of Entry on Duty 11/08/2011

* Title 28, sec. 456 United States Code as amended.

Document 608 Filed 06/23/14 Page 2 of 3

Please file and serve in #2:14-CR-00027-NDF-2 (USDC/Cheyenne, Wyoming) Thank you. PM

— COPY —

FREEDOM OF INFORMATION ACT
REQUEST: 5 USC 552

TO: Disclosure Officer
Office of Information Policy
U.S. Dept. of Justice ("DOJ")
Washington, D.C. 20530-0001

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2014 JUN 23 PM 12 12
STEPHAN HARRIS, CLERK
CHEYENNE

IN DEFAULT

DATE: 6/15/2014 A.D.

Please reply timely with true and correct copies of the following documents:

(1) valid U.S. Office of Personnel Management Standard Form 61 APPOINTMENT AFFIDAVITS;
(2) OATH OF OFFICE required by 28 U.S.C. 453;
(3) PRESIDENTIAL COMMISSION; and,
(4) SENATE CONFIRMATION, for:

* (a) Nancy D. Freudenthal dba U.S. District Judge, USDC/DWY (Wyoming)
* (b) Alan B. Johnson dba U.S. District Judge, USDC/DWY
* (c) Scott Scavdahl dba U.S. District Judge, USDC/DWY

I hereby verify under penalty of perjury, under the laws of the United States of America, that I am the Proper Person making this proper FOIA Request: 28 USC 1746(1)

28 USC 1746

Sincerely yours,

Signed: Paul Andrew Mitchell (chosen name) PM

Printed: Paul Andrew Mitchell, B.A., M.S.

UCC 1-308 All Rights Reserved (cf. UCC 1-308)

INMATE NAME: Modeleski, M.P. (given name)
SCOTTS BLUFF COUNTY DETENTION CENTER #15396
PO BOX 130
GERING, NE 69341-0130

SBCDC Disclaims Any Responsibility For The Nature of the Content of this Correspondence

NORTH PLATTE NE 691
20 JUN 2014 PM 1 L

USA
Justice
FOREVER

LEGAL MAIL

To Office of Clerk of Court
District Court of the United States
2120 Capitol Ave, 2nd Floor
Cheyenne 82001-3658
Wyoming, USA
82001

Re:
#2:14-CR-00027-NDF-2

All Rights Reserved
(cf. UCC 1-308)

COPY