| RECEIPT FOR EXHIBITS/DEPOSITIONS - PLEASE SIGN & RETURN |
|---|

United States District Court
District of Wyoming
Clerk's Office
2120 Capitol Avenue
Cheyenne, WY 82001

FILED
U.S. DISTRICT COURT
2018 MAR -9 AM 10: 36
STEPHAN HARRIS, CLERK
CHEYENNE

TO: Eric Heimann
United States Attorney's Office

FROM: Abby Logan

DATE: 3/7/18

RE: 14-CR-27-F

☑ **ENCLOSED are your exhibits as indicated below:**

Exhibits from Jury Trial (14-CR-27-F)

RECEIPT for the exhibits/depositions listed above is hereby acknowledged.

_____
Attorney for Government

**PLEASE RETURN SIGNED ORIGINAL WITHIN 10 DAYS.**